UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

DODD BLANDON,

    Plaintiff,

v.        Case No: 6:19-cv-2420-Orl-78GJK

WASTE PRO USA, INC.,

    Defendant.
_____/

## ORDER

THIS CAUSE is before the Court on Plaintiff's Motion to Conditionally Certify Collective Action and Facilitate Notice to Potential Class Members (Doc. 42). United States Magistrate Judge Gregory J. Kelly issued a Report and Recommendation (Doc. 100), recommending that Plaintiff's Motion be granted in part.

After an independent de novo review of the record and noting that no objections were timely filed, this Court agrees entirely with the findings of fact and conclusions of law in the Report and Recommendation.

Therefore, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 100) is **ADOPTED** and **CONFIRMED** and made a part of this Order.

2. Plaintiff's Motion to Conditionally Certify Collective Action and Facilitate Notice to Potential Class Members (Doc. 42) is **GRANTED in part** as set forth in the Report and Recommendation and this Order and **DENIED** in all other respects.

3. The following class is **CONDITIONALLY CERTIFIED** pursuant to 29 U.S.C. § 216(b):

   > All current and former Waste Disposal Drivers, who are or were employed by Defendant, Waste Pro USA, Inc., in every state except for Florida, South Carolina, and North Carolina, and who are or were paid on a job/day rate basis, during the preceding three years.

4. The Notice (Doc. 42-3) and Consent Form (Doc. 42-4) are **APPROVED** as modified by the Report and Recommendation.

5. On or before **October 14, 2020**, Defendant shall provide Plaintiff's counsel with the full name, last known address, and e-mail address for each member of the putative class in an electronic format.

6. Within **fourteen days** of receiving the above information from Defendant, and no later than **October 28, 2020**, Plaintiff's counsel shall distribute the approved Notice and Consent Form, via first class mail and e-mail, to all putative class members.

**DONE AND ORDERED** in Orlando, Florida on September 30, 2020.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Counsel of Record