

1          UNITED STATES DISTRICT COURT
           MIDDLE DISTRICT OF FLORIDA
2              ORLANDO DIVISION

3

4

5    DODD BLANDON,
     INDIVIDUALLY AND ON
6    BEHALF OF ALL OTHERS
     SIMILARLY SITUATED
7                            PLAINTIFF

8
     VS.      CIVIL ACTION NO. 6:19-CV-02420-WWB-GJK
9

10   WASTE PRO USA, INC.
                            DEFENDANT
11

12

13

14
           DEPOSITION OF DODD BLANDON
15

16

17

18
     Taken at the instance of the Defendant at Via ZOOM,
19   on Monday, August 23, 2021, beginning at 10:18 a.m.

20

21

22

23          REPORTED BY:

24      SHANNA CUMBERLAND, CCR #1774

25

Dodd Blandon
August 23, 2021                                          2

1   APPEARANCES:

2

        PAUL NASO, ESQ.
3        Morgan & Morgan, P.A.
         20 North Orange Avenue, 16th Floor
4        Orlando, Florida  32802
        rnaso@forthepeople.com
5

6            COUNSEL FOR PLAINTIFF

7

8         MATTHEW J. PEARCE, ESQ.
        Stovash, Case & Tingley, P.A.
9        220 North Rosalind Avenue
        Orlando, Florida  32801
10        mpearce@sctlaw.com

11

12           COUNSEL FOR DEFENDANT

13

14

15

16

17

18

19

20

21

22

23

24

25

# INDEX

Style...........................................1

Appearances.................................2

Index    ....................................3

Certificate of Court Reporter..............66

# EXHIBITS

Exhibit B  Original Collective..............54

           Action Complaint

Exhibit C  Pay records ....................33

Exhibit D  Plaintiff, Dodd Blandon's ......33

           Answers to Defendant's First

           Request for Admissions and

           Interrogatories

Exhibit F  Plaintiff's Notice of...........58

           Filing Answers to Court's

           Interrogatories

Exhibit G  Declaration of Dodd Blandon.....59

# EXAMINATIONS

Examination by Mr. Pearce...................4

Dodd Blandon
August 23, 2021                                        4

```
 1              DODD BLANDON,
 2   having been first duly sworn, was examined and
 3   testified as follows:
 4   EXAMINATION BY MR. PEARCE:
 5       Q.   Okay.  Mr. Blandon, my name is Matt
 6   Pearce.  I represent Waste Pro USA in this lawsuit.
 7           Do you understand that you're a plaintiff
 8   in this action?
 9       A.   Yes, I do.
10       Q.   All right.  And have you been in a
11   deposition like this before?
12       A.   Given at this position before with Waste
13   Pro?
14       Q.   In a deposition before, where attorneys
15   are asking you questions and the court reporter is
16   taking down the answers.
17       A.   No.
18       Q.   Okay.  Just a few things that'll make it
19   easier today.
20       A.   Okay.
21       Q.   If you can, let me finish my question and
22   I'll let you finish your answer so we're not talking
23   over each.  That makes it easier for Shanna to type
24   everything down.
25       A.   Gotcha.
```

Dodd Blandon
August 23, 2021                                              5

1     Q.   Questions, if it's a yes or a no question,

2    if you can, answer yes or no rather than nodding

3    your head or shaking your head because that doesn't

4    come through on transcript, either.  And so if you

5    nod or shake your head, I may ask you is that a yes

6    or a no.  I'm not trying to be rude; I'm just making

7    sure we get the record down.

8     A.   Understood.

9     Q.   Okay.  And if you need a break today, just

10   let me know and we'll take a break.  I don't think

11   we're going to be here too long, but if you need a

12   break, that's fine.

13    A.   All right.

14    Q.   Okay.  Mr. Blandon, why are you suing

15   Waste Pro in this case?

16        MR. NASO:  Objection; form.

17    Q.   (By Mr. Pearce)  And from time to time,

18   Mr. Naso may make objections.  You can go ahead and

19   answer the question, unless he tells you not to

20   answer.

21    A.   I didn't hear what you had said at first.

22   I didn't hear what you said when you came in.  It

23   was a -- I was about to say something and he came in

24   saying something.  I didn't hear him.

25    Q.   Okay.  Well, let me just back up.

Dodd Blandon
August 23, 2021                                    6

1    A.   Okay.

2    Q.   Why are you suing Waste Pro in this case?

3         MR. NASO:  Objection; form.

4         But Dodd, you can answer.

5         THE WITNESS:  Finding out that I had

6    discrepancies on my -- on my pay.

7    Q.   (By Mr. Pearce)  Okay.  Tell me about what

8    those discrepancies are.

9    A.   Overtime pay.  I wasn't getting paid

10   correctly, and I just brung it to my supervisor's

11   attention.  And it was supposed to be looked at and

12   it never was, and that's why.

13   Q.   Okay.  Why do you think your overtime

14   wasn't being paid correctly?

15   A.   Again, being -- being that I brought it to

16   my manager's attention and he said -- what he

17   answered was "You'll have to talk to the HR.  I

18   don't know how they pay y'all like that."  You know,

19   whatever like that.  And I said, "Okay."

20        He seemed to see -- he said he thought

21   something was wrong with it, too, so he just told us

22   to get back with our -- with HR and see what they

23   can do.  And that's why.

24   Q.   So specifically, what did you think was

25   wrong about the overtime?

1          MR. NASO:  Objection; form.

2          Go ahead, Dodd.

3          THE WITNESS:  Just the way they was

4   calculating things.  Some people was getting paid

5   one thing and other people was getting paid another

6   thing.  And if something came up, something like

7   this change in arithmetic type of calculations they

8   was doing.  And that's why.

9          You know, sometimes we'd get paid overtime

10  and sometimes we wouldn't.  Sometimes it all depends

11  on -- it's got the amount we spend out there, the

12  time.

13     Q.  (By Mr. Pearce)  Okay.  When you say other

14  people were paid differently, who was being paid

15  differently?

16     A.  Other drivers.

17     Q.  And how were they being paid differently?

18     A.  That's the problem, they couldn't ever

19  tell us why certain amounts was different from

20  others.  And I think we brung it up in the meeting

21  one time.

22     Q.  And who was the supervisor that you went

23  to?

24     A.  At that time, I think it was Richard

25  Hanns.

Dodd Blandon
August 23, 2021                                          8

1      Q.   And do you know how to spell his last

2   name?

3      A.   H-A-N-N-S, I think it is, if I'm not

4   mistaken.

5      Q.   And when did you bring that issue to

6   Mr. Hanns' attention?

7      A.   It wasn't -- I would say about a couple of

8   months after I started working there, within two

9   months maybe.

10      Q.   Okay.  But other than the issue that you

11   had about overtime that you thought was not being

12   calculated correctly, is there any other reason

13   you're suing Waste Pro?

14         MR. NASO:  Objection; form.

15         Dodd, you can answer.

16         THE WITNESS:  Basically, because my money

17   wasn't correct.  The overtime and stuff like that

18   wasn't correct, basically.

19      Q.   (By Mr. Pearce)  When did you work --

20   what were the years that you worked for Waste Pro?

21      A.   Let me see.  '12, the ending of '12,

22   to '16.  I think it was '16 or '17.

23      Q.   Okay.  And when you were hired at Waste

24   Pro, what position were you hired to fill?

25      A.   Route driver.

Dodd Blandon
August 23, 2021                                         9

1    Q.   And at what facility did you work?

2    A.   The one in Brookhaven, Mississippi.

3    Q.   And for your entire employment with Waste

4  Pro, did you always work out of the Brookhaven yard?

5    A.   Yes.

6    Q.   And did you always hold the same position

7  as a route driver?

8    A.   Yes.  Different routes sometimes, but the

9  same position.

10   Q.   What type of routes were you driving?

11   A.   The county route.

12   Q.   What were you collecting on the county

13 route?

14   A.   Garbage.

15   Q.   Garbage?

16   A.   Yes.

17   Q.   Was it -- was it for residential homes?

18   A.   Yes, residential.

19   Q.   Okay.  Did you ever drive any commercial

20 routes?

21   A.   Commercial routes, no.

22   Q.   So you were never like a front-load

23 roll-off driver or anything like that?

24   A.   No.  I had training for front-load, but

25 that position never came through.

Dodd Blandon
August 23, 2021                                    10

1      Q.    Okay.  Were you also picking up the

2   recycling on your route?

3      A.    Not on my particular route, but I took

4   someone else's route from time to time.

5      Q.    How often would you drive the recycling

6   route?

7      A.    Just as needed, in case a guy was out or

8   something like that.  So maybe a couple of weeks

9   maybe.  It wasn't a long period of time.

10     Q.    Okay.  When you say you were driving the

11   county route, where did that route take you?

12     A.    Out of the city limits.

13     Q.    The city limits of Brookhaven?

14     A.    Yeah, out of the City of Brookhaven, yeah.

15     Q.    And where was the landfill where you

16   filled your truck?

17     A.    As far as in the county or the city, it

18   was in the city part of Brookhaven.

19     Q.    Was it always the same landfill the entire

20   time you were working?

21     A.    Yes, the majority of the time.

22   Yes, 95 percent of the time, unless that specific

23   place was closed and we had to go somewhere else,

24   but that was rare.

25     Q.    Where would you go if the city one was

Dodd Blandon
August 23, 2021                                11

1    closed?

2       A.   I think it was closed to

3    Seminar [phonetic].  I can't -- it's on up towards

4    Hattiesburg.  I can't tell you the name because it

5    wasn't that -- it wasn't that often.  Maybe four or

6    fives times out of the year maybe.

7       Q.   And would you drive the same route every

8    day or did it vary?

9       A.   Yes, I did the same route every day,

10   unless, like I say, someone was out or like that,

11   and then I would take their route or something like

12   that.  Or he was just trying to switch up stuff and

13   trying to find something different or new, you know,

14   bring in something different or new, he would switch

15   me up.  But mostly, 99 percent of the time, I had my

16   own route.

17      Q.   Okay.  And was it the same rate -- were

18   you driving the same route on Monday as Tuesday or

19   Wednesday, or did it vary by the day of the week?

20      A.   No.  Monday through Friday, the same.

21      Q.   So you were going to the same places every

22   day?

23      A.   Every day.

24           Well, the routes was different, but it was

25   still out in the country.  You know, so I did one

1    route out Monday in one direction, another one on

2    Tuesday, another one on Wednesday, and so forth like

3    that.

4        Q.   Okay.

5        A.   Yeah.

6        Q.   And why did you leave Waste Pro, your

7    employment?

8        A.   I think to find better employment.  And I

9    wanted to -- excuse me.  I thought I was going to

10   get a position there and it never came through, and

11   I just wanted to get back on the road, you know, as

12   far as driving trucks, because that's what I was

13   doing before I came to Waste Pro.

14       Q.   Okay.  And you said you thought you might

15   get a position?

16       A.   Yes.  I had applied for the manager's

17   position, you know, and since I had been there

18   longer than the majority of the other guys and they

19   was in and out, that position was in and out, I just

20   thought I would put my bid in for it.  And being

21   that I didn't get it, I decided to get back out the

22   road, wanted to.

23       Q.   So you applied for a manager position,

24   didn't get it.  And is that when you left Waste Pro?

25       A.   No.  I think it was a little bit later on,

Dodd Blandon
August 23, 2021                                        13

1    but eventually, yes, I left, because I started

2    putting in applications for an over-the-road driver.

3        Q.   When you were driving your route, would

4    you ever go outside of Mississippi?

5        A.   No.

6        Q.   In the Brookhaven yard, were you aware of

7    any drivers whose routes would take them outside of

8    Mississippi?

9        A.   No.

10       Q.   Are you familiar with the routes driven by

11   the drivers?

12       A.   Repeat that.

13       Q.   Are you familiar with the routes driven by

14   all the other drivers?

15       A.   Oh, no, no, no, no, no.

16       Q.   When you would arrive at the facility for

17   work, what would you do?  Just walk me through it.

18            You get there in your car, I'm assuming?

19       A.   Yeah.  Get there around 6:00, 6:30, open

20   the doors for the guys, and wait until management

21   get there, Richard to get there.  And we would have

22   our meetings if we had one that day.  And wait until

23   he get done, say what he had to say, if there was

24   anything he had to say.

25            And after that, we would start our

1    pre-trips with the trucks and go from there to do

2    our routes, or to go dump if we didn't get the

3    chance to do it the day before.

4        Q.   When would you clock in for the day?

5        A.   When would I?  Once we opened the door,

6    once I opened the doors and let everybody in, we'd

7    clock in and wait until Richard gets there, you

8    know, if he wasn't already there.

9        Q.   Did you ever do any work before you

10   clocked in for the day?

11       A.   No.

12       Q.   So you had -- maybe Richard would have a

13   meeting, is that correct, in the mornings?

14       A.   Yeah, sometimes.  At least once a week

15   sometimes.  And it would be on a Tuesday, maybe, or

16   a Monday.  He would let us know that as we was

17   clocking in, that we had to have a meeting or

18   something like that.  But if not, then we would just

19   go ahead and start our pre-trip and get ready to

20   leave the yard.

21       Q.   How long would it take you to do the

22   pre-trip inspection?

23       A.   It'd usually be 15 minutes or more.  It

24   all depends.  You know, but usually 15, 20 minutes.

25       Q.   And what does it depend on?

Dodd Blandon
August 23, 2021                                        15

1       A.   Checking the tires, the pressure in the

2   tires, your lights, things involved with safety,

3   things in the truck, that has to do with the truck.

4       Q.   Okay.  Does it depend on the condition of

5   the truck, how long the pre-trip inspection might

6   take?

7       A.   Sometimes it could, yeah.  If you had an

8   older truck, yes.

9       Q.   Was there a -- did you use a checklist to

10  do the pre-trip inspection?

11      A.   Yes.  We had a checklist, I think, that we

12  checked off every day, to check off, like, brakes,

13  horns, lights, things of that nature, yes.

14      Q.   Okay.  Was that on a -- was it on a

15  clipboard?

16           Just what did that look like?

17      A.   I recall, yeah, it could have been on a

18  clipboard, a little sheet of paper, you know, that

19  you turn in at the end of the day, if I'm not

20  mistaken.

21      Q.   Okay.  And so after you did the pre-trip

22  inspection, what would you do?

23      A.   Then you get ready to leave -- to get off

24  the yard.

25      Q.   Okay.  Would you ever come back to the

Dodd Blandon
August 23, 2021                                        16

1    yard during the day while you were driving your

2    route?

3         A.   Not often, but sometimes maybe, if I

4    needed to drop the guy if he got sick or something

5    like that, maybe.  You know, it all depends.

6         Q.   Okay.  And when you would finish your

7    route for the day, what would you do?

8         A.   Post-trip, and clock out.  And post-trip

9    is just going over the truck again, seeing if

10   anything is wrong with if it, it was on a flat or

11   anything like that, all my blinkers and stuff.  Just

12   the same -- just the opposite things that I did at

13   the beginning of the day, just go back over it.  And

14   after that, clock out, go home.

15        Q.   Okay.  Did you ever do any work after you

16   clocked out for the day?

17        A.   No.

18        Q.   What would you do, in terms of eating

19   lunch for the day?  Did you eat on your route?  Did

20   you stop somewhere?

21        A.   No.  I would mainly eat on my route, if I

22   ate at all.  But mostly, eat on the route.

23        Q.   Would you -- would you eat while you were

24   driving or did you stop your truck?

25        A.   It all depends, but mostly we didn't take

 1    lunch.  I mean, basically, we would drive through

 2    the whole day, being that I had the biggest route.

 3    So the guys that worked with me wanted to keep

 4    through the whole route.

 5          You know what I'm saying?

 6          And we worked like that, you know, unless

 7    sometimes we would stop.  But it wasn't nowhere for

 8    us to stop because we was out in the country.  So

 9    either you had to bring your lunch or we would get

10    it before the route started.

11    Q.   Did Waste Pro have any policies about

12    eating while driving?

13    A.   Not that I can recall, no.

14    Q.   At the time you worked there, did they

15    have the Third Eye cameras in the truck?

16    A.   Later on, before I got -- I mean, after I

17    left, you know, they had them in the truck.  I think

18    they got there in there, like, maybe two years later

19    or a year later, a year-and-a-half later, after I

20    got there, something like that.

21    Q.   Okay.  So for part of the time you were

22    working, but part of the time, no?

23    A.   Right.

24    Q.   Okay.  How many -- how many drivers worked

25    at the Brookhaven yard when you were there, about?

Dodd Blandon
August 23, 2021                                    18

1      A.   I'd say about -- I'm estimating about

2   seven or eight.

3      Q.   And what kind of lines of business for

4   those drivers collecting?

5           In other words, were they all residential

6   or were there some commercial drivers, as well?

7      A.   You had one commercial driver and the rest

8   was residential, and that would be about it.

9           And then later on, I guess about two years

10   later, they would do the leaves and the trees and

11   the stuff on the side of the road.  They picked that

12   up a little later on after, a couple of years later.

13      Q.   Okay.  So the yard waste?

14      A.   Yes, yes, correct, right.

15      Q.   Talking about recycling, was there one

16   driver who did the recycling?

17      A.   Yes.

18      Q.   Okay.  Do you recall who that was, when

19   you were there?

20      A.   Not really, not right off, because it was

21   one driver, but it could be anybody.  It depends on

22   who he let do it that day.

23      Q.   Okay.  So it rotated between people?

24      A.   Yes.  As far as the recycling, yes.

25      Q.   But you were never on that rotation.

1          You mentioned doing it occasionally if the

2    driver was out?

3      A.   Yeah.

4      Q.   Correct?

5      A.   Yes.

6      Q.   Were you ever on that rotation where --

7      A.   No.  Because it was too hard to find

8    someone to do my position, so I didn't do it that

9    often, as far as the recycling.

10      Q.   All right.  In terms of -- we talked about

11   clocking in and clocking out.  Was it -- how did you

12   do that?

13          Was it a time clock?  Paper cards?  Was it

14   electronic?

15          What did that look like?

16      A.   At first, it was paper cards and then it

17   was the electronic, a little key, like a hotel key,

18   like, later on, yeah.

19      Q.   Okay.  When it was paper cards, was there

20   a way for you to see when you clocked in and when

21   you clocked out for the day?

22      A.   Yeah.  With a -- when you slide your card

23   and the stamp for the time went on there, yeah,

24   that's that only way you could see it.

25      Q.   Did you ever have any issues that the time

Dodd Blandon
August 23, 2021                                      20

1    was not correct for clocking in and clocking out?

2       A.   Yes.

3       Q.   Okay.  Tell me about that.

4       A.   Oh, just -- it would be the -- it was --

5    something would be wrong with the system or

6    something like that, or it went down or something

7    like that.  Or it wasn't up when we came to work,

8    then the manager would have to write us in; that it

9    was off line for a minute.

10      Q.   Okay.  And when you say the manager would

11   write it in, would -- how would he do that?

12      A.   I assume he wrote it on paper or something

13   from his desk; I don't know.

14      Q.   Did you ever see the times that were

15   written in so you could know if they were correct or

16   not?

17      A.   No.  We just took his word for it.

18      Q.   How often would that happen?

19      A.   I couldn't say.  Three or four, fives

20   times out the year maybe, sometimes, you know.

21      Q.   Okay.  And then, when it was an electronic

22   system, could you see the times that you punched in

23   and punched out?

24      A.   Yeah.  If it was working correct on the

25   little light that you -- that you saw in front.  It

Dodd Blandon
August 23, 2021                                                    21

1    would say in or out, like that.

2        Q.   Okay.  Did you -- was there any process

3    where you had to go, before you would get paid, and

4    look at your time records and make sure they were

5    accurate?

6        A.   No.

7        Q.   Was there a way to go on the time clock

8    and look on the screen and see, you know, your

9    punch-in and your punch-out times for that week?

10       A.   A screen?  No.  I know after a while,

11   later on, they gave us a ADP app to be able to look

12   to see your check.  And that would be -- you'd only

13   be able to do that, like, the day before.

14       Q.   Before you got your check?

15       A.   Yeah.

16       Q.   Okay.  What could you see in the ADP app

17   when you looked at it?

18       A.   Just how, you know, your paycheck was

19   going to look.  I mean, once they cut out the paper

20   check, you would be able to see that on how it will

21   print out, how it would look and stuff like that.

22       Q.   Okay.  And were you supposed to -- was

23   there a process where you were supposed to go on the

24   app, and look and confirm everything was correct

25   before you got paid?

1      A.   Not necessarily.  They would just tell us

2    if you needed your check stub for anything, this is

3    how you can go about getting it.

4      Q.   Okay.  Did you use that app to check your

5    time records?

6      A.   When I needed to see or use a check stub

7    of mine, yes.

8      Q.   Okay.  Was there a time when you looked at

9    the ADP records and said, "Hey, this not correct.

10   The time is not correct?"

11     A.   Yes.

12     Q.   Okay.  What would you do then?

13     A.   I would just take it to my manager,

14   Richard, and tell him, "Man, this is not on here.

15   What about this date," and this and that type of

16   stuff.

17          You know, I'd have to print it out or he

18   would print it out, and we would go over it.  And he

19   would just tell us get with HR or whatever, and

20   we'll go about it that way, or he'll look into it

21   for us or whatever.

22     Q.   But how often did that happen?

23     A.   As often as it messed up.  I mean, the

24   check was messed up.  I mean, it might be once a

25   week, it might be every other week.  I mean, it just

Dodd Blandon
August 23, 2021                                    23

1    all depends.

2       Q.   What kind of -- what kind of errors were

3    you seeing on the ADP app, in terms of your time?

4       A.   Just the -- maybe the amount of the --

5    like I said, the overtime, if it was any overtime

6    done that day, when it was a problem.   It would

7    maybe mainly be overtime.

8       Q.   Okay.   And would those items be corrected

9    after you had taken them to the manager?

10      A.   Yes and no.   I mean, it all -- I mean,

11   depending on what time of the day we told him about

12   it.   If it was at the beginning of the day, he would

13   say he would look into and we would just go ahead on

14   and get on our route.   And we'd have to bring it

15   back to him later on in the day, to see if it got

16   taken care of and things of that nature.   So

17   sometimes it did and sometimes we had to stay on it

18   to make sure it was complete.

19      Q.   Okay.   And Mr. Blandon, you were a day

20   rate employee; is that correct?

21      A.   Yes.

22      Q.   When you were hired, did you understand

23   you were going to be paid a day rate?

24      A.   A certain amount for the day, yeah.

25      Q.   So what was your understanding as to how

Dodd Blandon
August 23, 2021                                                24

1    the day rate worked, in terms of how you would get

2    paid?

3        A.   Let me see.  A flat rate if we would pick

4    up the garbage.  I mean, the way he explained it, it

5    was -- I mean, I don't know.  He'd pay us a certain

6    amount within the day, and within those eight hours,

7    you would get this amount of money.  Anything over

8    that would be overtime, that I thought of.

9        So you had a certain amount of time to do

10   your route, a certain amount of hours to do it, and

11   that would be what you would get for that day, you

12   know.  Well, every day.  Since it was a flat day,

13   you know, the same thing every day.

14       Q.   Okay.  So it was a -- it was a flat rate

15   for doing your route?

16       A.   For the eight hours spent doing the route,

17   that's what you would get.  Anything over that would

18   be overtime or whatever.

19       And I was told, yeah -- and if you did

20   anything shorter than that, you had to at least get

21   three hours-and-a-half or four hours to get the

22   whole day.  So yeah.

23       Q.   So you mentioned having to work a certain

24   amount of hours to get the full day rate.  Were

25   there ever any times where you got less than a full

    1    day rate that you work?

    2         A.   Not that I can recall, no.

    3         Q.   Were there days where you worked less than

    4    four hours?

    5         A.   No.

    6         Q.   What days of the week did you work?

    7         A.   Monday through Friday.

    8         Q.   Did you ever work on the weekends?

    9         A.   It all depends on -- if we all voted on it

   10    or something like that, that maybe the -- around the

   11    holidays or something, if all of us couldn't get

   12    picked up, then we had to vote to see who wanted to

   13    come back on the weekend to finish it up.  Days that

   14    like that, it was -- it was rare.  But those were

   15    the occasions that we ended up working on the

   16    weekends, or missed pick-ups.

   17         Q.   Okay.  When you say a vote, the drivers

   18    would vote?

   19         A.   Yeah.  He would have everybody, you know,

   20    saying do y'all want to do all this on the Friday

   21    or, you know, a Monday or a Saturday or whatever,

   22    and just let us choose.  And you know, we would all

   23    vote, say, we'll come in on a Saturday, an early

   24    Saturday morning to furnish it up or something like

   25    that, or stay late on a Friday.  It was just a vote

Dodd Blandon
August 23, 2021                                              26

1    thing.

2        Q.   When you would work on the weekend, were

3    you driving your regular route or were you just

4    finishing things that hadn't been done during the

5    week?

6        A.   It all depends.  Just like you said, it

7    could be something we needed to finish during the

8    week or it could be my particular route or someone

9    else's particular route that didn't finish, and it

10   was called in and it was mentioned that we needed to

11   come and work and finish it up.

12       Q.   Okay.  Did you ever receive any sort of

13   bonus while you worked at Waste Pro?

14       A.   At the beginning, yes.

15       Q.   Okay.

16       A.   It was like safety bonuses.

17       Q.   I apologize.  Go ahead.

18           A safety bonus?

19       A.   Yeah, yes, sir.

20       Q.   And how did that work?

21       A.   Every three-quarters -- every quarter you

22   would get a safety bonus every quarter, as long as

23   you didn't have an accident or anything like that,

24   you did your paperwork correct, things of that

25   nature.

Dodd Blandon
August 23, 2021                                              27

1     Q.   And you said when you started, that's --

2     they had that bonus?

3     A.   Yes.  And it quickly disappeared.

4     Q.   Okay.  About how long had you worked there

5     before it disappeared?

6     A.   I'd say about a year, maybe.  About a

7     year.

8     Q.   So maybe to 2013 roughly, something like

9     that?

10    A.   Yeah, yeah.  I wouldn't even give it a

11    year-and-a-half at the most, but it didn't -- it

12    didn't last long.  We had a meeting about it, and

13    they was telling us it was going to be cut out.

14    Q.   And who would -- who would decide if you

15    would get the safety bonus?

16    A.   I think our manager, Richard Hanns, him

17    and the other district managers or whatever.  I

18    think they -- they had a say-so about that.

19    Q.   Okay.  And you said part of it was you

20    have to complete your paperwork correctly; is that

21    right?

22    A.   Yes, paperwork, you know, pre-trips, no

23    accidents, things of that nature, yeah.

24    Q.   Who decided whether your paperwork was

25    complete or not?

Dodd Blandon
August 23, 2021                                    28

1    A.   I assume Richard.

2    Q.   Okay.  Were there ever -- were there ever

3  any times you did not get the safety bonus for the

4  quarter?

5    A.   I can't recall not getting one, but I

6  could have missed one or two or maybe; I don't know.

7    Q.   Was part of the requirement keeping your

8  truck clean?

9    A.   Yeah.

10    Q.   All right.  Who would decide if the truck

11  was clean enough?

12    A.   I assume Richard, since he was the only

13  one there.

14    Q.   Okay.  Was there any part of it that

15  involved, you know, having a good attitude at work

16  or not getting into disputes with coworkers, that

17  kind of stuff?

18    A.   No, not that I -- I don't recall that

19  being in the requirements, but I mean, it could have

20  been.  It depends on who's judging.  I don't know.

21  I didn't have any problems with doing none -- I

22  mean, having that done.  But I don't know how he

23  looked at everybody, but it could have been.

24    Q.   After they got rid of the safety bonus,

25  were there other types of bonuses that you got?

1    A.    Naw, naw, not that I can think of right

2    now.  Because after Richard left or whatever,

3    another manager came in and brung up bonuses, as far

4    as -- how do you call that?  I can't recall how

5    he -- what was the name of it.

6          But if you went to assist somebody on

7    their route and helped them, you would get,

8    like, a $50 bonus -- I mean, a bump fee; that's what

9    they called it.  They called it a bump fee.

10          And if you went and helped someone on

11    their route, that particular truck, the driver would

12    get $50 and I think the helper would get $50; if

13    not, $25.  But yeah, a bump fee.  And that didn't

14    last long, either.

15    Q.    Did you ever get that bump fee when they

16    were giving it out?

17    A.    No, because I'm always the one that needed

18    help.  So no, I don't think so.

19    Q.    Okay.  And you said they got rid of that

20    one, too?

21    A.    Yeah.

22    Q.    What do you remember about that?

23    A.    It was kind of short-lived, but that

24    was -- basically, if someone helped you on your

25    route and the manager called you or something like

1    that and said, "Hey, can you go and help such and

2    such.  You know, we'll give you the bump fee."  And

3    that was what you got.

4        Q.   And any other types of bonus?

5        A.   No.

6        Q.   That you can remember?

7        A.   Huh-uh (negative response).

8        Q.   How about an annual bonus, a Christmas

9    bonus, anything like that?

10       A.   No.  Oh, the Christmas bonuses, you

11   mentioned that.  Yeah, you might get a turkey

12   or $25 or something like that.  They was giving that

13   out for a while, and that stopped, too.

14       Q.   Are you familiar with a $10,000 bonus?

15       A.   Yeah, I was about to mention that to you,

16   but I didn't want to while you was writing.

17            But yeah, that was -- that was -- that was

18   told when you got hired, you know, that you could

19   get that, you know, $10,000 bonus.

20       Q.   Did you ever get that bonus?

21       A.   Is that a joke?

22            No, I didn't -- I didn't get it.  I could

23   have got it, but now, I didn't get it.

24       Q.   What is your understanding are the

25   requirements were for those bonus?

Dodd Blandon
August 23, 2021                                                    31

1      A.    Basically, going -- I think it was three

2   years or -- I think it was three years without

3   having any accidents or anything of that nature, no

4   citations, no nothing.  Just a clean record,

5   basically.  And at the end of that three years or

6   whatever, you would get, you know, that $10,000

7   bonus.

8      Q.    And you said there were times you should

9   have gotten that bonus?

10     A.    I mean, I thought I had.  I was a good

11  driver, had no accidents, no nothing, but it came

12  down to hearsay and I didn't get it.

13     Q.    And what do you mean by that, "hearsay"?

14     A.    As far as discrepancies on how something

15  came up and said, "Well, you did this."  And like,

16  "I don't recall that being my fault" or whatever,

17  something like that.  And it should have been the

18  helper's fault.  And it just kind of like messed me

19  up, as far as that's concerned.

20     Q.    Do you remember specifics about what the

21  issues were?

22     A.    Just one in particular.  Just I was going

23  on my route and going down the highway, and a guy --

24  I stopped to make a turn and the guy that was in a

25  truck behind me wasn't paying attention, and he hit

Dodd Blandon
August 23, 2021                                        32

1   my truck.

2          You know, for some reason, that was -- you

3   know, when it was coming up, as far as $10,000

4   bonus, that was one of the reasons they said I

5   didn't get it, that came up.  You know, well, how

6   would that have been my fault?  He hit me.

7          You know, but something like that was, you

8   know, and I just stopped worrying about getting it

9   after that.

10   Q.   Did -- was there -- was there damage to

11   your truck?

12   A.   Not my truck, no, not the truck, but to

13   their truck, it was a little damage or whatever, but

14   that was it.

15   Q.   Okay.  Do you know if Waste Pro paid

16   anything to that other person, the damaged truck?

17   A.   I don't -- I don't know.  I didn't -- I

18   tried to stay aware of it and ask questions about

19   it, but either Richard didn't know about it or he

20   hadn't heard anything about it.  So when he said

21   they was going to take care of it, then I just let

22   him take care of it.  They didn't bring it back to

23   my attention.

24   Q.   Was any money ever taken out of your pay

25   because of that accident?

Dodd Blandon
August 23, 2021                                                          33

1      A.   No, not that I can recall, no.

2      Q.   Okay.  Do you remember any other drivers

3   getting the $10,000 bonus when you were there in

4   Brookhaven?

5      A.   Not in Brookhaven, no, but from other

6   facilities, yes.

7          MR. NASO:  Matt, do you mind if we take a

8   two-minute break.

9          MR. PEARCE:  Yeah, that's fine.  I was

10  actually about to ask if Shanna has the exhibits.

11         (Off the record at 10:57 a.m.)

12         (On the record at 11:03 a.m.)

13         (Exhibit C marked for identification.)

14         (Exhibit D marked for identification.)

15     Q.   (By Mr. Pearce)  Mr. Blandon, do you have

16  those exhibits in front of you, C and D?

17     A.   Yeah.

18     Q.   All right.  I think we'll look first at

19  Exhibit D, as in dog.  Have you seen this document

20  before?

21     A.   Are we looking at the first page?

22     Q.   Yes, sir.  For the -- the whole document.

23  If you've seen part of them but not the other parts,

24  you can tell me that, as well.

25     A.   Yes, I've seen it.

Dodd Blandon
August 23, 2021                                    34

1    Q.   And if you turn to the last page, it's got

2   your electronic signature on it.

3    A.   Yes.

4    Q.   All right.  What do you understand this

5   document to be?

6    A.   These are depositions and things and

7   questions I went over with my lawyer.

8    Q.   Okay.  And I don't -- Mr. Naso will tell

9   you, I don't want you to tell me anything you talked

10  about your lawyer.

11   A.   Right, okay.

12   Q.   But I won't ask you that and please don't

13  volunteer it to me.

14        Just for the record, this Exhibit D is

15  Mr. Blandon's "Answers to Defendant's First Request

16  for Admissions and Interrogatories."

17        And Mr. Blandon, if you could, turn to the

18  third page, where, at the top, it says "Requests for

19  Admissions."

20   A.   Yes.

21   Q.   Okay.  The first question asked about that

22  your paychecks came from Delta Sanitation of

23  Mississippi, and you said that you admitted that

24  that was correct?

25   A.   Correct.

1    Q.   So is that what was on your pay records,

2    Delta Sanitation of Mississippi?

3    A.   As far as the addresses and stuff, yes,

4    yes, correct.

5    Q.   When you started -- did you work for a

6    company called Delta Sanitation of Mississippi?

7    A.   I assume so, since it was on my paycheck.

8    Q.   All right.  Did you work for that company

9    and at some point Waste Pro bought that company?

10        Do you have any understanding about that?

11   A.   No.

12   Q.   Did you always understand that the company

13   you were working for was Waste Pro?

14   A.   Right, correct.

15   Q.   And when you were driving your truck, did

16   it say "Waste Pro" on the truck or --

17   A.   Correct.  I'm sorry.

18   Q.   Go ahead.

19   A.   Yes, it had "Waste Pro" on the side.

20   Q.   Okay.  And then, keep -- keep that

21   document, but let's also look at Exhibit C, which

22   are your pay records.

23   A.   Okay.

24   Q.   Have you seen documents that look like

25   this before?

Dodd Blandon
August 23, 2021                                                36

1    A.   Yes.

2    Q.   What is -- what does Exhibit C appear to

3  be?  What does it look like?

4    A.   It looks like my paystub.

5    Q.   Okay.  And then, if you could, turn to

6  the -- up at the top, the top right, it says,

7  "Period beginning," and then it has a date.  On the

8  first one, it's February 1st, 2015.

9         Do you see where I'm reading?

10   A.   2015, yes.

11   Q.   All right.  If you could turn to the pay

12  period beginning April, 12, 2015, just let me know

13  when you're there.

14   A.   Yeah, 4/11 period ending.

15   Q.   The next -- the next one after that, does

16  it appear to be the beginning April 12th.

17   A.   Okay.

18   Q.   All right.  And then, if you turn to the

19  second page, it looks like that it shows the time

20  that you clocked in and the time you clocked out for

21  each day.

22        Do you see that?

23   A.   Yeah.

24   Q.   And on Saturday, April 18th, it shows you

25  clocked in at 6:27 a.m. and clocked out at 9:00 a.m.

Dodd Blandon
August 23, 2021                                           37

1        Do you see where I'm reading?

2     A.   You said 623, 622...

3     Q.   Looking at Saturday, April 18th.

4     A.   That was the next sheet behind it, right?

5     Q.   Yes, sir.

6     A.   Okay.  There's writing on here, man,

7   but...

8     Q.   Saturday, April 18th.

9     A.   Okay.  I'm just going down the side of it,

10   where it says Monday, Tuesday, Wednesday and

11   stopping at Saturday, and going over.

12     Q.   Okay.  Do you see on April 18th, it shows

13   that you clocked in at 6:27 a.m. and you clocked out

14   at 9:00 a.m.?

15     A.   Yeah, I assume that's what -- I can barely

16   see it, but yeah.

17     Q.   Okay.  Is this one of those days you were

18   talking about earlier, where you would come in on a

19   Saturday to finish a route that hadn't been

20   finished?

21     A.   It could be.

22     Q.   Do you know what else it could be?

23     A.   Him asking me to come in to pick up stuff

24   someone else has missed on their route that he ended

25   up getting calls for at the end of the day and

Dodd Blandon
August 23, 2021                          38

1    wanted someone to come in and pick those up.

2       Q.   Okay.  Would that day -- on the Saturday

3    that was -- would you be doing your complete route

4    that day or just missed pick-ups?

5       A.   Mostly missed pick-ups that's scattered

6    around the city and the county.

7       Q.   Okay.  Mr. Blandon, if you could, turn to

8    the earning statement for the period beginning May

9    the 10th, 2015, 5/10/2015.

10       A.   I think I have it.

11       Q.   Okay.  And on the right side, kind of

12    halfway down, it says "Days worked, Week 1" and then

13    "Days worked, Week 2."

14           Do you see that?

15       A.   Yes.

16       Q.   All right.  And for Week 1, it says 8.5

17    days worked.  Is that what you see?

18       A.   Yes.

19       Q.   And then, for Week 2, eight?

20       A.   Right.

21       Q.   Correct?

22       A.   Correct.

23       Q.   And then, total for the pay period, 16.5?

24       A.   Correct.  I see it.

25       Q.   Okay.  Now, if you turn to the second

Dodd Blandon
August 23, 2021                                                     39

1   page, where it shows the days that you worked, on

2   that -- on the first week, which would have started

3   Sunday, May 10th, and then ended Saturday May 16th.

4        Do you see that?

5   A.   Yes.

6   Q.   All right.  How many days did you work

7   that week, according to these records?

8   A.   From Monday through Friday.

9   Q.   So five days?

10   A.   Yes.

11   Q.   Okay.  If you look back at the first page,

12   it shows that you were paid for working 8.5 days.

13        Do you see that?

14   A.   8.5, right.

15   Q.   Days that week.

16        Do you know why you were paid for

17   eight-and-a-half days that week when you worked for

18   five days?

19   A.   No.  That would be a question you would

20   have to ask Richard.

21   Q.   Did you notice down on your -- under

22   paystub, where you got paid at this time?

23   A.   No.

24        What I look at -- when I look at my pay

25   period, I looked at how much money I was getting.

Dodd Blandon
August 23, 2021                                                          40

1   If my check was right, as far as over -- over here

2   where it says "earnings," that's, basically, what I

3   looked at.

4          Or what I -- what you're looking at, about

5   looking for vacation time or something like that.

6   But really, I looked at that because I was always

7   there sometimes or on time.

8      Q.   Okay.  If you look on the second page,

9   where it shows you clock in and clock out, just look

10  at Monday, May 11, for example.

11     A.   Okay.

12     Q.   It shows you clocked in at 6:30 a.m. and

13  then clocked out at 11:00 a.m.

14         Do you see where I'm reading?

15     A.   Yes.

16     Q.   And then, you clocked back

17  in at 11:30 a.m. and clocked out at 4:19 p.m.; is

18  that correct?

19     A.   On this paper, it is.

20     Q.   Right.

21         Do you know why it would show your

22  clocking out at 11:00 a.m. and clocking back

23  in at 11:30 a.m.?

24     A.   I have no idea.

25     Q.   Okay.

 1    A.    Because you know -- can I elaborate?

 2    Q.    Please.

 3    A.    Like I said, when I leave the yard at the

 4   time I'm supposed to leave there at 6:30 or

 5   whatever, it's no way possible that I can get back

 6   to clock out.  I'm in the country.  I'm two, three

 7   hours away, you know, somewhere, you know, a couple

 8   of miles away.  I mean, it ain't like a short run.

 9          So to be able to do that, I mean, he would

10   either had to tell me to come in to lock out or

11   something like that, and that was rarely.  Rarely he

12   would tell me to do something like that.  So I don't

13   know why this would be like that.

14    Q.    (By Mr. Pearce)  Okay.  Mr. Blandon, if

15   you could, look back at Exhibit D, the request for

16   admissions and the interrogatory answers.

17    A.    Yes.

18    Q.    Look at Page 5 of that document.

19    A.    Okay.

20    Q.    The answer to Interrogatory Number 1,

21   under Part C, it says, "My time sheets from

22   May 10th, 2015, through for May 23, 2015, clearly

23   show a 30-minute lunch break was was automatically

24   deducted each workday, despite the fact that I

25   worked through lunch each day."

Dodd Blandon
August 23, 2021                                                    42

1          Do you see that?

2      A.   Yes.

3      Q.   All right.  And then, I believe it was

4  referring to the pay records we were just looking at

5  for the pay period May 10th through May 23rd, 2015.

6      A.   Okay.

7      Q.   But if you look at those records, isn't it

8  true, nothing was actually deducted from your pay

9  for those days.  In fact, you were paid double for

10  some of those days; is that correct?

11     A.   I was -- no, I don't think so.

12          You said double?

13     Q.   Well, it shows -- we looked at Week 1.

14  And you worked five days that week, correct?

15     A.   Right.

16     Q.   And then -- but you were paid for 8.5 days

17  that week, correct?

18     A.   On paper, right.

19     Q.   Okay.  And so going back to the question,

20  then, isn't it correct that nothing was taken away

21  from you that week, you were actually overpaid that

22  week, weren't you?

23     A.   I mean, if it's saying that on paper, but

24  I don't know.  I can't remember particularly that

25  day.  I mean, that's not -- I mean, it could be true

Dodd Blandon
August 23, 2021                                    43

1   and it could not be; I don't know.

2      Q.   Okay.  Well, for that pay period, you --

3   if you look back at the first page, your net check

4   was $1,748. 30.

5         Do you see that?

6      A.   What was you saying, now?

7      Q.   The earnings statement for May 10th, 2015.

8      A.   What we just looked at?

9      Q.   Yes, sir.

10     A.   Okay.

11     Q.   Do you see down at the bottom where it

12  shows a copy of your check?

13     A.   We're on the fifth month, right?

14     Q.   Yes, sir.

15     A.   Okay.

16     Q.   All right.  Do you see down at the bottom,

17  where it shows your net check?  It says $1,748.30.

18     A.   Yes.

19     Q.   And I think you said you would -- when you

20  looked at these, you would just, basically, look at

21  the total amount of the check; is that correct?

22     A.   Yeah.  And over here, "Earnings."

23     Q.   Okay.  Now, isn't that about twice what

24  you normally would have received for a two-week pay

25  paid?

Dodd Blandon
August 23, 2021                                          44

```
 1      A.   Yes.

 2      Q.   All right.  Because if you look at -- look

 3   at the next pay period beginning May 24th, 2015, and

 4   it shows a net check of $889.19.

 5           Do you see that?

 6      A.   Right.

 7      Q.   All right.  So for that pay period of

 8   May 10th or May 23rd, you received about twice that

 9   amount, right?

10      A.   Correct.

11      Q.   Did you notice that when you got your

12   check, that you received about twice what you

13   normally received?

14      A.   I probably did, because it was unusual.

15      Q.   Okay.  Did you tell anyone at Waste Pro,

16   "I received more than I normally did?"

17      A.   We didn't have to.  We probably was all

18   discussing it.  Everybody probably had something

19   like that on their check at that point.  I mean...

20      Q.   I'm asking you, do you have any specific

21   recollection of telling someone at Waste Pro, "Hey,

22   I think I might have got paid more thar I should

23   have gotten paid for this pay period?"

24      A.   It could have been mentioned between the

25   drivers.  You know, we all talked, so it could have
```

Dodd Blandon
August 23, 2021                                        45

1   been.  Or I might have even asked Richard why it was

2   like that or whatever, and he could have mentioned

3   "You got a bonus" or something of that nature or

4   whatever.  But it probably did come up.

5       Q.   Okay.  Well, sir, I'm not -- I'm not

6   asking you if it might have come up or it could have

7   come up.

8           Do you have a specific recollection of

9   raising that issue with anyone at Waste Pro?

10      A.   No.  If you want me to be specific, no.  I

11  can't remember back that far.  I'm just saying as

12  far as how you -- how I'm looking at it right now,

13  that was unusual, so I could have brung it up to

14  Richard that why is my check this way or whatever,

15  and that's what I'm trying to say, to mention to

16  you.

17      Q.   Okay.  But if you look at the time record

18  where it shows the dates you clocked in and then

19  clocked out for those two weeks, how many days did

20  you work in those two weeks?

21      A.   What are we looking at now?

22      Q.   The page where it shows your clock-in time

23  and your clock-out time.

24          How many days did you work in those two

25  weeks?

Dodd Blandon
August 23, 2021                                                    46

1      A.   We're still on the fifth month?

2      Q.   Yes, sir.

3      A.   What timeframe am I looking at?  What

4    date?

5      Q.   The May 10th, 2015, through

6    May 23rd, 2015.

7      A.   Okay.  May 10th.  It looks like -- are you

8    talking about for the whole -- the whole two weeks?

9      Q.   Yes, sir.  How many days did you work?

10      A.   It looks like 18.

11      Q.   Where are you seeing 18?

12      A.   I'm looking at -- I'm counting just all

13    the dates and times.  Is that correct?

14      Q.   Well, just look at the first week.  I

15    think you said earlier you worked Monday through

16    Friday?

17      A.   Right.

18      Q.   And then, the second week, how many days

19    did you work?

20      A.   I see eight with the two at the bottom,

21    if I'm stopping at the right -- that's Wednesday,

22    Thursday, Friday.

23      Q.   Okay.  Well, let's look at it.

24           Did you work on the Sunday, May the 17th?

25      A.   No.

Dodd Blandon
August 23, 2021                                                47

1    Q.   Okay.  Did you work Monday, May the 18th?

2    A.   Yes.

3    Q.   And Tuesday, May the 19th?

4    A.   Yes.

5    Q.   Wednesday, May the 20th?

6    A.   Yes.

7    Q.   Thursday, May the 21st?

8    A.   They've got a vacation.

9    Q.   Okay.  It looks like you -- okay.  So

10   Thursday was a vacation day?

11   A.   Yes.

12   Q.   All right.  And then, did you work Friday

13   the 22nd?

14   A.   Yes.

15   Q.   So that's four days that week, if I

16   counted correctly; is that right?

17   A.   Right.

18   Q.   So a total of nine days for those two

19   weeks; is that correct?

20   A.   Right.  A vacation day, yes.

21   Q.   Plus vacation day.

22        And then, if you look back at the first

23   page, it shows you were paid for 16?

24   A.   Right.

25   Q.   So if you worked nine days and you were

Dodd Blandon
August 23, 2021                                    48

1    paid for 16-and-a-half days, do you agree with me

2    that you were overpaid for those two weeks?

3        A.   If they calculated it that way, I assume

4    so.

5        Q.   Do you have any reason to believe this

6    check was not accurate as to what you were actually

7    paid?

8        A.   No, no.  I'm saying as far as how they

9    calculated it, I'm sure -- if that's what they came

10   up with, then that's what they paid me.

11       Q.   Okay.  But you were paid for 16-and-a-half

12   days work, correct?

13       A.   Right.  Plus the vacation day was May

14   the 17th, right?

15       Q.   So 17-and-a-half.  And you worked -- you

16   actually worked nine days plus one vacation day,

17   correct?

18       A.   Uh-huh (affirmative response).  That's two

19   weeks, yeah.

20       Q.   Mr. Blandon, if you could, go back to

21   Exhibit D, again.

22       A.   Uh-huh (affirmative response).

23       Q.   Look at Page 4, Request Number 9.

24       A.   Uh-huh (affirmative response).

25       Q.   It says that many people worked off the

Dodd Blandon
August 23, 2021                                          49

1    clock during employment, that forms the basis for

2    your claims in this action, and your response was

3    "Deny."

4          So were you saying there that you did work

5    off the clock while you were at Waste Pro?

6    A.   Uh-huh (affirmative response).  Not that I

7    recall, no.  No.  I mean, like I said, we worked

8    straight through our routes.

9    Q.   If you go to Page 7, it's Interrogatory

10   Number 6.  Look at Number 4.  This is talking about

11   the lunch deductions, 30-minute deductions for

12   lunch.

13   A.   Page 7?

14   Q.   Yes, sir.

15   A.   Okay.

16   Q.   Interrogatory Number 6.

17   A.   Okay.  Yeah.  Okay.

18   Q.   And we looked at those time records where

19   it showed you were being -- you were clocked

20   out at 11:00 a.m. and back in at 11:30 a.m.

21   A.   Okay.

22   Q.   Is it your position that that happened

23   every day that you worked at Waste Pro, that there

24   was 30 minutes taken out of your pay for lunch?

25   A.   Do I recall that happening?

Dodd Blandon
August 23, 2021                                                                50

1    Q.   Yes, sir.

2    A.   No, I don't.

3    Q.   Okay.  So to your knowledge, was -- was

4    any time taken out of your pay for lunch,

5    a 30-minute deduction every day?

6    A.   To my knowledge, no, I don't recall it

7    being taken out.

8    Q.   Mr. Blandon, if you could, go back to the

9    January records and turn to January 3rd, 2016, in

10   the Exhibit D.

11   A.   In D, Okay.

12   Q.   Yes, sir.

13   A.   Okay.

14   Q.   I'm sorry.  It's Exhibit C, is the pay

15   records.

16   A.   Oh, okay.  And go to what, now?

17   Q.   January 3rd, 2016, the period beginning.

18   A.   Okay.  Mine start February.  Mine start in

19   February.

20   Q.   It's January 3rd, 2016.

21   A.   Oh, okay.  I'm sorry.

22   Q.   The next year.

23   A.   Okay.  I think I have it.

24   Q.   Okay.  If you look to the left side, where

25   it says your earnings.  It says regular, overtime,

1    bonus.  Do you see that?

2        A.    Right.

3        Q.    It shows that you got a bonus of $250.

4              Do you see that?

5        A.    Correct.

6        Q.    Do you know what that bonus would have

7    been for?

8        A.    Naw, not really.  Probably the safety

9    bonus or the clothing bonus or something like that,

10   I think.

11       Q.    Okay.  And if you go to the next page, on

12   the bottom half of the page, there's a -- it's a

13   table where it says "Approvals" and "Sign-Offs."

14             Do you see that?

15       A.    Yes.

16       Q.    All right.  And the first line says,

17   "Timecard approval by employee."

18       A.    Okay.

19       Q.    Over on the right, it shows an edit date

20   of January 15, 2016, and the time and then your name

21   under "User."

22             Do you see that?

23       A.    Right.

24       Q.    Do you recall approving your time records

25   while you were at Waste Pro?

Dodd Blandon
August 23, 2021                                              52

1      A.   Approving my time records?  Not really,

2   but I might have if Richard -- there was a time

3   those time things was out and he wanted us to come

4   in to put initials by it or something like that.

5      Q.   Okay.  Did you keep your own time records?

6           Did you keep like a notebook or anything

7   like that?

8      A.   No.

9      Q.   Sir, if you could, turn to the earning

10  statement beginning March 27, 2016, 3/37/2016.

11     A.   Okay.  I think I have it.

12     Q.   Okay.  And then on the second page for

13  Friday, April the 1st, it shows you clocked in

14  at 6:26 a.m. and then clocked out at 7:54 a.m.

15          Do you see where I'm reading?

16     A.   You said that was April 1st?

17     Q.   Yes, sir.

18     A.   Okay.

19          Now, what are we looking again, now?

20          Okay.  Yeah, a dot right there or

21  something.

22     Q.   Yes.

23     A.   Yeah, yeah.  Okay.

24     Q.   And it looks like you took sick time that

25  day.  It says 8.0 as sick.

Dodd Blandon
August 23, 2021                                    53

1        Do you see that?

2    A.   Yes.

3    Q.   Do you know on that date -- because you

4    clocked out early in the morning, 7:54 a.m., if

5    that's a day you went home sick?

6    A.   Yes.

7    Q.   All right.  Mr. Blandon, if you could,

8    turn to the earning statement beginning

9    July 31st, 2016, 7/31/2016.

10   A.   July 16th you said?

11   Q.   July 31st, 2016.

12   A.   Okay.  That would be -- okay.

13   Q.   All right.  It shows you got a bonus that

14   pay period at $25.  Do you see that?

15   A.   No.

16   Q.   Well, on the left side where it says

17   "Earnings."

18   A.   Yeah, I'm looking at it.  And we're

19   looking at 7/30, right, '16.

20   Q.   No.  The next one, 7/31/2016.

21   A.   The period ending -- I mean beginning,

22   rather.

23   Q.   Yes, sir.

24   A.   Okay.

25   Q.   On the left, it shows earnings --

Dodd Blandon
August 23, 2021                                                54

1    A.   Yeah.

2    Q.   It shows $25?

3    A.   I think -- yeah, I see it.

4    Q.   Do you know what that bonus would have

5  been for?

6    A.   No.

7    Q.   All right, sir.  You can put that exhibit

8  aside.

9         (Exhibit B marked for identification.)

10    Q.   (By Mr. Pearce)  If you can, look at

11  Exhibit B.

12    A.   B?

13    Q.   Yes, B as in "boy."

14         Just tell me, first, if you've seen this

15  document before.

16    A.   Yes, I think so, yeah.

17    Q.   What does it appear to be?

18    A.   Collective action.  I guess this is the --

19  it says collective action for suit, a court

20  document.

21    Q.   Okay.  And if you could, turn to the

22  second page of it.

23    A.   Uh-huh (affirmative response).

24    Q.   Paragraph 3, where it says "Additionally,

25  plaintiff and others who are similarly situated were

1   deprived of wages for hours actually worked by

2   defendant's policy to encourage or require them to

3   perform pre-shift and post shift-duties while not

4   clocked in."

5          When you worked for Waste Pro in

6   Brookhaven, was there any policy requiring drivers

7   to do their pre-shift and post-shift duties either

8   before or after they clocked in?

9          MR. PIERCE:  Objection to the form.

10          THE WITNESS:  Can you repeat your

11  question.

12     Q.   (By Mr. Pearce)  Yeah, sure.

13          And that's something I should have told

14  you earlier.  If I ask something that's not clear,

15  just tell me and I'll clarify it.

16     A.   Okay.

17     Q.   Paragraph 3 talks about defendant's policy

18  to encourage and require drivers to perform

19  pre-shift and post-shift duties while not clocked

20  in.

21          Do you see that?

22     A.   Right.

23     Q.   When you worked for Waste Pro in

24  Brookhaven, were you aware of any policy requiring

25  drivers to do their pre-shift and post-shift duties

1    while unclocked --

2         THE WITNESS:  No.

3         MR. NASO:  Objection to the form.

4         MR. PIERCE:  What's the objection?

5         MR. NASO:  Legal conclusion.  You're

6    asking questions that he (unintelligible).

7    Q.    (By Mr. Pearce)  Okay.  Mr. Blandon, just

8    to be clear, I'm asking you:  Were you aware, when

9    you worked at Waste Pro, of any policy requiring

10   drivers to do any of these duties off the clock?

11   A.    No.

12   Q.    Mr. Blandon, if you look at Paragraph 11,

13   it's on Page 3.

14   A.    Okay.

15   Q.    And it states, I'm summarizing, but that

16   you're bringing this action on behalf of drivers who

17   worked in any state, except for Florida; is that

18   correct?

19        MR. NASO:  Objection to form.

20        But Dodd, you can answer.

21        THE WITNESS:  Correct.

22   Q.    (By Mr. Pearce)  It states -- are you

23   seeking to represent where drivers worked?

24        MR. NASO:  Object to the form.

25        But Dodd, you can answer.

Dodd Blandon
August 23, 2021                                    57

1          THE WITNESS:  I'm just -- well, as far as

2    the way you're asking the questions, I didn't think

3    it was going no further than Brookhaven, until I was

4    told by, I guess, my lawyers that it was more than

5    one.

6       Q.   (By Mr. Pearce)  Do you know --

7          MR. NASO:  Dodd, I'm going to stop you.

8    Don't answer anything about our discussions.

9          THE WITNESS:  Okay.

10      Q.   (By Mr. Pearce)  Do you know what states,

11   other than Mississippi, whether it's plaintiffs who

12   worked -- I mean, strike that.  That was a bad

13   question.

14          You understand you're seeking to represent

15   people who worked in Brookhaven?

16      A.   Yes, correct.

17      Q.   Do you know from which states other

18   drivers -- in which states other drivers worked that

19   are a part of that lawsuit?

20      A.   No.

21      Q.   Do you have any knowledge about how

22   drivers were paid in the State of Georgia?

23      A.   No.

24      Q.   How about the State of Alabama?

25      A.   No.

Dodd Blandon
August 23, 2021                                                58

1      Q.   Mississippi?

2      A.   No, not but while I was working there.

3      Q.   Okay.  So you don't know -- does -- do you

4   know if Waste Pro has facilities outside of

5   Brookhaven in the State of Mississippi?

6      A.   Out of the State of Mississippi?  Out of

7   the State of Mississippi, you're asking?

8      Q.   In the State of Mississippi, are there any

9   facilities, other than the Brookhaven --

10     A.   Yes, it's a couple of them, if I'm not

11   mistaken.  I think it's in Jackson and Natchez.

12     Q.   Are you familiar with how drivers were

13   paid in Natchez?

14     A.   No.

15     Q.   Or in Jackson?

16     A.   No.

17     Q.   How about the State of Tennessee?

18     A.   No.

19     Q.   Arkansas?

20     A.   No.

21     Q.   Louisiana?

22     A.   No.

23     Q.   Florida?

24     A.   No.

25          (Exhibit F marked for identification.)

Dodd Blandon
August 23, 2021                                    59

1    Q.    (By Mr. Pearce)  Mr. Blandon, if you

2    could, turn to Exhibit F, as in Frank.

3    A.    What page did you say, sir?

4    Q.    It's the last page.  At the top, it says

5    "Page 2 of 2."

6    A.    Okay.

7    Q.    All right.  And under E, where it says

8    "The total amount claimed" -- do you see that?

9    A.    Yes.

10    Q.    And it says, "If I'm owed

11    time-and-one-half overtime compensation,

12    I'm owed $18,154.20," correct?

13    A.    Yeah, I see it.

14    Q.    And then, "If I'm owed an additional

15    half-time overtime compensation, then I'm

16    owed, $1,545.51."

17         Do you see that?

18    A.    Yeah, I see it.

19    Q.    Do you know if those calculations factor

20    in the days where you were overpaid for those two

21    weeks that we looked at earlier?

22    A.    I don't know.

23         (Exhibit G marked for identification.)

24    Q.    (By Mr. Pearce)  Sir, if you could, turn

25    to Exhibit G.

Dodd Blandon
August 23, 2021                                                    60

1    A.   Okay.

2    Q.   Paragraph 11 says, "While I was required

3   to assist other drivers to complete their routes, I

4   was supposed to receive helper pay from defendant at

5   a flat rate of $50."

6        Do you see that?

7    A.   Yes.

8    Q.   But as I understood your testimony

9   earlier, you did not ever help other drivers on

10  their routes because you were too busy with yours;

11  is that correct?

12   A.   Correct.

13   Q.   So are you claiming in this case that

14  Waste Pro owes your helper fee or bump fee like you

15  referred to them earlier?

16   A.   No.  I said earlier, when someone else

17  needed help with their route, you can -- they'll

18  call you and ask if you're done with yours, can you

19  you go and assist, and you would get that bump fee

20  of $50.

21   Q.   Right.

22        But I also understand your testimony to be

23  that you never helped other drivers on their routes

24  because you were too busy with yours?

25   A.   Correct.

Dodd Blandon
August 23, 2021                                                61

1     Q.   All right.  So are you -- in this lawsuit,

2   are you claiming that Waste Pro owes you any bump

3   fees?

4     A.   Oh, no, no.

5     Q.   Okay.  And Paragraph 16 says,

6   "Additionally, I was regularly required to perform

7   off-the-work -- off-the-clock work for defendants."

8        Do you see that?

9     A.   Yeah, see it.

10    Q.   But my understanding from your testimony

11   today is you did not work off-the-clock for Waste

12   Pro, correct?

13    A.   No, I didn't.

14    Q.   Have you seen this document before,

15   Exhibit G?

16    A.   Yes.  It has my name on it.  Yeah.

17    Q.   It has your signature on the last page?

18    A.   The last page, let me see.

19        Yes.

20    Q.   Did you read this document before you put

21   your electronic signature on it?

22    A.   I glanced at it, yeah.

23    Q.   I'm sorry?

24    A.   I skimmed through it.  I didn't read the

25   complete paper, no.

Dodd Blandon
August 23, 2021                                                    62

1      Q.   There are a couple of things we just

2  talked about that don't appear correct, based on

3  what you testified to today.

4      A.   Okay.

5      Q.   Is that accurate?

6      A.   What was -- what would that be?

7           What are you asking me?

8      Q.   Well, Paragraph 16 says you were regularly

9  required to perform work off the clock --

10     A.   Correct.

11     Q.   -- and you said now that that didn't

12 happen.

13     A.   Correct.

14     Q.   And then, Paragraph 11 and 12 talks about

15 you not receiving helper pay or the bump fees, but

16 you said that you're not owed that money because you

17 didn't help other drivers, correct?

18     A.   That's the way it's set up, right.

19     Q.   Okay.  Can you take a minute to read

20 through this declaration now -- and we can go off

21 the record for a minute -- and tell me if there's

22 anything else that you don't think sounds correct in

23 it.

24          Let's just go off the record, take a

25 couple of minutes, and we'll come back on.

Dodd Blandon
August 23, 2021                                                    63

1          (Off the record at 11:48 a.m.)

2          (On the record at 11:54 a.m.)

3     Q.    (By Mr. Pearce)  Mr. Blandon, did you

4  speak with your attorneys during the break?

5     A.    No.

6     Q.    Have you had time to go through the

7  declaration, which is Exhibit G?

8     A.    Yeah.  From what I can see of it.  I can

9  barely see some of it, but yeah, I went over it.

10    Q.    Is there anything else in that declaration

11 that you believe to be incorrect?

12    A.    Well, I saw where we was just talking

13 about the bump fee and things down there.  I

14 never worked -- I never helped anyone on that.  And

15 reading this, I can recall -- and that was if I was

16 going to help someone, when Richard would put two

17 guys on my truck to help me finish the route up and

18 then to go assist someone else like that.

19          Other than that, I don't recall them

20 taking the 30 minutes out of my -- for my lunch.

21    Q.    I'm sorry.  You say you do recall that or

22 you --

23    A.    I don't.

24    Q.    You don't recall that.

25          Okay.  Anything else?

Dodd Blandon
August 23, 2021

64

1      A.    Not -- he didn't ever mention that.

2          No.   That's -- when I mentioned that

3   helping, the two guys on my truck, if he put two

4   guys on my truck to finish my route up and to

5   assist, at that point in time we didn't have that --

6   the bump fee wasn't thought of then.

7      Q.    Okay.  So you don't -- you don't think you

8   were supposed to get a bump fee because they weren't

9   doing that at that time?

10     A.    Correct, that's what I'm saying.  That

11  didn't happen until we got another supervisor.

12     Q.    Right.  Okay.

13     A.    That that was -- that we was aware of that

14  something like that exist.  But when Richard was

15  doing it, it never existed.  You know, we never did

16  it.

17     Q.    And then, when they started paying the

18  bump fees, you don't recall ever helping another

19  driver on their routes so you would get that fee?

20     A.    Not often.  The majority of the time, it

21  was them helping me more than likely, if they did at

22  all.  But you know...

23          MR. PEARCE:  Sir, that's all the questions

24  I have.  I appreciate your time today.

25          THE WITNESS:  Oh, okay.

1      Mr. Ryan?

2      MR. NASO:  I have no questions.

3      Dodd, this is going to get all typed up.

4  You can either read or waive.  And what that means

5  is that when it gets typed up, if you want to come

6  back in, you can read and make a note of whether or

7  not the transcript is correct.

8      Now, let's say it has Road 2017 but you

9  mean 2018, you can make a note of that.  But if it's

10  a significant note, we can all come back; however,

11  most people waive.

12      THE WITNESS:  Okay.  I need to say that

13  now?

14      MR. NASO:  Yes.

15      THE WITNESS:  I'll waive it.

16      MR. NASO:  Okay.  We'll waive.

17      COURT REPORTER:  Mr. Naso, do you want to

18  purchase a copy?

19      MR. NASO:  Yes, I do.

20      (Off the record.)

21          (Time Noted:  11:58 a.m.)

22              SIGNATURE/WAIVED

23  ORIGINAL:  MATTHEW PEARCE, ESQ.

24  COPY:  PAUL NASO, ESQ.

25

Dodd Blandon
August 23, 2021                                                      66

1           CERTIFICATE OF COURT REPORTER

2           I, Shanna Cumberland, Court Reporter and

3    Notary Public, in and for the State of Mississippi,

4    hereby certify that the foregoing contains a true

5    and correct transcript of the testimony of DODD

6    BLANDON, as taken by me in the aforementioned matter

7    at the time and place heretofore stated, as taken by

8    stenotype and later reduced to typewritten form

9    under my supervision by means of computer-aided

10   transcription.

11          I further certify that under the authority

12   vested in me by the State of Mississippi that the

13   witness was placed under oath by me to truthfully

14   answer all questions in the matter.

15          I further certify that, to the best of my

16   knowledge, I am not in the employ of or related to

17   any party in this matter and have no interest,

18   monetary or otherwise, in the final outcome of this

19   matter.

20          Witness my signature and seal this the

21   25th day of August, 2021.

22

23          _____
            SHANNA CUMBERLAND, CCR #1774

24   My Commission Expires:
     April 25, 2022

25

## $

**$1,545.51**
  59:16
**$1,748**
  43:4
**$1,748.30**
  43:17
**$10,000**
  30:14,19
  31:6 32:3
  33:3
**$18,154.20**
  59:12
**$25**
  29:13 30:12
  53:14 54:2
**$250**
  51:3
**$50**
  29:8,12
  60:5,20
**$889.19**
  44:4

## 1

**1**
  38:12,16
  41:20 42:13
**10:57**
  33:11
**10th**
  38:9 39:3
  41:22 42:5
  43:7 44:8
  46:5,7
**11**
  40:10 56:12
  60:2 62:14
**11:00**
  40:13,22
  49:20
**11:03**
  33:12

**11:30**
  40:17,23
  49:20
**11:48**
  63:1
**11:54**
  63:2
**12**
  8:21 36:12
  62:14
**12th**
  36:16
**15**
  14:23,24
  51:20
**16**
  8:22 47:23
  53:19 61:5
  62:8
**16-and-a-half**
  48:1,11
**16.5**
  38:23
**16th**
  39:3 53:10
**17**
  8:22
**17-and-a-half**
  48:15
**17th**
  46:24 48:14
**18**
  46:10,11
**18th**
  36:24 37:3,
  8,12 47:1
**19th**
  47:3
**1st**
  36:8 52:13,
  16

## 2

**2**
  38:13,19
  59:5

**20**
  14:24
**2013**
  27:8
**2015**
  36:8,10,12
  38:9 41:22
  42:5 43:7
  44:3 46:5,6
**2016**
  50:9,17,20
  51:20 52:10
  53:9,11
**20th**
  47:5
**21st**
  47:7
**22nd**
  47:13
**23**
  41:22
**23rd**
  42:5 44:8
  46:6
**24th**
  44:3
**27**
  52:10

## 3

**3**
  54:24 55:17
  56:13
**3/37/2016**
  52:10
**30**
  43:4 49:24
  63:20
**30-minute**
  41:23 49:11
  50:5
**31st**
  53:9,11
**3rd**
  50:9,17,20

## 4

**4**
  48:23 49:10
**4/11**
  36:14
**4:19**
  40:17

## 5

**5**
  41:18
**5/10/2015**
  38:9

## 6

**6**
  49:10,16
**622**
  37:2
**623**
  37:2
**6:00**
  13:19
**6:26**
  52:14
**6:27**
  36:25 37:13
**6:30**
  13:19 40:12
  41:4

## 7

**7**
  49:9,13
**7/30**
  53:19
**7/31/2016**
  53:9,20
**7:54**
  52:14 53:4

Dodd Blandon
August 23, 2021                                          2

---
**8**
---

**8.0**
52:25
**8.5**
38:16 39:12,
14 42:16

---
**9**
---

**9**
48:23
**95**
10:22
**99**
11:15
**9:00**
36:25 37:14

---
**A**
---

**a.m.**
33:11,12
36:25 37:13,
14 40:12,13,
17,22,23
49:20 52:14
53:4 63:1,2
**able**
21:11,13,20
41:9
**accident**
26:23 32:25
**accidents**
27:23 31:3,
11
**accurate**
21:5 48:6
62:5
**action**
4:8 49:2
54:18,19
56:16
**additional**
59:14

**Additionally**
54:24 61:6
**addresses**
35:3
**admissions**
34:16,19
41:16
**admitted**
34:23
**ADP**
21:11,16
22:9 23:3
**affirmative**
48:18,22,24
49:6 54:23
**agree**
48:1
**ahead**
5:18 7:2
14:19 23:13
26:17 35:18
**ain't**
41:8
**Alabama**
57:24
**amount**
7:11 23:4,24
24:6,7,9,10,
24 43:21
44:9 59:8
**amounts**
7:19
**annual**
30:8
**answer**
4:22 5:2,19,
20 6:4 8:15
41:20 56:20,
25 57:8
**answered**
6:17
**answers**
4:16 34:15
41:16
**anybody**
18:21

**anyone**
44:15 45:9
63:14
**apologize**
26:17
**app**
21:11,16,24
22:4 23:3
**applications**
13:2
**applied**
12:16,23
**approval**
51:17
**Approvals**
51:13
**approving**
51:24 52:1
**April**
36:12,16,24
37:3,8,12
52:13,16
**arithmetic**
7:7
**Arkansas**
58:19
**around**
13:19 25:10
38:6
**arrive**
13:16
**asked**
34:21 45:1
**asking**
4:15 37:23
44:20 45:6
56:6,8 57:2
58:7 62:7
**assist**
29:6 60:3,19
63:18
**assume**
20:12 28:1,
12 35:7
37:15 48:3
**assuming**
13:18

**ate**
16:22
**attention**
6:11,16 8:6
31:25 32:23
**attitude**
28:15
**attorneys**
4:14 63:4
**automatically**
41:23
**aware**
13:6 32:18
55:24 56:8

---
**B**
---

**back**
5:25 6:22
12:11,21
15:25 16:13
23:15 25:13
32:22 39:11
40:16,22
41:5,15
42:19 43:3
45:11 47:22
48:20 49:20
50:8 62:25
**bad**
57:12
**barely**
37:15 63:9
**based**
62:2
**basically**
8:16,18 17:1
29:24 31:1,5
40:2 43:20
**basis**
49:1
**beginning**
16:13 23:12
26:14 36:7,
12,16 38:8
44:3 50:17
52:10 53:8,

Dodd Blandon
August 23, 2021                                    3

```
        21              boy              called           city
behalf                  54:13            26:10 29:9,      10:12,13,14,
  56:16          brakes                  25 35:6          17,18,25
behind             15:12           calls                 38:6
  31:25 37:4     break               37:25           claimed
believe            5:9,10,12       cameras               59:8
  42:3 48:5        33:8 41:23        17:15          claiming
  63:11            63:4            car                   60:13 61:2
better          bring                13:18          claims
  12:8             8:5 11:14       card                  49:2
bid                17:9 23:14        19:22          clarify
  12:20            32:22           cards                 55:15
biggest         bringing             19:13,16,19    clean
  17:2             56:16           care                 28:8,11 31:4
bit             Brookhaven           23:16 32:21,   clear
  12:25            9:2,4 10:13,      22                  55:14 56:8
Blandon            14,18 13:6      case             clearly
  4:1,5 5:14       17:25 33:4,5      5:15 6:2            41:22
  23:19 33:15      55:6,24           10:7 60:13     clipboard
  34:17 38:7       57:3,15         certain               15:15,18
  41:14 48:20      58:5,9            7:19 23:24     clock
  50:8 53:7     brought              24:5,9,10,23      14:4,7 16:8,
  56:7,12 59:1     6:15            chance                14 19:13
  63:3          brung                14:3                21:7 40:9
Blandon's          6:10 7:20       change               41:6 49:1,5
  34:15            29:3 45:13        7:7                 56:10 62:9
blinkers        bump               check            clock-in
  16:11            29:8,9,13,15      15:12 21:12,      45:22
bonus              30:2 60:14,       14,20 22:2,    clock-out
  26:13,18,22      19 61:2           4,6,24 40:1      45:23
  27:2,15          62:15 63:13       43:3,12,17,    clocked
  28:3,24 29:8  business             21 44:4,12,      14:10 16:16
  30:4,8,9,14,     18:3              19 45:14          19:20,21
  19,20,25      busy                 48:6              36:20,25
  31:7,9 32:4      60:10,24        checked             37:13 40:12,
  33:3 45:3                          15:12             13,16,17
  51:1,3,6,9    _____       Checking             45:18,19
  53:13 54:4                         15:1              49:19 52:13,
bonuses              C             checklist            14 53:4
  26:16 28:25                        15:9,11           55:4,8,19
  29:3 30:10    calculated        choose            clocking
bottom             8:12 48:3,9      25:22              14:17 19:11
  43:11,16      calculating       Christmas            20:1 40:22
  46:20 51:12      7:4              30:8,10        closed
bought          calculations      citations            10:23 11:1,2
  35:9             7:7 59:19         31:4           clothing
                call                                    51:9
                   29:4 60:18
```

Dodd Blandon
August 23, 2021                                                    4

collecting
  9:12 18:4
collective
  54:18,19
come
  5:4 15:25
  25:13,23
  26:11 37:18,
  23 38:1
  41:10 45:4,
  6,7 52:3
  62:25
commercial
  9:19,21
  18:6,7
company
  35:6,8,9,12
compensation
  59:11,15
complete
  23:18 27:20,
  25 38:3 60:3
  61:25
concerned
  31:19
conclusion
  56:5
condition
  15:4
confirm
  21:24
copy
  43:12
correct
  8:17,18
  14:13 18:14
  19:4 20:1,
  15,24 21:24
  22:9,10
  23:20 26:24
  34:24,25
  35:4,14,17
  38:21,22,24
  40:18 42:10,
  14,17,20
  43:21 44:10
  46:13 47:19

48:12,17
  51:5 56:18,
  21 57:16
  59:12 60:11,
  12,25 61:12
  62:2,10,13,
  17,22
corrected
  23:8
correctly
  6:10,14 8:12
  27:20 47:16
counted
  47:16
counting
  46:12
country
  11:25 17:8
  41:6
county
  9:11,12
  10:11,17
  38:6
couple
  8:7 10:8
  18:12 41:7
  58:10 62:1,
  25
court
  4:15 54:19
coworkers
  28:16
cut
  21:19 27:13

_____

          D
_____

damage
  32:10,13
damaged
  32:16
date
  22:15 36:7
  46:4 51:19
  53:3
dates
  45:18 46:13

day
  11:8,9,19,
  22,23 13:22
  14:3,4,10
  15:12,19
  16:1,7,13,
  16,19 17:2
  18:22 19:21
  21:13 23:6,
  11,12,15,19,
  23,24 24:1,
  6,11,12,13,
  22,24 25:1
  36:21 37:25
  38:2,4 41:25
  42:25 47:10,
  20,21 48:13,
  16 49:23
  50:5-52:25
  53:5
days
  25:3,6,13
  37:17 38:12,
  13,17 39:1,
  6,9,12,15,
  17,18 42:9,
  10,14,16
  45:19,24
  46:9,18
  47:15,18,25
  48:1,12,16
  59:20
decide
  27:14 28:10
decided
  12:21 27:24
declaration
  62:20 63:7,
  10
deducted
  41:24 42:8
deduction
  50:5
deductions
  49:11
defendant
  60:4

defendant's
  34:15 55:2,
  17
defendants
  61:7
Delta
  34:22 35:2,6
Deny
  49:3
depend
  14:25 15:4
depending
  23:11
depends
  7:10 14:24
  16:5,25
  18:21 23:1
  25:9 26:6
  28:20
deposition
  4:11,14
depositions
  34:6
deprived
  55:1
desk
  20:13
different
  7:19 9:8
  11:13,14,24
differently
  7:14,15,17
direction
  12:1
disappeared
  27:3,5
discrepancies
  6:6,8 31:14
discussing
  44:18
discussions
  57:8
disputes
  28:16
district
  27:17

Dodd Blandon
August 23, 2021                                                    5

document
  33:19,22
  34:5 35:21
  41:18 54:15,
  20 61:14,20
documents
  35:24
Dodd
  4:1 6:4 7:2
  8:15 56:20,
  25 57:7
dog
  33:19
doing
  7:8 12:13
  19:1 24:15,
  16 28:21
  38:3
door
  14:5
doors
  13:20 14:6
dot
  52:20
double
  42:9,12
drive
  9:19 10:5
  11:7 17:1
driven
  13:10,13
driver
  8:25 9:7,23
  13:2 18:7,
  16,21 19:2
  29:11 31:11
drivers
  7:16 13:7,
  11,14 17:24
  18:4,6 25:17
  33:2 44:25
  55:6,18,25
  56:10,16,23
  57:18,22
  58:12 60:3,
  9,23 62:17

driving
  9:10 10:10
  11:18 12:12
  13:3 16:1,24
  17:12 26:3
  35:15
drop
  16:4
duly
  4:2
dump
  14:2
duties
  55:7,19,25
  56:10

_____

_____
          E
_____

earlier
  37:18 46:15
  55:14 59:21
  60:9,15,16
early
  25:23 53:4
earning
  38:8 52:9
  53:8
earnings
  40:2 43:7,22
  50:25 53:17,
  25
easier
  4:19,23
eat
  16:19,21,22,
  23
eating
  16:18 17:12
edit
  51:19
eight
  18:2 24:6,16
  38:19 46:20
eight-and-a-
half
  39:17

either
  5:4 17:9
  29:14 32:19
  41:10 55:7
elaborate
  41:1
electronic
  19:14,17
  20:21 34:2
  61:21
else's
  10:4 26:9
employee
  23:20 51:17
employment
  9:3 12:7,8
  49:1
encourage
  55:2,18
end
  15:19 31:5
  37:25
ended
  25:15 37:24
  39:3
ending
  8:21 36:14
  53:21
entire
  9:3 10:19
errors
  23:2
estimating
  18:1
eventually
  13:1
everybody
  14:6 25:19
  28:23 44:18
EXAMINATION
  4:4
examined
  4:2
excuse
  12:9
exhibit
  33:13,14,19

34:14 35:21
  36:2 41:15
  48:21 50:10,
  14 54:7,9,11
  58:25 59:2,
  23,25 61:15
  63:7
exhibits
  33:10,16
explained
  24:4
Eye
  17:15

_____
          F
_____

facilities
  33:6 58:4,9
facility
  9:1 13:16
fact
  41:24 42:9
factor
  59:19
familiar
  13:10,13
  30:14 58:12
far
  10:17 12:12
  18:24 19:9
  29:3 31:14,
  19 32:3 35:3
  40:1 45:11,
  12 48:8 57:1
fault
  31:16,18
  32:6
February
  36:8 50:18,
  19
fee
  29:8,9,13,15
  30:2 60:14,
  19 63:13
fees
  61:3 62:15

fifth
  43:13 46:1
fill
  8:24
filled
  10:16
find
  11:13 12:8
  19:7
Finding
  6:5
fine
  5:12 33:9
finish
  4:21,22 16:6
  25:13 26:7,
  9,11 37:19
  63:17
finished
  37:20
finishing
  26:4
first
  4:2 5:21
  19:16 33:18,
  21 34:15,21
  36:8 39:2,11
  43:3 46:14
  47:22 51:16
  54:14
five
  39:9,18
  42:14
fives
  11:6 20:19
flat
  16:10 24:3,
  12,14 60:5
Florida
  56:17 58:23
follows
  4:3
form
  5:16 6:3 7:1
  8:14 55:9
  56:3,19,24

forms
  49:1
forth
  12:2
four
  11:5 20:19
  24:21 25:4
  47:15
Frank
  59:2
Friday
  11:20 25:7,
  20,25 39:8
  46:16,22
  47:12 52:13
front
  20:25 33:16
front-load
  9:22,24
full
  24:24,25
furnish
  25:24

_____

G

garbage
  9:14,15 24:4
gave
  21:11
Georgia
  57:22
getting
  6:9 7:4,5
  22:3 28:5,16
  32:8 33:3
  37:25 39:25
give
  27:10 30:2
Given
  4:12
giving
  29:16 30:12
glanced
  61:22
going
  5:11 11:21

12:9 16:9
21:19 23:23
27:13 31:1,
22,23 32:21
37:9,11
42:19 57:3,7
63:16
good
  28:15 31:10
Gotcha
  4:25
guess
  18:9 54:18
  57:4
guy
  10:7 16:4
  31:23,24
guys
  12:18 13:20
  17:3 63:17

_____

H

_____

H-A-N-N-S
  8:3
half
  51:12
half-time
  59:15
halfway
  38:12
Hanns
  7:25 27:16
Hanns'
  8:6
happen
  20:18 22:22
  62:12
happened
  49:22
happening
  49:25
hard
  19:7
Hattiesburg
  11:4

he'll
  22:20
head
  5:3,5
hear
  5:21,22,24
heard
  32:20
hearsay
  31:12,13
help
  29:18 30:1
  60:9,17
  62:17 63:16,
  17
helped
  29:7,10,24
  60:23 63:14
helper
  29:12 60:4,
  14 62:15
helper's
  31:18
Hey
  22:9 30:1
  44:21
highway
  31:23
hired
  8:23,24
  23:22 30:18
hit
  31:25 32:6
hold
  9:6
holidays
  25:11
home
  16:14 53:5
homes
  9:17
horns
  15:13
hotel
  19:17
hours
  24:6,10,16,

21,24 25:4
41:7 55:1
hours-and-a-
half
24:21
HR
6:17,22
22:19
Huh-uh
30:7

**I**

idea
40:24
identificatio
n
33:13,14
54:9 58:25
59:23
incorrect
63:11
initials
52:4
inspection
14:22 15:5,
10,22
Interrogatori
es
34:16
interrogatory
41:16,20
49:9,16
involved
15:2 28:15
issue
8:5,10 45:9
issues
19:25 31:21
items
23:8

**J**

Jackson
58:11,15

January
50:9,17,20
51:20
joke
30:21
judging
28:20
July
53:9,10,11

**K**

keep
17:3 35:20
52:5,6
keeping
28:7
key
19:17
kind
18:3 23:2
28:17 29:23
31:18 38:11
know
5:10 6:18
7:9 8:1
11:13,25
12:11,17
14:8,16,24
15:18 16:5
17:5,6,17
20:13,15,20
21:8,10,18
22:17 24:5,
12,13 25:19,
21,22 27:22
28:6,15,20,
22 30:2,18,
19 31:6
32:2,3,5,7,
8,15,17,19
36:12 37:22
39:16 40:21
41:1,7,13
42:24 43:1
44:25 51:6
53:3 54:4

57:6,10,17
58:3,4
59:19,22
knowledge
50:3,6 57:21

**L**

landfill
10:15,19
late
25:25
lawsuit
4:6 57:19
61:1
lawyer
34:7,10
lawyers
57:4
leave
12:6 14:20
15:23 41:3,4
leaves
18:10
left
12:24 13:1
17:17 29:2
50:24 53:16,
25
Legal
56:5
light
20:25
lights
15:2,13
limits
10:12,13
line
20:9 51:16
lines
18:3
little
12:25 15:18
18:12 19:17
20:25 32:13
lock
41:10

long
5:11 10:9
14:21 15:5
26:22 27:4,
12 29:14
longer
12:18
look
15:16 19:15
21:4,8,11,
19,21,24
22:20 23:13
33:18 35:21,
24 36:3
39:11,24
40:8,9
41:15,18
42:7 43:3,20
44:2 45:17
46:14,23
47:22 48:23
49:10 50:24
54:10 56:12
looked
6:11 21:17
22:8 28:23
39:25 40:3,6
42:13 43:8,
20 49:18
59:21
looking
33:21 37:3
40:4,5 42:4
45:12,21
46:3,12
52:19 53:18,
19
looks
36:4,19
46:7,10 47:9
52:24
Louisiana
58:21
lunch
16:19 17:1,9
41:23,25
49:11,12,24
50:4 63:20

Dodd Blandon
August 23, 2021

8

---

**M**

---

**majority**
  10:21 12:18
**make**
  4:18 5:18
  21:4 23:18
  31:24
**makes**
  4:23
**making**
  5:6
**man**
  22:14 37:6
**management**
  13:20
**manager**
  12:23 20:8,
  10 22:13
  23:9 27:16
  29:3,25
**manager's**
  6:16 12:16
**managers**
  27:17
**March**
  52:10
**marked**
  33:13,14
  54:9 58:25
  59:23
**Matt**
  4:5 33:7
**mean**
  17:1,16
  21:19 22:23,
  24,25 23:10
  24:4,5
  28:19,22
  29:8 31:10,
  13 41:8,9
  42:23,25
  44:19 49:7
  53:21 57:12
**meeting**
  7:20 14:13,

17 27:12
**meetings**
  13:22
**mention**
  30:15 45:15
**mentioned**
  19:1 24:23
  26:10 30:11
  44:24 45:2
**messed**
  22:23,24
  31:18
**miles**
  41:8
**mind**
  33:7
**mine**
  22:7 50:18
**minute**
  20:9 62:19,
  21
**minutes**
  14:23,24
  49:24 62:25
  63:20
**missed**
  25:16 28:6
  37:24 38:4,5
**Mississippi**
  9:2 13:4,8
  34:23 35:2,6
  57:11 58:1,
  5,6,7,8
**mistaken**
  8:4 15:20
  58:11
**Monday**
  11:18,20
  12:1 14:16
  25:7,21
  37:10 39:8
  40:10 46:15
  47:1
**money**
  8:16 24:7
  32:24 39:25
  62:16

**month**
  43:13 46:1
**months**
  8:8,9
**morning**
  25:24 53:4
**mornings**
  14:13

---

**N**

---

**name**
  4:5 8:2 11:4
  29:5 51:20
  61:16
**Naso**
  5:16,18 6:3
  7:1 8:14
  33:7 34:8
  56:3,5,19,24
  57:7
**Natchez**
  58:11,13
**nature**
  15:13 23:16
  26:25 27:23
  31:3 45:3
**naw**
  29:1 51:8
**necessarily**
  22:1
**need**
  5:9,11
**needed**
  10:7 16:4
  22:2,6 26:7,
  10 29:17
  60:17
**negative**
  30:7
**net**
  43:3,17 44:4
**never**
  6:12 9:22,25
  12:10 18:25
  60:23 63:14

**nine**
  47:18,25
  48:16
**nod**
  5:5
**nodding**
  5:2
**notebook**
  52:6
**notice**
  39:21 44:11
**Number**
  41:20 48:23
  49:10,16

---

**O**

---

**Object**
  56:24
**objection**
  5:16 6:3 7:1
  8:14 55:9
  56:3,4,19
**objections**
  5:18
**occasionally**
  19:1
**occasions**
  25:15
**off-the-clock**
  61:7,11
**off-the-work**
  61:7
**okay**
  4:5,18,20
  5:9,14,25
  6:1,7,13,19
  7:13 8:10,23
  9:19 10:1,10
  11:17 12:4,
  14 15:4,14,
  21,25 16:6,
  15 17:21,24
  18:13,18,23
  19:19 20:3,
  10,21 21:2,
  16,22 22:4,

8,12 23:8,19
24:14 25:17
26:12,15
27:4,19
28:2,14
29:19 32:15
33:2 34:8,
11,21 35:20,
23 36:5,17
37:6,9,12,17
38:2,7,11,25
39:11 40:8,
11,25 41:14,
19 42:6,19
43:2,10,15,
23 44:15
45:5,17
46:7,23
47:1,9 48:11
49:15,17,21
50:3,11,13,
16,18,21,23,
24 51:11,18
52:5,11,12,
18,20,23
53:12,24
54:21 55:16
56:7,14 57:9
58:3 59:6
60:1 61:5
62:4,19
63:25
**older**
15:8
**once**
14:5,6,14
21:19 22:24
**one**
7:5,21 9:2
10:25 11:25
12:1,2 13:22
18:7,15,21
28:5,6,13
29:17,20
31:22 32:4
36:8,15
37:17 48:16
53:20 57:5

**open**
13:19
**opened**
14:5,6
**opposite**
16:12
**outside**
13:4,7 58:4
**over-the-road**
13:2
**overpaid**
42:21 48:2
59:20
**overtime**
6:9,13,25
7:9 8:11,17
23:5,7 24:8,
18 50:25
59:11,15
**owed**
59:10,12,14,
16 62:16
**owes**
60:14 61:2

_____

P

_____

**p.m.**
40:17
**page**
33:21 34:1,
18 36:19
39:1,11 40:8
41:18 43:3
45:22 47:23
48:23 49:9,
13 51:11,12
52:12 54:22
56:13 59:3,
4,5 61:17,18
**paid**
6:9,14 7:4,
5,9,14,17
21:3,25
23:23 24:2
32:15 39:12,
16,22 42:9,

16 43:25
44:22,23
47:23 48:1,
7,10,11
57:22 58:13
**paper**
15:18 19:13,
16,19 20:12
21:19 40:19
42:18,23
61:25
**paperwork**
26:24 27:20,
22,24
**Paragraph**
54:24 55:17
56:12 60:2
61:5 62:8,14
**part**
10:18 17:21,
22 27:19
28:7,14
33:23 41:21
57:19
**particular**
10:3 26:8,9
29:11 31:22
**parts**
33:23
**pay**
6:6,9,18
24:5 32:24
35:1,22
36:11 38:23
39:24 42:4,
5,8 43:2,24
44:3,7,23
49:24 50:4,
14 53:14
60:4 62:15
**paycheck**
21:18 35:7
**paychecks**
34:22
**paying**
31:25
**paystub**

36:4 39:22
**Pearce**
4:4,6 5:17
6:7 7:13
8:19 33:9,15
41:14 54:10
55:12 56:7,
22 57:6,10
59:1,24 63:3
**people**
7:4,5,14
18:23 48:25
57:15
**percent**
10:22 11:15
**perform**
55:3,18 61:6
62:9
**period**
10:9 36:7,
12,14 38:8,
23 39:25
42:5 43:2
44:3,7,23
50:17 53:14,
21
**person**
32:16
**phonetic**
11:3
**pick**
24:3 37:23
38:1
**pick-ups**
25:16 38:4,5
**picked**
18:11 25:12
**picking**
10:1
**PIERCE**
55:9 56:4
**place**
10:23
**places**
11:21
**plaintiff**
4:7 54:25

Dodd Blandon
August 23, 2021                                    10

plaintiffs
  57:11
please
  34:12 41:2
point
  35:9 44:19
policies
  17:11
policy
  55:2,6,17,24
  56:9
position
  4:12 8:24
  9:6,9,25
  12:10,15,17,
  19,23 19:8
  49:22
possible
  41:5
post
  55:3
post-shift
  55:7,19,25
post-trip
  16:8
pre-shift
  55:3,7,19,25
pre-trip
  14:19,22
  15:5,10,21
pre-trips
  14:1 27:22
pressure
  15:1
print
  21:21 22:17,
  18
Pro
  4:6,13 5:15
  6:2 8:13,20,
  24 9:4 12:6,
  13,24 17:11
  26:13 32:15
  35:9,13,16,
  19 44:15,21
  45:9 49:5,23
  51:25 55:5,

23 56:9 58:4
  60:14 61:2,
  12
probably
  44:14,17,18
  45:4 51:8
problem
  7:18 23:6
problems
  28:21
process
  21:2,23
punch-in
  21:9
punch-out
  21:9
punched
  20:22,23
put
  12:20 52:4
  54:7 61:20
  63:16
putting
  13:2

_____

           Q

quarter
  26:21,22
  28:4
question
  4:21 5:1,19
  34:21 39:19
  42:19 55:11
  57:13
questions
  4:15 5:1
  32:18 34:7
  56:6 57:2
quickly
  27:3

_____

           R

raising
  45:9

rare
  10:24 25:14
rarely
  41:11
rate
  11:17 23:20,
  23 24:1,3,
  14,24 25:1
  60:5
read
  61:20,24
  62:19
reading
  36:9 37:1
  40:14 52:15
  63:15
ready
  14:19 15:23
reason
  8:12 32:2
  48:5
reasons
  32:4
recall
  15:17 17:13
  18:18 25:2
  28:5,18 29:4
  31:16 33:1
  49:7,25 50:6
  51:24 63:15,
  19,21,24
receive
  26:12 60:4
received
  43:24 44:8,
  12,13,16
receiving
  62:15
recollection
  44:21 45:8
record
  5:7 31:4
  33:11,12
  34:14 45:17
  62:21,24
  63:1,2

records
  21:4 22:5,9
  35:1,22 39:7
  42:4,7 49:18
  50:9,15
  51:24 52:1,5
recycling
  10:2,5
  18:15,16,24
  19:9
referred
  60:15
referring
  42:4
regular
  26:3 50:25
regularly
  61:6 62:8
remember
  29:22 30:6
  31:20 33:2
  42:24 45:11
repeat
  13:12 55:10
reporter
  4:15
represent
  4:6 56:23
  57:14
request
  34:15 41:15
  48:23
Requests
  34:18
require
  55:2,18
required
  60:2 61:6
  62:9
requirement
  28:7
requirements
  28:19 30:25
requiring
  55:6,24 56:9
residential
  9:17,18

18:5,8

response
30:7 48:18,
22,24 49:2,6
54:23

rest
18:7

Richard
7:24 13:21
14:7,12
22:14 27:16
28:1,12 29:2
32:19 39:20
45:1,14 52:2
63:16

rid
28:24 29:19

right
4:10 5:13
17:23 18:14,
20 19:10
27:21 28:10
29:1 33:18
34:4,11
35:8,14
36:6,11,18
37:4 38:11,
16,20 39:6,
14 40:1,20
42:3,15,18
43:13,16
44:2,6,7,9
45:12 46:17,
21 47:12,16,
17,20,24
48:13,14
51:2,16,19,
23 52:20
53:7,13,19
54:7 55:22
59:7 60:21
61:1 62:18

road
12:11,22
18:11

roll-off
9:23

rotated
18:23

rotation
18:25 19:6

roughly
27:8

route
8:25 9:7,11,
13 10:2,3,4,
6,11 11:7,9,
11,16,18
12:1 13:3
16:2,7,19,
21,22 17:2,
4,10 23:14
24:10,15,16
26:3,8,9
29:7,11,25
31:23 37:19,
24 38:3
60:17 63:17

routes
9:8,10,20,21
11:24 13:7,
10,13 14:2
49:8 60:3,
10,23

rude
5:6

run
41:8

_____

S

_____

safety
15:2 26:16,
18,22 27:15
28:3,24 51:8

Sanitation
34:22 35:2,6

Saturday
25:21,23,24
36:24 37:3,
8,11,19 38:2
39:3

say-so
27:18

saying
5:24 17:5
25:20 42:23
43:6 45:11
48:8 49:4

says
34:18 36:6
37:10 38:12,
16 40:2
41:21 43:17
48:25 50:25
51:13,16
52:25 53:16
54:19,24
59:4,7,10
60:2 61:5
62:8

scattered
38:5

screen
21:8,10

second
36:19 38:25
40:8 46:18
52:12 54:22

see
6:20,22 8:21
19:20,24
20:14,22
21:8,12,16,
20 22:6
23:15 24:3
25:12 36:9,
22 37:1,12,
16 38:14,17,
24 39:4,13
40:14 42:1
43:5,11,16
44:5 46:20
51:1,4,14,22
52:15 53:1,
14 54:3
55:21 59:8,
13,17,18
60:6 61:8,9,
18 63:8,9

seeing
16:9 23:3

46:11

seeking
56:23 57:14

Seminar
11:3

set
62:18

seven
18:2

shake
5:5

shaking
5:3

Shanna
4:23 33:10

sheet
15:18 37:4

sheets
41:21

shift-duties
55:3

short
41:8

short-lived
29:23

shorter
24:20

show
40:21 41:23

showed
49:19

shows
36:19,24
37:12 39:1,
12 40:9,12
42:13 43:12,
17 44:4
45:18,22
47:23 51:3,
19 52:13
53:13,25
54:2

sick
16:4 52:24,
25 53:5

side
18:11 35:19

Dodd Blandon
August 23, 2021                                    12

37:9 38:11
50:24 53:16
Sign-offs
51:13
signature
34:2 61:17,
21
similarly
54:25
sir
26:19 33:22
37:5 43:9,14
45:5 46:2,9
49:14 50:1,
12 52:9,17
53:23 54:7
59:3,24
situated
54:25
skimmed
61:24
slide
19:22
sort
26:12
sounds
62:22
speak
63:4
specific
10:22 44:20
45:8,10
specifically
6:24
specifics
31:20
spell
8:1
spend
7:11
spent
24:16
stamp
19:23
start
13:25 14:19
50:18

started
8:8 13:1
17:10 27:1
35:5 39:2
state
56:17 57:22,
24 58:5,6,7,
8,17
statement
38:8 43:7
52:10 53:8
states
56:15,22
57:10,17,18
stay
23:17 25:25
32:18
stop
16:20,24
17:7,8 57:7
stopped
30:13 31:24
32:8
stopping
37:11 46:21
straight
49:8
strike
57:12
stub
22:2,6
stuff
8:17 11:12
16:11 18:11
21:21 22:16
28:17 35:3
37:23
suing
5:14 6:2
8:13
suit
54:19
summarizing
56:15
Sunday
39:3 46:24

supervisor
7:22
supervisor's
6:10
supposed
6:11 21:22,
23 41:4 60:4
sure
5:7 21:4
23:18 48:9
55:12
switch
11:12,14
sworn
4:2
system
20:5,22

_____
T
_____

table
51:13
take
5:10 10:11
11:11 13:7
14:21 15:6
16:25 22:13
32:21,22
33:7 62:19,
24
taken
23:9,16
32:24 42:20
49:24 50:4,7
taking
4:16 63:20
talk
6:17
talked
19:10 34:9
44:25 62:2
talking
4:22 18:15
37:18 46:8
49:10 63:12
talks
55:17 62:14

tell
6:7 7:19
11:4 20:3
22:1,14,19
33:24 34:8,9
41:10,12
44:15 54:14
55:15 62:21
telling
27:13 44:21
tells
5:19
Tennessee
58:17
terms
16:18 19:10
23:3 24:1
testified
4:3 62:3
testimony
60:8,22
61:10
that'll
4:18
thing
7:5,6 24:13
26:1
things
4:18 7:4
15:2,3,13
16:12 23:16
26:4,24
27:23 34:6
52:3 62:1
63:13
think
5:10 6:13,24
7:20,24 8:3,
22 11:2
12:8,25
15:11 17:17
27:16,18
29:1,12,18
31:1,2 33:18
38:10 42:11
43:19 44:22
46:15 50:23
51:10 52:11

54:3,16 57:2
58:11 62:22

**third**
17:15 34:18

**thought**
6:20 8:11
12:9,14,20
24:8 31:10

**three**
20:19 24:21
31:1,2,5
41:6

**three-quarters**
26:21

**Thursday**
46:22 47:7,
10

**time**
5:17 7:12,
21,24 10:4,
9,20,21,22
11:15 17:14,
21,22 19:13,
23,25 21:4,7
22:5,8,10
23:3,11 24:9
36:19,20
39:22 40:5,7
41:4,21
45:17,22,23
49:18 50:4
51:20,24
52:1,2,3,5,
24 63:6

**time-and-one-half**
59:11

**Timecard**
51:17

**timeframe**
46:3

**times**
11:6 20:14,
20,22 21:9
24:25 28:3
31:8 46:13

**tires**
15:1,2

**today**
4:19 5:9
61:11 62:3

**told**
6:21 23:11
24:19 30:18
55:13 57:4

**top**
34:18 36:6
59:4

**total**
38:23 43:21
47:18 59:8

**training**
9:24

**transcript**
5:4

**trees**
18:10

**truck**
10:16 15:3,
5,8 16:9,24
17:15,17
28:8,10
29:11 31:25
32:1,11,12,
13,16 35:15,
16 63:17

**trucks**
12:12 14:1

**true**
42:8,25

**trying**
5:6 11:12,13
45:15

**Tuesday**
11:18 12:2
14:15 37:10
47:3

**turkey**
30:11

**turn**
15:19 31:24
34:1,17
36:5,11,18

38:7,25 50:9
52:9 53:8
54:21 59:2,
24

**twice**
43:23 44:8,
12

**two**
8:8 17:18
18:9 28:6
41:6 45:19,
20,24 46:8,
20 47:18
48:2,18
59:20 63:16

**two-minute**
33:8

**two-week**
43:24

**type**
4:23 7:7
9:10 22:15

**types**
28:25 30:4

_____

**U**

**Uh-huh**
48:18,22,24
49:6 54:23

**unclocked**
56:1

**understand**
4:7 23:22
34:4 35:12
57:14 60:22

**understanding**
23:25 30:24
35:10 61:10

**understood**
5:8 60:8

**unintelligible**
56:6

**unusual**
44:14 45:13

**USA**
4:6

**User**
51:21

_____

**V**

**vacation**
40:5 47:8,
10,20,21
48:13,16

**vary**
11:8,19

**volunteer**
34:13

**vote**
25:12,17,18,
23,25

**voted**
25:9

_____

**W**

**wages**
55:1

**wait**
13:20,22
14:7

**walk**
13:17

**want**
25:20 30:16
34:9 45:10

**wanted**
12:9,11,22
17:3 25:12
38:1 52:3

**waste**
4:6,12 5:15
6:2 8:13,20,
23 9:3 12:6,
13,24 17:11
18:13 26:13
32:15 35:9,
13,16,19
44:15,21
45:9 49:5,23

51:25 55:5,
23 56:9 58:4
60:14 61:2,
11
**way**
7:3 19:20,24
21:7 22:20
24:4 41:5
45:14 48:3
57:2 62:18
**Wednesday**
11:19 12:2
37:10 46:21
47:5
**week**
11:19 14:14
21:9 22:25
25:6 26:5,8
38:12,13,16,
19 39:2,7,
15,17 42:13,
14,17,21,22
46:14,18
47:15
**weekend**
25:13 26:2
**weekends**
25:8,16
**weeks**
10:8 45:19,
20,25 46:8
47:19 48:2,
19 59:21
**went**
7:22 19:23
20:6 29:6,10
34:7 53:5
63:9
**WITNESS**
6:5 7:3 8:16
55:10 56:2,
21 57:1,9
**word**
20:17
**words**
18:5
**work**

8:19 9:1,4
13:17 14:9
16:15 20:7
24:23 25:1,
6,8 26:2,11,
20 28:15
35:5,8 39:6
45:20,24
46:9,19,24
47:1,12
48:12 49:4
61:7,11 62:9
**workday**
41:24
**worked**
8:20 17:3,6,
14,24 24:1
25:3 26:13
27:4 38:12,
13,17 39:1,
17 41:25
42:14 46:15
47:25 48:15,
16,25 49:7,
23 55:1,5,23
56:9,17,23
57:12,15,18
63:14
**working**
8:8 10:20
17:22 20:24
25:15 35:13
39:12 58:2
**worrying**
32:8
**write**
20:8,11
**writing**
30:16 37:6
**written**
20:15
**wrong**
6:21,25
16:10 20:5
**wrote**
20:12

_____

| Y |

**y'all**
6:18 25:20
**yard**
9:4 13:6
14:20 15:24
16:1 17:25
18:13 41:3
**yeah**
10:14 12:5
13:19 14:14
15:7,17
19:3,18,22,
23 20:24
21:15 23:24
24:19,22
25:19 26:19
27:10,23
28:9 29:13,
21 30:11,15,
17 33:9,17
36:14,23
37:15,16
43:22 48:19
49:17 52:20,
23 53:18
54:1,3,16
55:12 59:13,
18 61:9,16,
22 63:8,9
**year**
11:6 17:19
20:20 27:6,7
50:22
**year-and-a-
half**
17:19 27:11
**years**
8:20 17:18
18:9,12
31:2,5

B



Δ π EXHIBIT __B__
Deponent _Blandon_
Date _8/23/21_ Rptr. _SC_
WWW.DEPOBOOKPRODUCTS.COM

## UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF FLORIDA
## ORLANDO DIVISION

|  |  |
|---|---|
| **DODD BLANDON,** Individually and on behalf of all others similarly situated, | CASE NO. _____ |
| Plaintiff, | |
| v. | **COLLECTIVE ACTION PURSUANT TO 29 U.S.C. § 216(b)** |
| **WASTE PRO USA, INC.,** | |
| Defendant. | **JURY TRIAL DEMANDED** |

## ORIGINAL COLLECTIVE ACTION COMPLAINT

Plaintiff—Dodd Blandon, individually and on behalf of all other similarly situated individuals (collectively, "Plaintiffs")—by and through undersigned counsel, sues the Defendant Waste Pro USA, Inc. ("Waste Pro USA") on a collective basis pursuant to the Fair Labor Standards Act ("FLSA"), 29 U.S.C. §§ 201-219.

## INTRODUCTION

1.      The FLSA is designed to eliminate "labor conditions detrimental to the maintenance of the minimum standard of living necessary for health, efficiency and general well-being of workers." 29 U.S.C. § 202(a). To achieve its purposes, the FLSA requires three things. First, the FLSA requires payment of minimum wages. 29 U.S.C. § 206(a). Second, the FLSA requires overtime pay for covered employers whose employees work in excess of 40 hours per workweek. 29 U.S.C. 207(a). And third, the FLSA establishes minimum recordkeeping requirements for covered employers. 29 U.S.C. § 211(a); 29 U.S.C § 516.2(a)(7).

2.      Plaintiff and other current and former similarly situated employees are Waste Disposal Drivers for the Defendant who were paid on a purported job/day rate for work performed. Due to Defendant's company-wide policies and procedures, Plaintiffs were deprived of

wages for hours actually worked. Specifically, Defendant did not pay a true day rate for any and all hours worked in a given day, but placed limitations on the number of hours worked before the "day rate" was paid. Further, Defendant also coupled the day rate with "other forms of compensation." Therefore, Defendant violated the FLSA in both the calculation of the prevailing hour rate and only paying Plaintiffs "half-time" for all hours worked over forty (40) in a given workweek.

3.      Additionally, Plaintiff, and others who were similarly situated, were deprived of wages for hours actually worked by the Defendant's policy to encourage and require them to perform pre-shift and post-shift duties while not clocked in. Defendant also automatically deducted thirty (30) minutes for lunch breaks that Defendant knew Plaintiff, and others similarly situated, regularly worked through.

4.      Three other Waste Disposal Drivers originally filed a Class / Collective Action Complaint in the District of South Carolina to vindicate their FLSA rights against Defendant and other Waste Pro entities on October 2, 2017 and later amended on October 31, 2017 and December 5, 2017. *Anthony Wright, Daniel Hansen, and Kenneth Privette v. Waste Pro USA, Inc., Waste Pro of Florida, Inc., Waste Pro of South Carolina, Inc., and Waste Pro of North Carolina, Inc.*, Case No. 2:17-cv-2654-DCN (United States District Court, District of South Carolina, D.E. 1, 5 and 30-2) (the "South Carolina Action").

5.      Plaintiff Blandon originally filed his consent to join the South Carolina Action on February 2, 2018.

6.      Numerous other drivers from multiple states also filed consents to join the South Carolina Action over the last two years.

7.      At the time these drivers from multiple states filed their consents in the South Carolina Action, Defendant here was a party-defendant in the South Carolina Action.

2

8.     Pursuant to the FLSA, Plaintiff and those drivers who filed consents in the South Carolina Action at that time commenced their FLSA action against Defendant the day their consent was filed in the South Carolina Action. *See* 29 U.S.C. § 256.

9.     As a result, the FLSA claims of Plaintiff and those opt-in plaintiffs who originally joined the South Carolina Action against Defendant were tolled when they joined the South Carolina action per the FLSA.

10.     On July 25, 2019, after significant motion practice between the parties in the South Carolina Action, the District of South Carolina dismissed Waste Pro USA and Waste Pro of Florida, Inc., as well as the driver plaintiffs who worked outside of South Carolina and North Carolina, for lack of personal jurisdiction. Blandon and those opt-in plaintiffs who originally joined the South Carolina Action against Defendant now file and join this subsequent, continuing action to pursue their FLSA rights against Waste Pro USA.

11.     Plaintiff, Dodd Blandon, now brings this action individually and on behalf of all other similarly situated current and former non-exempt Waste Disposal Drivers who were paid a day rate and who have been employed by Waste Pro USA ("Plaintiffs" or "Putative Class Members") in any state except for Florida[1], at any time from December 6, 2016 (or from three years before a Putative Class Member filed a consent to join in the South Carolina Action) through the final disposition of this matter, and have timely filed consent forms to join this collective action or the South Carolina Action. These class members should be informed of the pendency of this action and apprised of their rights.

---

[1] Anthony Wright, who was a plaintiff in the original South Carolina Action, has filed a subsequent, continuing action against Waste Pro USA and Waste Pro Florida, Inc., in the Southern District of Florida on behalf of Florida drivers. *Wright v. Waste Pro USA, Inc., and Waste Pro of Florida, Inc.*, Case No. 2019-cv-62051-KMM (United States District Court, Southern District of Florida). Thus, Plaintiff has excluded Florida drivers from this collective action and intends to only include drivers outside the states of Florida, South Carolina and North Carolina against Defendant.

## THE PARTIES

12.     Plaintiff Blandon is an individual residing in Brookhaven, Mississippi and worked at Waste Pro USA's facility in Brookhaven, Mississippi within the relevant three-year period. Plaintiff Blandon's written consent to be a plaintiff in this action to continue his case against Waste Pro USA, as well as his previous consent to join the original South Carolina Action, are attached hereto as Exhibit "A."

13.     The Putative Class Members include all of Waste Pro USA's non-exempt Waste Disposal Drivers throughout the country (except Florida, South Carolina, and North Carolina) who performed the same or similar work as Plaintiff Blandon, and were subjected to the same or similar payment policies as Plaintiff.

14.     Defendant Waste Pro USA, Inc. ("Waste Pro USA") is a Florida Corporation. Defendant Waste Pro USA is a covered employer under the FLSA and acted as such in relation to Plaintiff and the Putative Class Members.

## JURISDICTION AND VENUE

15.     This Court has subject matter jurisdiction over the FLSA claim pursuant to 28 U.S.C. § 1331 as this is an action arising under 29 U.S.C. §§ 201-219.

16.     This Court has general and specific personal jurisdiction over Waste Pro because the cause of action arose within this District as a result of Waste Pro USA's conduct within this District; because Florida qualifies as Waste Pro USA's home state for purposes of general personal jurisdiction; and because Waste Pro USA is headquartered in Florida and organized under Florida law.

17.     Venue is proper in this District because Waste Pro USA is headquartered within this District.

18.     Venue is proper in this District pursuant to 28 U.S.C. § 1391.

4

### FLSA COVERAGE

19.     Defendant Waste Pro USA is the parent corporation of several Waste Pro subsidiaries, and together they constitute and operate one of the largest, privately held, waste disposal companies in the Southeastern United States.

20.     At all material times, Defendant has been an employer within the meaning of section 203(d) of the FLSA, which is defined to include any person acting directly or indirectly in the interest of an employer in relation to an employee. 29 U.S.C. § 203(d).

21.     At all material times, Defendant has been an enterprise in commerce or in the production of goods for commerce within the meaning of section 203(s)(1) of the FLSA because Defendant has had and continues to have employees engaged in commerce. 29 U.S.C. § 203(s)(1).

22.     "To be 'employed' includes when an employer 'suffer[s] or permit[s] [the employee] to work.'" *See Freeman v. Key Largo Volunteer Fire & Rescue Dept., Inc.*, 494 Fed. Appx. 940, 942 (11th Cir. 2012), *cert. denied,* 134 S.Ct. 62 (U.S. 2013).

23.     Plaintiff and the proposed class members were employed by Defendant.

24.     At all material times, Plaintiffs are (or were) employees who engaged in commerce or in the production of goods for commerce as required by sections 206 and 207 of the FLSA. 29 U.S.C. §§ 206–07.

25.     At all material times, Defendant has had, and continues to have, an annual gross business volume in excess of the statutory standard of $500,000.00.

26.     During Plaintiffs' employment, Defendant employed at least two employees who handled goods, materials and supplies which travelled in interstate commerce to reach Plaintiffs for their use in Plaintiffs' employment with Defendant, such as the waste disposal trucks and other items used to run the business.

27.     Therefore, at all material times relevant to this action, Defendant is an enterprise covered by the FLSA, and as defined by 29 U.S.C. §§ 203(r) and 203(s).

**WAGE VIOLATIONS**

28.     Waste Pro USA violated and continues to violate the FLSA by failing to pay Plaintiff and the Putative Class Members time and one-half for each hour worked in excess of 40 hours per workweek.

29.     Further, Waste Pro USA has improperly calculated Plaintiff and the Putative Class Members' regular rate resulting in further miscalculation of Plaintiff and the Putative Class Members' overtime pay. Specifically, Plaintiff and the Putative Class Members should have received overtime compensation at a rate not less than one and one-half times their true regular rate.

30.     Plaintiff and the Putative Class Members were (and continue to be) paid under a purported day rate plan—that is, they were supposed to be paid for each day worked regardless of the number of hours worked each day. *See* 29 C.F.R. § 778.112.

31.     Waste Pro USA violated the day rate regulation in a number of different ways. Specifically, Plaintiff and the Putative Class Members were compensated by Waste Pro USA with a purported day rate as well as other forms of compensation. These other forms of compensation are not in compliance with the day rate provision of 29 C.F.R. § 778.112 and ultimately result in a miscalculation of Plaintiff and the Putative Class Members' regular rate and resulting overtime compensation. These other forms of compensation (helper pay and safety bonuses) may vary by name and amount, but nevertheless have the same overall effect of invalidating Waste Pro USA's attempt to categorize and compensate Plaintiff and the Putative Class Members under the day rate provision permitted by 29 C.F.R. § 778.112.

32.     Additionally, Plaintiff and the Putative Class Members did not receive their full day rate if they did not work a full day. This is a blatant violation of the day rate provision of 29 C.F.R. §

6

778.112. Indeed, a day rate plan can only be valid if an employee is paid a flat sum for a day's work *without regard to the number of hours worked in the day.* 29 C.F.R. § 778.112 (emphasis added). Because Plaintiff and the Putative Class Members are not paid a flat sum for a day's work without regard to the number of hours worked in the day, they are not paid under a true "day rate" plan and Waste Pro USA cannot avail itself of such a pay system.

33.     Waste Pro USA also violated and continues to violate the FLSA by permitting and encouraging Plaintiff and the Putative Class Members to perform pre-trip and post-trip work duties off the clock—that is, work without pay.

34.     And lastly, Waste Pro USA violated and continues to violate the FLSA by deducting 30-minute meal periods from Plaintiff and the Putative Class Members' daily hours worked, despite knowing that Plaintiff and the Putative Class Members routinely worked throughout their designated 30-minute meal periods.

35.     At all times relevant to this action, Defendant failed to comply with the FLSA because Plaintiff and the Putative Class Members performed services for Defendant for which no provisions were made by Defendant to properly pay Plaintiff, and those similarly situated, for all hours worked or at the correct prevailing rate.

COLLECTIVE ACTION ALLEGATIONS

36.     Plaintiff brings this action as a collective action on behalf of a class of individuals similarly situated. Specifically, Plaintiff brings these claims under the Fair Labor Standards Act as a collective action and will request the Court to grant conditional certification under 29 U.S.C. § 216(b), and to order notices to potential opt-in individuals who are or were employed by Defendant as Waste Disposal Drivers within three (3) years prior to the commencement of this lawsuit in any state except for Florida, North Carolina or South Carolina (the "FLSA Class").

7

37.     Potential opt-in members of the collective action are similarly situated to Plaintiff. They all held the same job positions and had substantially similar job requirements and pay provisions. They are or were subject to the same common practices, policies, and plans of Defendant. They all suffered damages in the nature of lost overtime and other wages resulting from Defendant's wrongful conduct.

## STATEMENT OF FACTS

**A.     Waste Pro USA Jointly Employs Their Drivers With Local Entities**

38.     Waste Pro USA provides waste disposal and recycling services to residential and commercial clients throughout the South Eastern United States. *See* www.wasteprousa.com.

39.     Waste disposal drivers, such as Plaintiff and Opt-in Plaintiffs, perform this actual service to customers and are integral to Waste Pro USA's business and operation.

40.     Upon information and belief, Defendant operates the Waste Pro business out of its common headquarters in Longwood, Florida.

41.     Defendant Waste Pro USA purports to be a mere holding company for other Waste Pro entities.

42.     Upon information and belief, Defendant utilizes different named entities in different states to operate their Waste Pro locations and services.

43.     However, these entities are operated out of Waste Pro's headquarters in Longwood, Florida and have common officers. *See* Composite Exhibit "B" attached hereto of various corporate filings for Waste Pro entities.

44.     Indeed, on the Waste Pro USA website which advertises and acknowledges Waste Pro's collective services across all of its entities, Waste Pro currently operates from more than 75 locations in Alabama, Arkansas, Florida, Georgia, Louisiana, Mississippi, Tennessee, and North and South Carolina. *See* www.wasteprousa.com/the-waste-pro-way/.

8

45.     Waste Pro USA's website does not differentiate between different Waste Pro entities, but promotes Waste Pro's services as one common business purpose across the states it services.

46.     Waste Pro USA's website lists each of its locations it operates in multiple different states and does not differentiate between which entity operates that location. *See* www.wasteprousa.com/find-your-city/.

47.     Even when clicking on an individual location, at the bottom of the webpage Waste Pro USA's website references its corporate headquarters in Longwood, Florida. *See, e.g.,* www.wasteprousa.com/office/beaufort/.

48.     Upon information and belief, Waste Pro USA's business is a centralized, top-down operation controlled by Defendant.

49.     Upon information and belief, there is common ownership between Waste Pro entities.

50.     Waste Pro USA's website states that John Jennings is the "founder and visionary" behind Waste Pro and again touts its operations in nine different states. *See* www.wasteprousa.com/leadership/.

51.     Here, Waste Pro USA will likely deny that it is an FLSA employer, yet the factors to determine joint employment under the FLSA militate to ruling that Waste Pro USA is an employer under the FLSA with respect to Plaintiffs.

52.     Upon information and belief, Defendant jointly determines, shares or allocates responsibility for payroll matters with its local entities.

53.     In fact, corporate human resources employees are employed by Waste Pro USA, such as Shannon Early the Director of Human Resources for "Waste Pro" on the Waste Pro USA website. *See* Exhibit C (https://www.wasteprousa.com/leadership/shannon-early/), and Exhibit D

9

(Shannon Early LinkedIn Profile describing her as Waste Pro USA employee.[2]

54. Also, the handbooks utilized for drivers are "Waste Pro USA" handbooks. *See* Exhibits F and G (2017 and 2008 handbooks which only name Waste Pro USA as an entity and then collectively use the term "Waste Pro").

55. In fact, the 2008 handbook, which many drivers signed acknowledgments for, proudly proclaims "Welcome to Waste Pro USA!" *See* Ex. F at pg. 5 of handbook, and *see* Exhibit H (signed handbook authorization by a driver and "At-Will Employment Disclaimer" for Waste Pro USA).

56. The handbooks describe the terms and conditions of employment and the control Waste Pro USA has over Plaintiffs and other Waste Disposal Drivers here.

57. As a result of these handbooks alone, Waste Pro USA has the authority to discipline, hire, fire, give raises to, or instruct Waste Disposal Drivers.

58. As one example of this, Waste Pro USA officers approved a driver's promotion and pay raise to a supervisor. *See* email chain at Exhibit I.

59. Thus, this approval of an employee to a supervisor position shows Waste Pro USA helped decide the management structure of Waste Disposal Drivers.

60. Waste Pro USA also employs Regional Vice-Presidents who oversee and supervise different regions and the operations and drivers which work in those regions. *See, e.g.,* Waste Pro USA's website at https://www.wasteprousa.com/leadership/ (describing Regional Vice-Presidents' regions and supervision and control of those divisions).

61. Payroll and other pay related matters for Waste Disposal Drivers are handled by the Waste Pro USA payroll department and Waste Pro USA employees in Longwood. *See* Waste Pro

---

[2] Ms. Early *also* identified herself as a Waste Pro Florida employee in a federal court filing approximately three years ago. *See Morrow v. Waste Pro of Fla., Inc.*, No. 0:15-cv-61247 (S.D. Fla.) ECF No. 24-5, 10, ¶ 10, Ex. A (attached hereto as Ex. E).

USA Authorization Agreement for Direct Deposit signed by a driver, attached as Exhibit J.

62.     Here, Waste Pro USA employees (such as Waste Pro USA Benefits Director Judi Craigo and Waste Pro USA's Regional HR Rep Tia Epps) were even involved in creating and describing Waste Pro's illegal day rate plan which required waste disposal drivers to work a certain number of days to receive the purported day rate. *See* email chain attached as Exhibit K.

63.     Defendant jointly determines, shares or allocates responsibility for payroll tax matters with its local entities.

64.     Defendant jointly determines, shares or allocates responsibility for human resources matters, including but not limited to the hiring and firing of employees, with its local entities.

65.     In fact, when local drivers are hired to work as Waste Disposal Drivers, they would complete Waste Pro USA applications to apply for employment as well as various other forms through Waste Pro USA. *See* Exhibit L (Application and related documents relating to a Florida driver named Anathy Adams).

66.     As another example, Waste Pro USA utilized one law firm to audit its payroll practices for Waste Pro collectively. *See* Audit attached as Exhibit M produced in another FLSA matter where Waste Pro was a defendant.

67.     As a third example, Waste Pro advertises its job openings in multiple states through Waste Pro USA. *See* https://recruiting.adp.com/srccar/public/RTI.home?c=1080941&d=External-WastePro (last visited November 19, 2019).

68.     Upon information and belief, Defendant jointly determines, shares or allocates responsibility for marketing/advertising matters with its local entities.

69.     Upon information and belief, Defendant jointly determines, shares, directs or allocates employees between its local entities.

70.     For example, Russell Mackie, whom Waste Pro previously submitted an affidavit

11

from in the predecessor South Carolina Action, declared himself to be an employee of Waste Pro of Florida, Inc. (*see* Exhibit N attached hereto), while being listed on Waste Pro USA's website as part of their leadership team. *See* www.wasteprousa.com/leadership/.

71.     Waste Pro USA's Director of Human Resources Shannon Early also identifies herself as both a Waste Pro USA and Waste Pro Florida employee. *See* ¶ 53, fn. 2; and Exhibits C and D.

72.     Waste Pro USA and its local entities share a completely integrated computer network system, payroll system, corporate logo and website.

73.     Waste Pro USA monitored the amount of overtime worked by Plaintiff and Putative Class Members through reports logging drivers who worked 70 or more hours in a given workweek and distributing those to regional managers and others. *See* Exhibit O.

74.     According to the Federal Motor Carrier Safety Administration, Waste Pro USA owns one hundred and twenty-eight (128) power units and employs one hundred fourteen (114) drivers who drove 3,872,153 miles in 2018. *See* Company Snapshot from FMCSA website, attached as Exhibit P.

75.     Waste Pro USA also purchases land at times in furtherance of the Waste Pro business. *See, e.g.,* Special Warranty Deed attached here to as Exhibit Q.

76.     Waste Pro USA is also the named insured on insurance policies, including worker's compensation policies, which as an example of one, covers Florida Waste Disposal Drivers. *See* Exhibit R.

77.     Waste Pro USA is also the named insured on certain commercial general liability policies, including policies which cover one or more of the locations at issue here.

78.     Some municipalities, including the City of Miramar, Florida, require Waste Pro USA to guaranty all of its subsidiary's, Waste Pro of Florida's, obligations under the contract with that

city. *See* Exhibit S.

79.     It is clear that Waste Pro USA operates its locations in different states as one common business enterprise with a common business purpose of providing waste disposal and recycling services to its clients in these different states.

80.     Further, the Middle District of Florida ordered that notice issue and certified a nationwide collective action against Waste Pro USA and Waste Pro Florida involving helpers, based on the same or similar allegations of joint employer contained herein. *See Thomas v. Waste Pro USA, Inc.*, No. 8:17-cv-02254, ECF No. 224 at 22-23 (M.D. Fla. Mar. 12, 2019) ("Plaintiff has supplied evidence that subsidiaries of Waste Pro USA have access to the same policy and procedure documents, there are resources available from Waste Pro USA for its subsidiaries, the companies have the same CEO, and Regional Vice Presidents attend meetings together. Plaintiff has supplied sufficient evidence for the conditional certification stage . . . ."). That court subsequently denied Waste Pro USA's motion for summary judgment that it was not a joint employer of Waste Pro Florida's employees. *Id.*, ECF No. 331 at 24-30 (M.D. Fla. Sep. 30, 2019) (finding evidence supported that Waste Pro USA had the right to hire, fire, or discipline Waste Pro Florida's employees; that Waste Pro USA is involved in preparation of payroll and payment of wages to Waste Pro Florida's employees; that Waste Pro Florida employees performed work integral to Waste Pro USA's business as a waste removal company; and that investment in the equipment or facilities used by Waste Pro Florida's employees is made by Waste Pro USA). Plaintiff here makes the same allegations in support of Waste Pro USA's status as a joint employer of Plaintiff and the Putative Class Members.

81.     On information and belief, Waste Pro USA and its subsidiaries acted in all respects material to this action as the agent of the other, carried out a joint scheme, business plan or policy in

material respects hereto, and the acts of Waste Pro USA constitute it being a joint employer under the FLSA.

82.     The unlawful acts alleged in this Complaint were committed by Defendant and/or Defendant's officers, agents, employees, or representatives, while actively engaged in the management of Defendant's business or affairs and with the authorization of Defendant.

83.     Defendant agreed to allocate responsibility for, or otherwise codetermined key terms and conditions of the Plaintiff's and Putative Class Members' work and jointly administered training, job duties, and job assignments. The combined influence over the terms and conditions of the Plaintiff's and the Putative Class Members' employment renders the Plaintiff and Putative Class Members employees of Defendant.

84.     Defendant directly or indirectly acted in the interest of an employer toward Plaintiff and other similarly situated employees, including without limitation directly or indirectly controlling the terms and conditions of employment and compensation of Plaintiff and others similarly situated.

85.     Defendant was a joint employer of Plaintiff and other similarly situated drivers in their respective territory or territories with the local entities because each, respective parent, division, subsidiary or affiliate acted directly or indirectly in the interest of the other in relation to Plaintiff and such similarly situated persons.

86.     Defendant was a joint employer of the Plaintiff and the similarly situated driver employees in their respective territories because they commonly controlled the terms of compensation and conditions of employment of Plaintiff and others similarly situated, and are not completely disassociated with respect to the terms of compensation and conditions of employment of Plaintiff and others similarly situated.

87.     Defendant directly or indirectly acted in the interest of an employer toward Plaintiff and other similarly situated employees at their locations at all material times, including without

14

limitation directly or indirectly controlling the terms and conditions of employment and compensation of Plaintiff and other workers similarly situated.

88.     As such, Plaintiff and the Putative Class Members in this action were employed by Waste Pro USA under the FLSA.

**B.     Plaintiff and the Putative Class Members are (or were) Waste Disposal Drivers for Waste Pro**

89.     Defendant's Waste Disposal Drivers, including Plaintiff and the Putative Class Members, all drove assigned intrastate routes to collect and dispose of residential or commercial waste and/or recyclable materials for Defendant's customers in multiple states (except Florida, South Carolina and North Carolina).

90.     Defendant's Waste Disposal Drivers are all non-exempt employees under the FLSA.

91.     Plaintiff Blandon was employed as a non-exempt Waste Disposal Driver at Waste Pro's facility in Brookhaven, Mississippi from approximately September 24, 2012 through March 11, 2017.

92.     Plaintiff Blandon was compensated on a job/day rate determined by the number of hours worked in a day.

93.     Plaintiff Blandon did not receive the proper amount of overtime compensation for all hours worked in excess of forty (40) hours per workweek.

94.     The Putative Class Members are (or were) non-exempt Waste Disposal Drivers for Defendant in all states except Florida, South Carolina and North Carolina for the 3-year period preceding the filing of this complaint through the final disposition of this matter, except those who previously joined the South Carolina action at an earlier time.

95.     None of the FLSA exemptions relieving a covered employer of the statutory duty to pay employees overtime at one and one-half times the regular rate of pay apply to Defendant, Plaintiff, or the Putative Class Members.

96.     Plaintiff and the Putative Class Members are similarly situated with respect to their job duties, their pay structure and, as set forth below, the policies of Defendant resulting in FLSA violations.

**C.     Defendant did not (and does not) pay Plaintiff and the Putative Class Members overtime in accordance with the FLSA.**

97.     Plaintiff and the Putative Class Members were (and are) required to work overtime hours when requested by Defendant, and were (and are) subject to potential disciplinary action for refusing to work overtime.

98.     Plaintiff and the Putative Class Members regularly worked (or work) over forty (40) hours in a workweek as Waste Disposal Drivers.

99.     Defendant compensated Plaintiff and Putative Class Members on a purported job/day rate, in addition to other forms of compensation. These other forms of compensation are not in compliance with the day and job rate provisions of 29 C.F.R. § 778.112 and, ultimately, result in a miscalculation of Plaintiff and the Putative Class Members' regular rate and resulting overtime compensation. These other forms of compensation (help pay, bonus pay, and safety bonus) may vary by name and amounts, but nevertheless have the same overall effect in invalidating Defendant's attempt to categorize and compensate Plaintiff and the Putative Class Members under the pay provision permitted by 29 C.F.R. § 778.112.

100.     Additionally, Defendant would only pay a "day rate" to Plaintiff and the Putative Class Members if they worked a preset number of hours per day. If the designated number of hours were not worked by Plaintiff or the Putative Class Members, then they did not receive the full "day rate." This is a blatant violation of the day rate provision of 29 C.F.R. § 778.112.

101.     Indeed, a day rate plan can only be valid if an employee is paid a flat sum for a day's work *without regard to the number of hours worked in the day*. 29 C.F.R. § 778.112 (emphasis added). Because Plaintiff and the Putative Class Members are not paid a flat sum for a day's work

16

without regard to the number of hours worked in the day, they are not paid under a true "day rate" plan, and Waste Pro USA cannot avail itself of such a pay system.

102.    Defendant's calculation of Plaintiff and the Putative Class Members' regular rate of pay does not comply with the FLSA.

103.    Defendant paid Plaintiff and the Putative Class Members one-half of the regular rate of each hour worked over 40 hours in a workweek.

104.    Defendant paid Plaintiff and the Putative Class Members a purported day rate, plus other forms of compensation for services.

105.    In addition to the purported day rate that Defendant paid Plaintiff and the Putative Class Members, Defendant compensated Plaintiff and the Putative Class Members for the same type of work that they normally performed on an hourly basis. For example, if Plaintiff and the Putative Class Members completed their assigned routes for the day, they would be asked to help other drivers with their incomplete routes. Generally, when Defendant paid Plaintiff and the Putative Class Members on an hourly basis, as opposed to a daily basis, they referred to these hourly payments as "help pay."

106.    Defendant also compensated Plaintiff and the Putative Class Members on a basis other than the daily rate basis for what Defendant categorized as "bonus pay", "incentive pay", "extra pay" and "miscellaneous pay."

107.    In the event that Plaintiff and the Putative Class Members finished their route for the day early or needed to work for only half of the day, Defendant, at least sometimes, did not pay them the day rate, but rather compensated them on an hourly basis and in a lesser amount than the day rate.

108.    Defendant also compensated Plaintiff and the Putative Class Members with a form of incentive pay for completing a certain amount of time without any accidents. Defendant paid a

17

non-discretionary safety bonus that would be paid to the Plaintiff and the Putative Class Members on a weekly basis.

109.    Plaintiff and the Putative Class Members were hired to work a regular workweek consisting of forty (40) hours per workweek, and it was the Plaintiffs' understanding that their wages would compensate them for forty (40) hours. Further, the day rates were based upon an eight (8) hour day and approximated the hourly rates that prevailed in the market for the type of work performed by Plaintiff and the Putative Class Members.

110.    Plaintiff and the Putative Class Members regularly worked over forty (40) hours in a workweek as Waste Disposal Drivers.

111.    The FLSA requires non-exempt employees, like Plaintiff and the Putative Class Members, to be compensated for overtime work at the mandated overtime pay rate.

112.    Plaintiff and the Putative Class Members were entitled to receive time and one-half compensation for all hours worked over forty (40) hours in a workweek.

113.    The payment scheme used by Defendant to pay Plaintiff and the Putative Class Members did not comply with the FLSA.

114.    Defendant violated and continues to violate the FLSA by failing to pay its Waste Disposal Drivers, including Plaintiff and the Putative Class Members, time and one-half for each hour worked in excess of forty (40) hours per workweek.

115.    As Defendant's employees, Plaintiff and the Putative Class Members were subjected to the same or a substantially similar payment scheme, as described above.

116.    On several occasions, Plaintiffs complained to management that their overtime was not being calculated correctly and pleaded with them to correct it.

117.    In response to Plaintiffs' complaints, Waste Pro management told Plaintiffs that they were paid "Chinese overtime," that paying only "Chinese overtime" was Waste Pro's corporate-wide

policy, and that the company would not pay them overtime at the regular rate of one and one half times their pay.

118.    Plaintiffs were required to perform necessary and integral work for Defendant while not clocked in, or otherwise off the clock.

119.    The off the clock work usually occurred prior to the Plaintiffs daily driving routes and after the routes or any helper routes were completed at the end of the day.

120.    Further, Plaintiff and the putative class members were subjected to automatic deductions for 30-minute meal period, despite Waste Pro's knowledge that Plaintiff and the Putative Class Members routinely worked through their designated thirty (30) minute meal periods.

121.    Defendant was and remains aware that Plaintiff and the Putative Class Members regularly worked through their 30-minute meal periods.

122.    Defendant's systematic deduction of the thirty (30) minute meal period from hours worked in excess of forty (40) hours per workweek deprived Plaintiff and the Putative Class Members of overtime pay in violation of the FLSA.

123.    Plaintiff and the Putative Class Members were subjected to the same or a substantially similar policy, practice, or scheme of having the 30-minute meal period deducted from their on-the clock time, as described above.

**COUNT I – RECOVERY OF OVERTIME COMPENSATION (29 U.S.C. § 207)**

124.    Plaintiff and the Putative Class Members incorporate by reference paragraphs 1-123 as though fully and completely set forth herein.

125.    Defendant's practice of failing to pay Plaintiff and the Putative Class Members time-and-a-half rate for hours in excess of forty (40) per workweek violates the FLSA. 29 U.S.C. § 207.

126.    None of the exemptions provided by the FLSA regulating the duty of employers to pay overtime at a rate not less than one and one-half times the regular rate at which its employees are employed are applicable to Defendant or Plaintiffs.

127.    Defendant failed to keep adequate records of the Plaintiff's and Class Member's work hours and pay in violation of section 211(c) of the FLSA. 29 U.S.C. § 211(c).

128.    Federal law mandates that an employer is required to keep for three (3) years all payroll records and other records containing, among other things, the following information:

a.    The time of day and day of week on which the employees' work week begins;

b.    The regular hourly rate or pay for any workweek in which overtime compensation is due under Section 7(a) of the FLSA;

c.    An explanation of the basis of pay by indicating the monetary amount paid on a per hour, per day, per week, or other basis;

d.    The amount and nature of each payment which, pursuant to section 7(e) of the FLSA, is excluded from the "regular rate";

e.    The hours worked each workday and total hours worked each workweek;

f.    The total daily or weekly straight time earnings or wages due for hours worked during the workday or workweek, exclusive or premium overtime compensation;

g.    The total premium for overtime hours. This amount excludes the straight-time earnings for overtime hours recorded under this section;

h.    The total additions to or deductions from wages paid each pay period including employee purchase orders or wage assignments;

i.    The dates, amounts, and nature of the items which make up the total additions and deductions;

j.    The total wages paid each pay period; and

20

    k.      The date of payment and the pay period covered by payment.

29 C.F.R. §§ 516.2, 516.5.

129.    Defendant has not complied with the federal law and has failed to maintain such records with respect to Plaintiff and the Putative Class Members. Because Defendant's records are inaccurate and/or inadequate, Plaintiff and the Putative Class Members can meet their burden under the FLSA by proving that they, in fact, performed work for which they were improperly compensated, and produce sufficient evidence to show the amount and extent of the work "as a matter of a just and reasonable inference." *See, e.g., Anderson v. Mt. Clemens Pottery Co.,* 328 U.S. 680, 687 (1946).

130.    Defendant's failure to properly compensate employees at a rate of at least one and one-half times their regular rate of pay for all hours worked in excess of forty (40) hours in a workweek, results from Defendant's purported day rate payment policy or practice that applies to all similarly-situated employees, nationwide.

131.    Defendant knowingly, willfully, or with reckless disregard carried out its illegal pattern or practice of failing to pay overtime compensation correctly with respect to Plaintiff and the Putative Class Members.

132.    Specifically, despite the fact that numerous Waste Disposal Drivers brought Defendant's aforementioned illegal policies and FLSA violations to Defendant's attention throughout their employment, Defendant refused to pay Plaintiff and the Putative Class Members their proper compensation as required by the FLSA.

133.    Defendant did not act in good faith or in reliance upon any of the following in formulating their pay practices: (a) case law, (b) the FLSA, 29 U.S.C. §§ 201-219, (c) Department of Labor Wage & Hour Opinion Letters or (d) the Code of Federal Regulations.

134.    Accordingly, Plaintiff and the Putative Class Members bring this cause of action under section 216(b) of the FLSA, which allows them to recover all unpaid overtime compensation to which they are entitled, but have not been paid, for the 3-year period preceding the filing of this complaint through the final disposition of this matter. 29 U.S.C. § 216(b).[3]

135.    Plaintiff and the Putative Class Members contend that Defendant's conduct in violating the FLSA is willful. Accordingly, Plaintiff and the Putative Class Members seek recovery of all unpaid overtime compensation to which they are entitled, but have not been paid, for the three years preceding the filing of this complaint through the final disposition of this matter. 29 U.S.C. § 216(b).

136.    Due to the willful nature of Defendant's conduct, Plaintiff and the Putative Class Members seek to recover, as liquidated damages, an amount equal to unpaid overtime wages for the 3-year period preceding the filing of this complaint through the final disposition of this matter—that is, the same period for which unpaid overtime damages are sought. 29 U.S.C. § 216(b).

### PRAYER FOR RELIEF

Plaintiff, individually, and on behalf of all other similarly situated persons, respectfully requests that this Court enter judgment against the Defendant:

a.    For an Order recognizing this proceeding as a collective action pursuant to Section 216(b) of the FLSA and requiring Defendant to provide the names, addresses, e-mail addresses, telephone numbers, and social security numbers of all Putative Class Members;

b.    For an Order approving the form and content of a notice to be sent to all potential collective action members advising them of the pendency of this litigation and of

---

[3] As alleged above, the FLSA claims of Plaintiff and those opt-in plaintiffs who originally joined the South Carolina Action against Defendant were tolled when they joined the South Carolina action per the FLSA; thus, their claims reach back to three years before that time.

22

their rights with respect thereto;

c.    For an Order equitably tolling the claims of those Putative Class Members, including Plaintiff, who previously filed a consent to join form in the South Carolina Action.

d.    For a declaratory judgment that Defendant has willfully and in bad faith violated the overtime wage provisions of the FLSA, and have deprived Plaintiff and the Putative Class Members of their rights to such compensation;

e.    For an Order requiring Defendant to provide a complete and accurate accounting of all overtime wages to which Plaintiff and all Putative Class Members;

f.    For an Order awarding Plaintiff (and those who have joined in the suit) back wages that have been improperly withheld;

g.    For an Order pursuant to Section 16(b) of the FLSA finding Defendant liable for unpaid back wages due to Plaintiff (and those who have joined in the suit), and for liquidated damages equal in amount to the unpaid compensation found due to Plaintiffs (and those who have joined in the suit);

h.    For an Order awarding Plaintiff (and those who have joined in the suit) the costs of this action;

i.    For an Order awarding Plaintiff (and those who have joined in the suit) attorneys' fees;

j.    For an Order awarding Plaintiff (and those who have joined in the suit) pre-judgment and post-judgment interest at the highest rates allowed by law;

k.    For an Order awarding Plaintiff a service award as permitted by law;

l.    For an Order granting such other and further relief as may be necessary and appropriate.

:

Respectfully submitted by:

**MORGAN & MORGAN, P.A.**

*C. Ryan Morgan, Esq.*
FBN 0015527
N. Orange Ave., 16th Floor
P.O. Box 4979
Orlando, FL 32802-4979
Telephone:     (407) 420-1414
Facsimile:     (407) 867-4791
Email: rmorgan@forthepeople.com

**Paul M. Botros, Esq.**
FBN 0063365
600 N. Pine Island Road.
Suite 400
Plantation, FL 33324
Telephone:     (954) 327-5352
Facsimile:     (954) 327-3017
Email: pbotros@forthepeople.com

And

**ANDERSON ALEXANDER, PLLC**

**Austin W. Anderson, Esq.**
Federal I.D. No. 777114
Texas Bar No. 24045189
austin@a2xlaw.com
*pro hac vice* application forthcoming

**Clif Alexander, Esq.**
Federal I.D. No. 1138436
Texas Bar No. 24064805
clif@a2xlaw.com
819 N. Upper Broadway
Corpus Christi, Texas 78401
Telephone: (361) 452-1279
Facsimile: (361) 452-1284
*pro hac vice* application forthcoming

**ATTORNEYS IN CHARGE FOR PLAINTIFF AND PUTATIVE CLASS MEMBERS**

COMPOSITE
C







309-0001

*DELTA SANITATION OF MISSISSIPPI*
*2101 W. STATE ROAD 434*
*SUITE 315*
*LONGWOOD, FL 32779*

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  MS: 2, $0.00 Yearly Exemption,Spouse  Not
      Employed

# Earnings   Statement

Period Beginning:   02/01/2015
Period Ending:      02/14/2015
Pay Date:           02/20/2015

DODD BLANDON
800 MAGEE DRIVE APT 212
P.O. BOX 3262
BROOKHAVEN  MS 39603

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 70.78 | 1,080.00 | 4,927.50 |
| Overtime | | 9.92 | 67.07 | 360.06 |
| Bonus | | | | 250.00 |
| Holiday | | | | 270.00 |
| Sick | | | | 135.00 |
| **Gross Pay** | | | **$1,147.07** | 5,942.56 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income  Tax | -29.35 | 259.36 |
| | Social  Security  Tax | -68.49 | 317.92 |
| | Medicare  Tax | -13.68 | 74.35 |
| | MS State Income  Tax | -36.00 | 212.00 |
| | **Other** | | |
| | CI Accident | -13.97 | 53.48 |
| | Pop Dental | -10.53* | 42.12 |
| | Pop Medical | -189.51* | 758.04 |
| | Vision  Pre  Tax | -3.66* | 14.64 |
| | 401K Pre-Tx | -11.47* | 56.93 |
| | **Net Pay** | | **$781.01** |
| | Checking | -781.01 | |
| | **Net Check** | | **$0.00** |

Your  MS  taxable  wages  this period  are $931.90

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Daily Rate | | 135.00 |
| Days  Wkrd  Wk 1 | | 3.00 |
| Days  Wkrd  Wk 2 | | 5.00 |
| Days  Worked | | 8.00 |
| Ytd 401K  Match | | 28.50 |
| 401K  Match | | 5.74 |

* Excluded  from  federal  taxable  wages
  Your  federal  taxable  wages  this period  are  $931.90

©2000 ADP, LLC



DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD , FL  32779

Advice number:   00000080283
Pay date:        02/20/2015

| Deposited  to the account  of | account number | transit  ABA | amount |
|---|---|---|---|
| DODD  BLANDON | xxxxxxxx6156 | xxxx  xxxx | $781.01 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

6:19-cv-02420-WWB-GJK 000001

https://eetd2.adp.com/101lx8pstatic/applications/navigator/html5/em...

| Blandon, Dodd | 106659 | 2/01/2015 - 2/14/2015, Selected Range of Dates |
| --- | --- | --- |

**1 Employee(s) Selected**

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Sun 2/01 | | | | | | | | | | | |
| Mon 2/02 | | | | | | | | | | | |
| Tue 2/03 | | | | | | | | | | | |
| Wed 2/04 | | | 6:22AM | | 4:39PM | | | | | 10.28 | 10.28 |
| Thu 2/05 | | | 6:26AM | | 5:19PM | | | | | 10.88 | 21.17 |
| Fri 2/06 | | | 6:23AM | | 4:00PM | | | | | 9.62 | 30.78 |
| Sat 2/07 | | | | | | | | | | | 30.78 |
| Sun 2/08 | | | | | | | | | | | 30.78 |
| Mon 2/09 | | | 6:21AM | | 3:37PM | | | | | 9.27 | 40.05 |
| Tue 2/10 | | | 6:18AM | | 5:52PM | | | | | 11.57 | 51.62 |
| Wed 2/11 | | | 6:20AM | | 5:00PM | | | | | 10.67 | 62.28 |
| Thu 2/12 | | | 6:15AM | | 5:46PM | | | | | 11.52 | 73.8 |
| Fri 2/13 | | | 6:18AM | | 1:10PM | | | | | 6.9 | 80.7 |
| Sat 2/14 | | | | | | | | | | | 80.7 |

**Audits**

| | Audits | | Approvals/Sign-offs | | | | | | | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
| 2/01/2015 - 2/14/2015 | | Timecard Approval by Employee | | | | | | | 2/13/2015 | 2:12PM (GMT -05:00) Eastern Time | Blandon, Dodd:17014 6.39.167:Bro okhaven, MS | Time & Attendance |
| 2/01/2015 - 2/14/2015 | | Timecard Approval by Manager | | | | | | | 2/16/2015 | 8:57AM (GMT -05:00) Eastern Time | 107126 - Helton, Cheryl 8:eetd2.adp .com:216.82 .241.35 | Group Edits |
| 2/01/2015 - 2/14/2015 | | Timecard Approval by Manager | | | | | | | 2/16/2015 | 1:35PM (GMT -05:00) Eastern Time | 102087 - Leggim, Kimelra N:eetd2.adp .com:66.0.2 2.34 | Group Edits |
| 2/14/2015 | | Sign-off | | | | | | | 2/16/2015 | 3:19PM (GMT -05:00) Eastern Time | 103213 - Collar, Sherri L:eetd2.adp. com:216.82. 241.35 | Group Edits |

1 of 1

6:19-cv-02420-WWB-GJK 000066




321-0001

DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

**Earnings   Statement**



Period Beginning:    02/15/2015
Period Ending:       02/28/2015
Pay Date:            03/06/2015

Taxable Marital Status:  Married
Exemptions/Allowances:
    Federal:    2
    MS:         2, 50.00 Yearly Exemption,Spouse  Not
           Employed

DODD BLANDON
800 MAGEE DRIVE APT 212
P.O. BOX 3262
BROOKHAVEN MS 39603

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 80.00 | | 1,350.00 | 6,277.50 |
| Overtime | 25.72 | 163.63 | | 523.69 |
| Bereavement | 16.00 | | 270.00 | 270.00 |
| Bonus | | | | 250.00 |
| Holiday | | | | 270.00 |
| Sick | | | | 135.00 |
| **Gross Pay** | | | **$1,783.63** | 7,726.19 |

Your federal taxable wages this period are
$1,562.10
Your MS taxable wages this period are
$1,562.10

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -103.07 | 362.43 |
| | Social Security Tax | -97.96 | 415.88 |
| | Medicare Tax | -22.91 | 97.26 |
| | MS State Income Tax | -68.00 | 280.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 66.85 |
| | Pop Dental | -10.53* | 52.65 |
| | Pop Medical | -189.51* | 947.55 |
| | Vision Pre Tax | -3.66* | 18.30 |
| | 401K Pre-Tx | -17.83* | 74.76 |
| | **Net Pay** | | **$1,256.79** |
| | Checking | -1,256.79 | |
| | **Net Check** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Bereavement Days | | 2.00 |
| Daily Rate | | 135.00 |
| Days Wkrd Wk 1 | | 5.00 |
| Days Wkrd Wk 2 | | 5.00 |
| Days Worked | | 10.00 |
| Ytd 401K Match | | 37.43 |
| 401K Match | | 8.93 |

\* Excluded from federal taxable wages

DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD , FL 32779

Advice number:     00000100295
Pay date:          03/06/2015

Deposited to the account of
DODD BLANDON

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxx 327 | xxxx xxxx | $1,256.79 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

6:19-cv-02420-WWB-GJK 000002

https://ectd2.adp.com/1011x8pstatic/applications/navigator/htm15/em...

Blandon, Dodd                    106659                    2/15/2015 - 2/28/2015, Selected
                                                           Range of Dates

**1 Employee(s) Selected**

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|------|----------|--------|-----|----------|-----|-----|----------|-----|----------|-------|--------|
| Sun 2/15 | | | | | | | | | | | |
| Mon 2/16 | | | 6:22AM | | 2:22PM | | | | | 8.0 | 8.0 |
| Tue 2/17 | | | 6:28AM | | 5:18PM | | | | | 10.83 | 18.83 |
| Wed 2/18 | | | 6:17AM | | 7:00PM | | | | | 12.72 | 31.55 |
| Thu 2/19 | | | 6:20AM | | 3:42PM | | | | | 9.37 | 40.92 |
| Fri 2/20 | | | 6:21AM | | 4:30PM | | | | | 10.15 | 51.07 |
| Sat 2/21 | BEREAVEMENT | 8.0 | | | | | | | | 8.0 | 59.07 |
| Sun 2/22 | BEREAVEMENT | 8.0 | | | | | | | | 8.0 | 67.07 |
| Mon 2/23 | | | 6:18AM | | 2:32PM | | | | | 8.23 | 75.3 |
| Tue 2/24 | | | 6:17AM | | 7:17PM | | | | | 13.0 | 88.3 |
| Wed 2/25 | | | 6:19AM | | 7:10PM | | | | | 12.85 | 101.15 |
| Thu 2/26 | | | 6:22AM | | 6:00PM | | | | | 11.63 | 112.78 |
| Fri 2/27 | | | 6:19AM | | 3:15PM | | | | | 8.93 | 121.72 |
| Sat 2/28 | | | | | | | | | | | 121.72 |

**Audits**

Audits                          Approvals/Sign-offs

| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
|------|------|------|---------|----------|--------|-----------|----------|---------|-----------|-----------|------|-------------|
| 2/15/2015 - 2/28/2015 | | Timecard Approval by Employee | | | | | | | 3/02/2015 | 7:22AM (GMT -05:00) Eastern Time | Blandon, Dodd:17034 6.39167:Brookhaven, MS | Time & Attendance |
| 2/15/2015 - 2/28/2015 | | Timecard Approval by Manager | | | | | | | 3/02/2015 | 9:48AM (GMT -05:00) Eastern Time | 107128 - Helton, Cheryl R:eetd2.adp .com:215.82 .243.84 | Group Edits |
| 2/15/2015 - 2/28/2015 | | Timecard Approval by Manager | | | | | | | 3/02/2015 | 12:30PM (GMT -05:00) Eastern Time | 102087 - Leggins, Kimeira N:eetd2.adp .com:66.0.2 2.34 | Group Edits |
| 2/28/2015 | | Sign-off | | | | | | | 3/02/2015 | 2:11PM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L:eetd2.adp. com:215.82. 243.84 | Group Edits |

1 of 1                                                                          5/24/2018, 7:33 AM



 **WASTE PRO**

**Earnings Statement** 

DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

| | |
|---|---|
| Period Beginning: | 03/01/2015 |
| Period Ending: | 03/14/2015 |
| Pay Date: | 03/20/2015 |

Taxable Marital Status:  Married
Exemptions/Allowances:
    Federal:    2
    MS:    2, $0.00 Yearly Exemption,Spouse Not Employed

DODD BLANDON
800 MAGEE DRIVE APT 212
P.O. BOX 3262
BROOKHAVEN MS 39603

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 80.00 | 1,350.00 | 7,627.50 |
| Overtime | 18.44 | 125.02 | | 648.71 |
| Bereavement | | | | 270.00 |
| Bonus | | | | 250.00 |
| Holiday | | | | 270.00 |
| Sick | | | | 135.00 |
| **Gross Pay** | | | **$1,475.02** | 9,201.21 |

Your federal taxable wages this period are $1,256.57
Your MS taxable wages this period are $1,256.57

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Daily Rate | | 135.00 |
| Days Wkrd Wk 1 | | 5.00 |
| Days Wkrd Wk 2 | | 5.00 |
| Days Worked | | 10.00 |
| Ytd 401K Match | | 44.81 |
| 401K Match | | 7.38 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -61.81 | 424.24 |
| | Social Security Tax | -78.82 | 494.70 |
| | Medicare Tax | -18.44 | 115.70 |
| | MS State Income Tax | -53.00 | 333.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 80.22 |
| | Pop Dental | -10.53* | 63.18 |
| | Pop Medical | -189.61* | 1,137.06 |
| | Vision Pre Tax | -3.66* | 21.96 |
| | 401K Pre-Tx | -14.75* | 89.51 |
| | **Net Pay** | **$1,031.13** | |
| | Checking | -1,031.13 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

© 2000 ADP, LLC

 **WASTE PRO**

DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

| | |
|---|---|
| Advice number: | 00000120288 |
| Pay date: | 03/20/2015 |

Deposited to the account of
DODD BLANDON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx | xxxx xxxx | $1,031.13 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

https://eetd2.adp.com/101!x8pstatic/applications/navigator/html5/cm...

| Blandon, Dodd | 106659 | 3/01/2015 - 3/14/2015, Selected Range of Dates |
| --- | --- | --- |

**1 Employee(s) Selected**

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| Sun 3/01 | | | | | | | | | | | |
| Mon 3/02 | | | 6:21AM | | 4:45PM | | | | | 10.4 | 10.4 |
| Tue 3/03 | | | 6:25AM | | 5:25PM | | | | | 11.0 | 21.4 |
| Wed 3/04 | | | 6:15AM | | 6:18PM | | | | | 12.55 | 33.95 |
| Thu 3/05 | | | 6:24AM | | 2:22PM | | | | | 7.97 | 41.92 |
| Fri 3/06 | | | 6:25AM | | 4:13PM | | | | | 9.8 | 51.72 |
| Sat 3/07 | | | | | | | | | | | 51.72 |
| Sun 3/08 | | | | | | | | | | | 51.72 |
| Mon 3/09 | | | 6:22AM | | 3:05PM | | | | | 8.72 | 60.43 |
| Tue 3/10 | | | 6:20AM | | 6:26PM | | | | | 12.1 | 72.53 |
| Wed 3/11 | | | 6:21AM | | 4:16PM | | | | | 9.92 | 82.45 |
| Thu 3/12 | | | 6:22AM | | 11:00AM | | | | | 4.63 | 87.08 |
| Fri 3/13 | | | 6:24AM | | 5:45PM | | | | | 11.35 | 98.43 |
| Sat 3/14 | | | | | | | | | | | 98.43 |

**Audits**

| | | | | | Approvals/Sign-offs | | | | | | | |

| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| 3/01/2015 - 3/14/2015 | | Timecard Approval by Employee | | | | | | | 3/16/2015 | 7:33AM (GMT -05:00) Eastern Time | Blandon, Dodd:17014 6.39.167:8ro okhaven, MS | Time & Attendance |
| 3/01/2015 - 3/14/2015 | | Timecard Approval by Manager | | | | | | | 3/16/2015 | 9:24AM (GMT -05:00) Eastern Time | 107128 - Helton, Cheryl 8:eetd2.adp .com:216.82 .243.87 | Group Edits |
| 3/01/2015 - 3/14/2015 | | Timecard Approval by Manager | | | | | | | 3/16/2015 | 1:24PM (GMT -05:00) Eastern Time | 102087 - Leggins, Kimatra N:eetd2.adp .com:66.0.2 2.34 | Group Edits |
| 3/14/2015 | | Sign-off | | | | | | | 3/16/2015 | 2:16PM (GMT -05:00) Eastern Time | 103213 - Collee, Shewi L:eetd2.adp. com:216.82. 243.87 | Group Edits |

6:19-cv-02420-WWB-GJK 000068





**Earnings Statement**

| CO. | FILE | DEPT. | CLOCK. | VCHR. NO. |
|-----|------|-------|--------|-----------|
| LXE | 000668 | 005000 | 6088 | 0000140277  1 |

301-0001

DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

Period Beginning: 03/15/2015
Period Ending: 03/28/2015
Pay Date: 04/03/2015

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:   2
MS:   2, $0.00 Yearly Exemption,Spouse  Not
Employed

DODD BLANDON
800 MAGEE DRIVE APT 212
P.O. BOX 3262
BROOKHAVEN  MS 39603

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 80.00 | 1,215.00 | | 8,842.50 |
| Overtime | 16.76 | 105.82 | | 754.53 |
| Bereavement | | | | 270.00 |
| Bonus | | | | 250.00 |
| Holiday | | | | 270.00 |
| Sick | | | | 135.00 |
| **Gross Pay** | | | **$1,320.82** | 10,522.03 |

Your federal taxable wages this period are
$1,103.91
Your MS taxable wages this period are
$1,103.91

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Daily Rate | | 135.00 |
| Days Wkrd Wk 1 | | 4.00 |
| Days Wkrd Wk 2 | | 5.00 |
| Days Worked | | 9.00 |
| Ytd 401K Match | | 51.42 |
| 401K Match | | 6.61 |

| Deductions | Statutory | | |
|------------|-----------|--|--|
| | Federal Income Tax | -46.55 | 470.79 |
| | Social Security Tax | -69.26 | 563.96 |
| | Medicare Tax | -16.19 | 131.89 |
| | MS State Income Tax | -45.00 | 378.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 93.59 |
| | Pop Dental | -10.53* | 73.71 |
| | Pop Medical | -189.51* | 1,326.57 |
| | Vision Pre Tax | -3.66* | 25.62 |
| | 401K Pre-Tx | -13.21* | 102.72 |
| | **Net Pay** | **$913.54** | |
| | Checking | -913.54 | |
| | **Net Check** | **$0.00** | |

\* Excluded from federal taxable wages

© 2000 ADP, LLC



DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

Advice number:   00000140277
Pay date:   04/03/2015

Deposited to the account of
DODD BLANDON

| | account number | transit ABA | amount |
|--|----------------|-------------|--------|
| | xxxxxxxx xxxx | XXXX XXXX | $913.54 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

6:19-cv-02420-WWB-GJK 000004

https://eetd2.adp.com/101lx8pstatic/applications/navigator/html5/em...

Blandon, Dodd       106659       3/15/2015 - 3/28/2015, Selected Range of Dates

**1 Employee(s) Selected**

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|------|----------|--------|-----|----------|-----|-----|----------|-----|----------|-------|--------|
| Sun 3/15 | | | | | | | | | | | |
| Mon 3/16 | | | 6:29AM | | 6:27PM | | | | | 11.97 | 11.97 |
| Tue 3/17 | | | 6:24AM | | 1:00PM | | | | | 6.6 | 18.57 |
| Wed 3/18 | | | 6:22AM | | 8:00PM | | | | | 13.63 | 32.2 |
| Thu 3/19 | | | 6:28AM | | 5:51PM | | | | | 11.38 | 43.58 |
| Fri 3/20 | | | | | | | | | | --- | 43.58 |
| Sat 3/21 | | | | | | | | | | --- | 43.58 |
| Sun 3/22 | | | | | | | | | | | 43.58 |
| Mon 3/23 | | | 6:25AM | | 4:00PM | | | | | 9.58 | 53.17 |
| Tue 3/24 | | | 6:28AM | | 6:40PM | | | | | 12.2 | 65.37 |
| Wed 3/25 | | | 6:27AM | | 4:11PM | | | | | 9.73 | 75.1 |
| Thu 3/26 | | | 6:27AM | | 6:17PM | | | | | 11.83 | 86.93 |
| Fri 3/27 | | | 6:24AM | | 4:14PM | | | | | 9.83 | 96.77 |
| Sat 3/28 | | | | | | | | | | | 96.77 |

**Audits**

| Audits | | | | Approvals/Sign-offs | | | | | | | | |
| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
|------|------|------|---------|----------|--------|-----------|----------|---------|-----------|-----------|------|-------------|
| 3/15/2015 - 3/28/2015 | | Timecard Approval by Employee | | | | | | | 3/27/2015 | 5:16PM (GMT -05:00) Eastern Time | Blandon, Dodd:17014 6.39.167:Bro okhaven, MS | Time & Attendance |
| 3/15/2015 - 3/28/2015 | | Timecard Approval by Manager | | | | | | | 3/30/2015 | 9:39AM (GMT -05:00) Eastern Time | 107128 - Halton, Cheryl 8:eetd2.adp .com:216.82 .243.88 | Group Edits |
| 3/15/2015 - 3/28/2015 | | Timecard Approval by Manager | | | | | | | 3/30/2015 | 1:21PM (GMT -05:00) Eastern Time | 102087 - Leggins, Kimetra N:eetd2.adp .com:66.0.2 2.34 | Group Edits |
| 3/28/2015 | | Sign-off | | | | | | | 3/30/2015 | 4:32PM (GMT -05:00) Eastern Time | 103213 - Collof, Sherri L:eetd2.adp .com:216.82. 243.88 | Group Edits |

**6:19-cv-02420-WWB-GJK 000069**



 375-0001

**DELTA SANITATION OF MISSISSIPPI**
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

**Earnings   Statement**

| | |
|---|---|
| Period Beginning: | 03/29/2015 |
| Period Ending: | 04/11/2015 |
| Pay Date: | 04/17/2015 |

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:   2
MS:   2, $0.00 Yearly Exemption,Spouse Not Employed

DODD BLANDON
800 MAGEE DRIVE APT 212
P.O. BOX 3262
BROOKHAVEN MS 39603

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 80.00 | 1,350.00 | 10,192.50 |
| Overtime | 25.70 | 163.76 | | 918.29 |
| Bereavement | | | | 270.00 |
| Bonus | | | | 250.00 |
| Holiday | | | | 270.00 |
| Sick | | | | 135.00 |
| Gross Pay | | | $1,513.76 | 12,035.79 |

Your federal taxable wages this period are
$1,294.92
Your MS taxable wages this period are
$1,294.92

| Deductions | Statutory | | this period | year to date |
|---|---|---|---|---|
| | Federal Income Tax | | -65.65 | 536.44 |
| | Social Security Tax | | -81.22 | 645.18 |
| | Medicare Tax | | -19.00 | 150.89 |
| | MS State Income Tax | | -55.00 | 433.00 |
| | **Other** | | | |
| | CI Accident | | -13.37 | 106.96 |
| | Pop Dental | | -10.53* | 84.24 |
| | Pop Medical | | -189.51* | 1,516.08 |
| | Vision Pre Tax | | -3.66* | 29.28 |
| | 401K Pre-Tx | | -15.14* | 117.86 |
| | Net Pay | | $1,060.68 | |
| | Checking | | -1,060.68 | |
| | Net Check | | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Daily Rate | | 135.00 |
| Days Wkrd Wk 1 | | 5.00 |
| Days Wkrd Wk 2 | | 5.00 |
| Days Worked | | 10.00 |
| Ytd 401K Match | | 58.99 |
| 401K Match | | 7.57 |

* Excluded from federal taxable wages

 **DELTA SANITATION OF MISSISSIPPI**
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD , FL 32779

| | |
|---|---|
| Advice number: | 00000160350 |
| Pay date: | 04/17/2015 |

Deposited to the account of
DODD BLANDON

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxxx | xxxx xxxx | $1,060.68 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

6:19-cv-02420-WWB-GJK 000005

https://eetd2.adp.com/101!x8pstatic/applications/navigator/html5/em...

Blandon, Dodd                    106659                    3/29/2015 - 4/11/2015, Selected
                                                            Range of Dates

1 Employee(s) Selected

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|------|----------|--------|-----|----------|-----|-----|----------|-----|----------|-------|--------|
| Sun 3/29 | | | | | | | | | | | |
| Mon 3/30 | | | 6:27AM | | 4:34PM | | | | | 10.12 | 10.12 |
| Tue 3/31 | | | 6:16AM | | 7:40PM | | | | | 13.4 | 23.52 |
| Wed 4/01 | | | 6:23AM | | 3:31PM | | | | | 9.13 | 32.65 |
| Thu 4/02 | | | 6:28AM | | 5:12PM | | | | | 10.73 | 43.38 |
| Fri 4/03 | | | 6:26AM | | 2:30PM | | | | | 8.07 | 51.45 |
| Sat 4/04 | | | | | | | | | | | 51.45 |
| Sun 4/05 | | | | | | | | | | | 51.45 |
| Mon 4/06 | | | 6:24AM | | 3:13PM | | | | | 8.82 | 60.27 |
| Tue 4/07 | | | 6:24AM | | 7:11PM | | | | | 12.78 | 73.05 |
| Wed 4/08 | | | 6:28AM | | 7:20PM | | | | | 12.87 | 85.92 |
| Thu 4/09 | | | 6:24AM | | 6:32PM | | | | | 12.13 | 98.05 |
| Fri 4/10 | | | 6:22AM | | 2:01PM | | | | | 7.65 | 105.7 |
| Sat 4/11 | | | | | | | | | | | 105.7 |

Audits

| Audits | | | | | Approvals/Sign-offs | | | | | | | |
|--------|------|------|---------|----------|--------|-----------|----------|---------|-----------|-----------|------|-------------|
| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
| 3/29/2015 - 4/11/2015 | | Timecard Approval by Employee | | | | | | | 4/10/2015 | 3:01PM (GMT -06:00) Eastern Time | Blandon, Dodd:17014 6.39J67:Broakhaven, MS | Time & Attendance |
| 3/29/2015 - 4/11/2015 | | Timecard Approval by Manager | | | | | | | 4/13/2015 | 9:36AM (GMT -05:00) Eastern Time | 107128 - Helton, Cheryl B:eetd2.adp .com:216.82 .243.87 | Group Edits |
| 3/29/2015 - 4/11/2015 | | Timecard Approval by Manager | | | | | | | 4/13/2015 | 2:09PM (GMT -05:00) Eastern Time | 102087 - Leggins, Kimeta N:eetd2.adp .com:182.23 4.48.232 | Group Edits |
| 4/11/2015 | | Sign-off | | | | | | | 4/13/2015 | 4:17PM (GMT -05:00) Eastern Time | 103213 - Collier, Sheri L:eetd2.adp. com:66.0.2 2.34 | Group Edits |

**6:19-cv-02420-WWB-GJK 000070**





305-0901

**DELTA SANITATION OF MISSISSIPPI**
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

**Earnings   Statement**

**ADP**

| | |
|---|---|
| Period Beginning: | 04/12/2015 |
| Period Ending: | 04/25/2015 |
| Pay Date: | 05/01/2015 |

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:          2
MS:                2, $0.00 Yearly Exemption,Spouse   Not
                   Employed

DODD BLANDON
800 MAGEE DRIVE APT 212
P.O. BOX 3262
BROOKHAVEN MS 39603

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 80.00 | 1,233.22 | 11,404.23 |
| Regular | | 66.51 | | |
| Overtime | 23.73 | | 152.03 | 1,070.32 |
| Sick | 8.00 | | 137.02 | 272.02 |
| Bereavement | | | | 270.00 |
| Bonus | | | | 250.00 |
| Holiday | | | | 270.00 |
| **Gross Pay** | | | **$1,590.78** | 13,626.57 |

Your federal taxable wages this period are
$1,371.17
Your MS taxable wages this period are
$1,371.17

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -74.43 | 610.87 |
| | Social Security Tax | -86.00 | 731.18 |
| | Medicare Tax | -20.11 | 171.00 |
| | MS State Income Tax | -58.00 | 491.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 120.33 |
| | Pop Dental | -10.53* | 94.77 |
| | Pop Medical | -189.51* | 1,705.59 |
| | Vision Pre Tax | -3.66* | 32.94 |
| | 401K Pre-Tx | -15.91* | 133.77 |
| | **Net Pay** | | **$1,119.26** |
| | Checking | -1,119.26 | |
| | **Net Check** | | **$0.00** |

**Other Benefits and**

| Information | this period | total to date |
|---|---|---|
| Daily Rate | | 137.02 |
| Days Wkrd Wk 1 | | 5.50 |
| Days Wkrd Wk 2 | | 4.00 |
| Days Worked | | 9.50 |
| Sick Days | | 1.00 |
| Ytd 401K Match | | 66.95 |
| 401K Match | | 7.96 |

**Important Notes**
YOUR HOURLY RATE HAS BEEN CHANGED FROM 16.8750 TO
17.1281.

* Excluded from federal taxable wages

©2000 ADP, LLC

---

**DELTA SANITATION OF MISSISSIPPI**
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD , FL 32779

| | |
|---|---|
| Advice number: | 00000180279 |
| Pay date: | 05/01/2015 |

Deposited to the account of
DODD BLANDON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx | xxxx xxxx | $1,119.26 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

https://eetd2.adp.com/101lx8pstatic/applications/navigator/html5/em...

| Blandon, Dodd | | 106659 | | | | | | 4/12/2015 - 4/25/2015, Selected Range of Dates | | |

**1 Employee(s) Selected**

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|------|----------|--------|-----|----------|-----|-----|----------|-----|----------|-------|--------|
| Sun 4/12 | | | | | | | | | | | |
| Mon 4/13 | | | 6:22AM | | 4:33PM | | | | | 10.18 | 10.18 |
| Tue 4/14 | | | 6:26AM | | 3:46PM | | | | | 9.32 | 19.5 |
| Wed 4/15 | | | 6:26AM | | 5:48PM | | | | | 11.37 | 30.87 |
| Thu 4/16 | | | 8:28AM | | 7:24PM | | | | | 12.93 | 43.8 |
| Fri 4/17 | | | 6:25AM | | 3:45PM | | | | | 9.33 | 53.13 |
| Sat 4/18 | | | 6:27AM | | 9:00AM | | | | | 2.55 | 55.68 |
| Sun 4/19 | | | | | | | | | | | 55.68 |
| Mon 4/20 | | | 6:24AM | | 4:04PM | | | | | 9.67 | 65.35 |
| Tue 4/21 | | | 6:27AM | | 7:23PM | | | | | 12.93 | 78.28 |
| Wed 4/22 | | | 6:27AM | | 7:50PM | | | | | 13.38 | 91.67 |
| Thu 4/23 | SICK | 8.0 | | | | | | | | 8.0 | 99.67 |
| Fri 4/24 | | | 6:26AM | | 6:30PM | | | | | 12.07 | 111.73 |
| Sat 4/25 | | | | | | | | | | | 111.73 |

**Audits**

| Audits | | | | Approvals/Sign-offs | | | | | | | |

| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
|------|------|------|---------|----------|--------|-----------|----------|---------|-----------|-----------|------|-------------|
| 4/12/2015 - 4/25/2015 | | Timecard Approval by Employee | | | | | | | 4/24/2015 | 7:44PM (GMT -05:00) Eastern Time | Blandon, Dodd:170.14 6.39.167:Bro okhaven, MS | Time & Attendance |
| 4/12/2015 - 4/25/2015 | | Timecard Approval by Manager | | | | | | | 4/27/2015 | 12:59PM (GMT -05:00) Eastern Time | 102067 - Loggins, Kimbre N:eetd2.adp .com:60.0.2 .2.34 | Group Edits |
| 4/12/2015 - 4/25/2015 | | Timecard Approval by Manager | | | | | | | 4/27/2015 | 2:39PM (GMT -05:00) Eastern Time | 107128 - Holton, Cheryl B:eetd2.adp .com:216.82 .243.84 | Group Edits |
| 4/25/2015 | | Sign-off | | | | | | | 4/27/2015 | 3:43PM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L:eetd2.adp. com:216.82. 243.84 | Group Edits |

1 of 1

6:19-cv-02420-WWB-GJK 000071





315-0001

**Earnings   Statement**

ADP

DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

| Period Beginning: | 04/26/2015 |
| Period Ending: | 05/09/2015 |
| Pay Date: | 05/15/2015 |

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:        2
MS:             2, $0.00 Yearly Exemption,Spouse  Not
                Employed

DODD BLANDON
800  MAGEE  DRIVE  APT  212
P.O.  BOX  3262
BROOKHAVEN  MS  39603

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 80.00 | 1,233.21 | 12,727.44 |
| Overtime | | 18.45 | 133.86 | 1,204.18 |
| Bonus | | | 260.00 | 500.00 |
| Bereavement | | | | 270.00 |
| Holiday | | | | 270.00 |
| Sick | | | | 272.02 |
| **Gross Pay** | | | **$1,617.07** | 15,243.64 |

Your federal  taxable wages this period are
$1,399.70
Your MS taxable  wages  this  period  are
$1,399.70

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -78.71 | 689.58 |
| | Social Security Tax | -87.63 | 818.81 |
| | Medicare Tax | -20.50 | 191.50 |
| | MS State Income Tax | -60.00 | 551.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 133.70 |
| | Pop Dental | -10.53* | 105.30 |
| | Pop Medical | -189.51* | 1,895.10 |
| | Vision Pre Tax | -3.66* | 36.60 |
| | 401K Pre-Tx | -13.67* | 147.44 |
| | **Net Pay** | **$1,139.49** | |
| | Checking | -1,139.49 | |
| | **Net Check** | **$0.00** | |

**Other Benefits  and**

| Information | this period | total  to  date |
|---|---|---|
| Daily Rate | | 137.02 |
| Days  Wkrd  Wk 1 | | 4.00 |
| Days  Wkrd  Wk 2 | | 5.00 |
| Days  Worked | | 9.00 |
| Ytd 401K  Match | | 73.80 |
| 401K  Match | | 8.85 |

*  Excluded  from  federal  taxable  wages

© 2000 ADP, LLC



DELTA SANITATION  OF MISSISSIPPI
2101  W.  STATE ROAD 434
SUITE  315
LONGWOOD , FL   32779

| Advice number: | 00000200283 |
| Pay date: | 05/15/2015 |

Deposited  to the account  of
DODD  BLANDON

| | account number | transit  ABA | amount |
|---|---|---|---|
| | xxxxxxxx | xxxx  xxxx | $1,139.49 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

https://eetd2.adp.com/101lx8pstatic/applications/navigator/html5/em...

Blandon, Dodd                106659

4/26/2015 - 5/09/2015, Selected
Range of Dates

1 Employee(s) Selected

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Dally | Period |
|------|----------|--------|----|----------|-----|----|----------|-----|----------|-------|--------|
| Sun 4/26 | BONUSS | $250.00 | | | | | | | | | |
| Mon 4/27 | | | | | | | | | | | |
| Tue 4/28 | | | 6:22AM | | 7:17PM | | | | | | 12.92 | 12.92 |
| Wed 4/29 | | | 6:23AM | | 6:34PM | | | | | | 12.18 | 25.1 |
| Thu 4/30 | | | 6:29AM | | 5:25PM | | | | | | 10.03 | 36.03 |
| Fri 5/01 | | | 6:22AM | | 4:32PM | | | | | | 10.17 | 46.2 |
| Sat 5/02 | | | | | | | | | | | | 46.2 |
| Sun 5/03 | | | | | | | | | | | | 46.2 |
| Mon 5/04 | | | 6:25AM | | 5:18PM | | | | | | 10.88 | 57.08 |
| Tue 5/05 | | | 6:25AM | | 5:14PM | | | | | | 10.82 | 67.9 |
| Wed 5/06 | | | 6:25AM | | 7:17PM | | | | | | 12.87 | 80.77 |
| Thu 5/07 | | | 6:24AM | | 4:33PM | | | | | | 10.15 | 90.92 |
| Fri 5/08 | | | 6:28AM | | 2:00PM | | | | | | 7.53 | 98.45 |
| Sat 5/09 | | | | | | | | | | | | 98.45 |

Audits

| Audits | | | | Approvals/Sign-offs | | | | | | | | |
|--------|--|--|--|---------------------|--|--|--|--|--|--|--|--|

| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
|------|------|------|---------|----------|--------|-----------|----------|---------|-----------|-----------|------|-------------|
| 4/26/2015 - 5/09/2015 | | Timecard Approval by Employee | | | | | | | 5/08/2015 | 3:00PM (GMT -05:00) Eastern Time | Blandon, Dodd:17014 6.39.167:Brookhaven, MS | Time & Attendance |
| 4/26/2015 - 5/09/2015 | | Timecard Approval by Manager | | | | | | | 5/10/2015 | 11:56PM (GMT -05:00) Eastern Time | 107128 - Hellon, Cheryl E:eetd2.adp.com:216.82.243.84 | Group Edits |
| 4/26/2015 - 5/09/2015 | | Timecard Approval by Manager | | | | | | | 5/11/2015 | 1:37PM (GMT -05:00) Eastern Time | 102007 - Leggins, Kimeira N:eetd2.adp.com:162.33.4.48.232 | Group Edits |
| 5/09/2015 | | Sign-off | | | | | | | 5/11/2015 | 6:08PM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L:eetd2.adp.com:216.82.243.87 | Group Edits |

1 of 1

5/24/2018, 7:35 AM

6:19-cv-02420-WWB-GJK 000072





310-0001

**DELTA SANITATION OF MISSISSIPPI**
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

## Earnings    Statement

Period Beginning:   05/10/2015
Period Ending:      05/23/2015
Pay Date:           05/29/2015

Taxable· Marital Status:   Married
Exemptions/Allowances:
Federal:    2
MS:         2, 30.00 Yearly Exemption,Spouse  Not
            Employed

DODD BLANDON
800 MAGEE DRIVE APT 212
P.O. BOX 3262
BROOKHAVEN  MS 39603

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 79.17 | | 2,192.40 | 14,988.35 |
| Regular | | 66.51 | | |
| Overtime | 5.70 | 72.64 | | 1,276.82 |
| Vacation | 8.00 | | 137.02 | 137.02 |
| Bereavement | | | | 270.00 |
| Bonus | | | | 500.00 |
| Holiday | | | | 270.00 |
| Sick | | | | 272.02 |
| **Gross Pay** | | | **$2,470.57** | 17,714.21 |

Your federal taxable wages this period are
$2,242.17
Your MS taxable wages this period are
$2,242.17

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Daily Rate | | 137.02 |
| Days Wkrd Wk 1 | | 8.50 |
| Days Wkrd Wk 2 | | 8.00 |
| Days · Worked · | | 16.50 |
| Vacation Days | | 1.00 |
| Ytd 401K Match | | 86.16 |
| 401K Match | | 12.36 |

| Deductions | Statutory | | |
|------------|-----------|-------------|------|
| | Federal Income Tax | -205.08 | 894.66 |
| | Social Security Tax | -140.55 | 959.36 |
| | Medicare Tax | -32.87 | 224.37 |
| | MS State Income Tax | -102.00 | 653.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 147.07 |
| | Pop Dental | -10.53* | 115.83 |
| | Pop Medical | -189.51* | 2,084.61 |
| | Vision Pre Tax | -3.66* | 40.26 |
| | 401K Pre·Tx | -24.70* | 172.14 |
| **Net Pay** | | **$1,748.30** | |
| | Checking | -1,748.30 | |
| **Net Check** | | **$0.00** | |

* Excluded from federal taxable wages

© 2ꝰꝰ ADP  LLC



**DELTA SANITATION  OF MISSISSIPPI**
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD , FL  32779

Advice number:   00000220267
Pay date:        05/29/2015

Deposited  to the account  of
DODD BLANDON

account number   transit ABA   amount
xxxxxxxxx       xxxx xxxx      $1,748.30

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

https://eetd2.adp.com/101lx8pstatic/applications/navigator/html5/em...

Blandon, Dodd          106659          5/10/2015 - 5/23/2015, Selected
Range of Dates

1 Employee(s) Selected

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sun 5/10 | | | | | | | | | | | |
| Mon 5/11 | | | 8:30AM | | 11:00AM | | | | | | |
| | | | 11:30AM | | 4:19PM | | | | | 9.32 | 9.32 |
| Tue 5/12 | | | 6:30AM | | 11:00AM | | | | | | |
| | | | 11:30AM | | 4:37PM | | | | | 9.62 | 18.93 |
| Wed 5/13 | | | 6:30AM | | 11:00AM | | | | | | |
| | | | 11:30AM | | 6:33PM | | | | | 11.55 | 30.48 |
| Thu 5/14 | | | 6:34AM | | 11:00AM | | | | | | |
| | | | 11:30AM | | 2:30PM | | | | | 7.43 | 37.92 |
| Fri 5/15 | | | 6:30AM | | 11:00AM | | | | | | |
| | | | 11:30AM | | 2:47PM | | | | | 7.78 | 45.7 |
| Sat 5/16 | | | | | | | | | | | 45.7 |
| Sun 5/17 | | | | | | | | | | | 45.7 |
| Mon 5/18 | | | 6:30AM | | 11:00AM | | | | | | |
| | | | 11:30AM | | 4:30PM | | | | | 9.5 | 55.2 |
| Tue 5/19 | | | 6:30AM | | 11:00AM | | | | | | |
| | | | 11:30AM | | 5:00PM | | | | | 10.0 | 65.2 |
| Wed 5/20 | | | 8:30AM | | 11:00AM | | | | | | |
| | | | 11:30AM | | 5:03PM | | | | | 10.05 | 75.25 |
| Thu 5/21 | VACATION | 8.0 | | | | | | | | 8.0 | 83.25 |
| Fri 5/22 | | | 6:30AM | | 11:00AM | | | | | | |
| | | | 11:30AM | | 4:37PM | | | | | 9.62 | 92.87 |
| Sat 5/23 | | | | | | | | | | | 92.87 |

Audits

Audits                          Approvals/Sign-offs

| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 5/10/2015 - 5/23/2015 | | Timecard Approval by Employee | | | | | | | 5/22/2015 | 5:37PM (GMT -05:00) Eastern Time | Blandon, Dodd:17014 6.39.167:8rcakhaven, MS | Time & Attendance |
| 5/10/2015 - 5/23/2015 | | Timecard Approval by Manager | | | | | | | 5/25/2015 | 9:47AM (GMT -05:00) Eastern Time | 107128 - Hellon, Cheryl @eetd2.adp .com:216.82 .241.35 | Group Edits |
| 5/10/2015 - 5/23/2015 | | Timecard Approval by Manager | | | | | | | 5/25/2015 | 1:16PM (GMT -05:00) Eastern Time | 102097 - Loggins, Kimetra Noeetd2.adp .com:162.23 4.48.232 | Group Edits |
| 5/23/2015 | | Sign-off | | | | | | | 5/25/2015 | 2:25PM (GMT -05:00) Eastern Time | 103213 - Collins, Sherri Leetd2.adp. com:216.82. 241.35 | Group Edits |

5/24/2018, 7:35 AM





316-0001

**DELTA SANITATION OF MISSISSIPPI**
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

## Earnings   Statement

Period Beginning:    05/24/2015
Period Ending:       06/06/2015
Pay Date:            06/12/2015

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:    2
  MS:         2, $0.00 Yearly Exemption.Spouse   Not
              Employed

DODD BLANDON
800  MAGEE DRIVE  APT  212
P.O. BOX  3262
BROOKHAVEN  MS  39603

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 80.00 | 1,096.20 | 16,084.55 |
| Overtime | | 9.30 | 55.25 | 1,332.07 |
| Vacation | | 8.00 | 137.02 | 274.04 |
| Bereavement | | | | 270.00 |
| Bonus | | | | 500.00 |
| Holiday | | | | 270.00 |
| Sick | | | | 272.02 |
| **Gross Pay** | | | **$1,288.47** | 19,002.68 |

Your federal taxable wages this period are
$1,071.88
Your MS taxable wages this period are
$1,071.88

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -43.34 | 938.00 |
| | Social Security Tax | -67.25 | 1,026.61 |
| | Medicare Tax | -15.73 | 240.10 |
| | MS State Income Tax | -43.00 | 696.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 160.44 |
| | Pop Dental | -10.53* | 126.36 |
| | Pop Medical | -189.51* | 2,274.12 |
| | Vision Pre Tax | -3.66* | 43.92 |
| | 401K Pre-Tx | -12.89* | 185.03 |
| | **Net Pay** | | **$889.19** |
| | Checking | -889.19 | |
| | **Net Check** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Daily Rate | | 137.02 |
| Days Wkrd Wk 1 | | 4.00 |
| Days Wkrd Wk 2 | | 4.00 |
| Days Worked | | 8.00 |
| Vacation Days | | 1.00 |
| Ytd 401K Match | | 92.62 |
| 401K Match | | 6.46 |

\* Excluded from federal taxable wages



DELTA  SANITATION  OF  MISSISSIPPI
2101  W.  STATE  ROAD  434
SUITE  315
LONGWOOD , FL  32779

Advice number:     00000240258
Pay date:          06/12/2015

Deposited  to  the  account  of
DODD  BLANDON

| | account  number | transit ABA | amount |
|---|---|---|---|
| | xxxxxx | xxxx  xxxx | $889.19 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

https://eetd2.adp.com/1011x8pstatic/applications/navigator/htm15/em...

Blandon, Dodd                106659               5/24/2015 - 6/06/2015, Selected
                                                   Range of Dates

**1 Employee(s) Selected**

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|------|----------|--------|-----|----------|-----|-----|----------|-----|----------|-------|--------|
| Sun 5/24 | | | | | | | | | | | |
| Mon 5/25 | | | 6:29AM | | 4:06PM | | | | | 9.62 | 9.62 |
| Tue 5/26 | | | | | | | | | | | 9.62 |
| Wed 5/27 | | | 6:31AM | | 6:48PM | | | | | 12.28 | 21.9 |
| Thu 5/28 | | | 6:21AM | | 2:11PM | | | | | 7.83 | 29.73 |
| Fri 5/29 | | | 6:29AM | | 6:41PM | | | | | 12.2 | 41.93 |
| Sat 5/30 | | | | | | | | | | | 41.93 |
| Sun 5/31 | | | | | | | | | | | 41.93 |
| Mon 6/01 | | | 6:29AM | | 4:22PM | | | | | 9.88 | 51.82 |
| Tue 6/02 | | | 6:22AM | | 7:00PM | | | | | 12.63 | 64.45 |
| Wed 6/03 | | | 6:22AM | | 6:55PM | | | | | 12.55 | 77.0 |
| Thu 6/04 | | | 6:28AM | | 6:16PM | | | | | 12.3 | 89.3 |
| Fri 6/05 | VACATION | 8.0 | | | | | | | | 8.0 | 97.3 |
| Sat 6/06 | | | | | | | | | | | 97.3 |

**Audits**

| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
|------|------|------|---------|----------|--------|-----------|----------|---------|-----------|-----------|------|-------------|
| 5/24/2015 - 6/06/2015 | | Timecard Approval by Employee | | | | | | | 6/05/2015 | 9:05PM (GMT -05:00) Eastern Time | Blandon, Dodd:170.14 6.39.167:Broakhaven, MS. | Time & Attendance |
| 5/24/2015 - 6/06/2015 | | Timecard Approval by Manager | | | | | | | 6/08/2015 | 12:45PM (GMT -05:00) Eastern Time | 107128 - Helton, Cheryl E:eetd2.adp .com:216.82 .243.88 | Group Edits |
| 5/24/2015 - 6/06/2015 | | Timecard Approval by Manager | | | | | | | 6/08/2015 | 1:03PM (GMT -05:00) Eastern Time | 102067 - Leggins, Kimetra N:eetd2.adp .com:66.0.2 2.34 | Group Edits |
| 6/06/2015 | | Sign-off | | | | | | | 6/08/2015 | 3:37PM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L:eetd2.adp. com:216.82. 243.88 | Group Edits |

1 of 1                                                                    5/24/2018, 7:36 AM





**332-0001**

*DELTA SANITATION OF MISSISSIPPI*
*2101 W. STATE ROAD 434*
*SUITE 315*
*LONGWOOD, FL 32779*

## Earnings   Statement

ADP

Period  Beginning:  06/07/2015
Period  Ending:  06/20/2015
Pay  Date:  06/26/2015

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:     2
MS:          2, $0.00 Yearly Exemption,Spouse   Not
             Employed

DODD BLANDON
800 MAGEE DRIVE APT  212
P.O. BOX  3262
BROOKHAVEN  MS 39603

| Earnings | rate | hours | this period | year  to  date |
|---|---|---|---|---|
| Regular | 80.00 | 1,233.22 | 17,317.77 | |
| Overtime | 22.78 | 136.89 | 1,468.96 | |
| Bereavement | | | 270.00 | |
| Bonus | | | 500.00 | |
| Holiday | | | 270.00 | |
| Sick | | | 272.02 | |
| Vacation | | | 274.04 | |
| **Gross Pay** | | **$1,370.11** | 20,372.79 | |

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income  Tax | -51.43 | 989.43 |
| | Social  Security  Tax | -72.32 | 1,098.93 |
| | Medicare  Tax | -16.91 | 257.01 |
| | MS  State  Income  Tax | -47.00 | 743.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 173.81 |
| | Pop  Dental | -10.53* | 136.89 |
| | Pop  Medical | -189.51* | 2,463.63 |
| | Vision  Pre  Tax | -3.66* | 47.58 |
| | 401K Pre-Tx | -13.70* | 198.73 |
| | **Net Pay** | **$951.68** | |
| | Checking | -951.68 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages

Your  federal  taxable  wages  this  period  are
$1,152.71
Your  MS  taxable  wages  this  period  are
$1,152.71

| Other  Benefits  and Information | this period | total  to  date |
|---|---|---|
| Daily  Rate | | 137.02 |
| Days  Wkrd  Wk 1 | | 4.00 |
| Days  Wkrd  Wk 2 | | 5.00 |
| Days  Worked | | 9.00 |
| Ytd  401K  Match | | 99.48 |
| 401K  Match | | 6.86 |

© 2000 ADP, LLC

*DELTA  SANITATION  OF MISSISSIPPI*
*2101 W.  STATE  ROAD 434*
*SUITE 315*
*LONGWOOD ,  FL  32779*

Advice number:     00000260266
Pay  date:         06/26/2015

Deposited   to the account  of
DODD  BLANDON

| account  number | transit  ABA | amount |
|---|---|---|
| xxxxxxxxxxxxx | xxxx  xxxx | $951.68 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

https://eetd2.adp.com/101lx8pstatic/applications/navigator/html5/em...

Blandon, Dodd                106659                6/07/2015 - 6/20/2015, Selected
                                                   Range of Dates

**1 Employee(s) Selected**

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|------|----------|--------|-----|----------|-----|-----|----------|-----|----------|-------|--------|
| Sun 6/07 | | | | | | | | | | | |
| Mon 6/08 | | | 9:26AM | | 5:12PM | | | | | 10.77 | 10.77 |
| Tue 6/09 | | | 6:30AM | | 8:20PM | | | | | 13.83 | 24.6 |
| Wed 6/10 | | | 6:34AM | | 7:50PM | | | | | 13.27 | 37.87 |
| Thu 6/11 | | | | | | | | | | | 37.87 |
| Fri 6/12 | | | 6:22AM | | 2:24PM | | | | | 8.03 | 45.9 |
| Sat 6/13 | | | | | | | | | | | 45.9 |
| Sun 6/14 | | | | | | | | | | | 45.9 |
| Mon 6/15 | | | 6:22AM | | 4:00PM | | | | | 9.63 | 55.53 |
| Tue 6/16 | | | 6:30AM | | 7:40PM | | | | | 13.17 | 68.7 |
| Wed 6/17 | | | 6:28AM | | 8:31PM | | | | | 14.05 | 82.75 |
| Thu 6/18 | | | 6:20AM | | 5:46PM | | | | | 11.43 | 94.18 |
| Fri 6/19 | | | 6:27AM | | 3:03PM | | | | | 8.6 | 102.78 |
| Sat 6/20 | | | | | | | | | | | 102.78 |

**Audits**

| | | | Approvals/Sign-offs | | | | | | | | | |

| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
|------|------|------|---------|----------|--------|-----------|----------|---------|-----------|-----------|------|-------------|
| 6/07/2015 - 6/20/2015 | | Timecard Approval by Employee | | | | | | | 6/19/2015 | 4:03PM (GMT -05:00) Eastern Time | Blandon, Dodd:17034 6.33.167:Brookhaven, MS | Time & Attendance |
| 6/07/2015 - 6/20/2015 | | Timecard Approval by Manager | | | | | | | 6/22/2015 | 1:07PM (GMT -05:00) Eastern Time | 107128 - Hellon, Cheryl f3:eetd2.adp .com:216.82 .243.84 | Group Edits |
| 6/07/2015 - 6/20/2015 | | Timecard Approval by Manager | | | | | | | 6/22/2015 | 1:58PM (GMT -05:00) Eastern Time | 102087 - Leggins, Kimetra N:eetd2.adp .com:66.0.2 2.74 | Group Edits |
| 6/20/2015 | | Sign-off | | | | | | | 6/22/2015 | 3:02PM (GMT -05:00) Eastern Time | ?a:a:213 - Collier, Sherri L:eetd2.adp. com:216.82. 243.84 | Group Edits |

1 of 1                                                                                  5/24/2018, 7:36 AM





387-0001

**DELTA SANITATION OF MISSISSIPPI**
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

**Earnings Statement**

| | |
|---|---|
| Period Beginning: | 06/21/2015 |
| Period Ending: | 07/04/2015 |
| Pay Date: | 07/10/2015 |

Taxable Marital Status:  Married
Exemptions/Allowances:
Federal:      2
MS:           2, $0.00 Yearly Exemption,Spouse  Not
              Employed

DODD BLANDON
800 MAGEE DRIVE APT 212
P.O. BOX 3262
BROOKHAVEN MS 39603

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 80.00 | 959.17 | 18,276.94 |
| Overtime | 10.92 | | 59.76 | 1,528.72 |
| Holiday | | 8.00 | 137.02 | 407.02 |
| Vacation | | 24.00 | 411.07 | 685.11 |
| Bereavement | | | | 270.00 |
| Bonus | | | | 500.00 |
| Sick | | | | 272.02 |
| **Gross Pay** | | | **$1,567.02** | 21,939.81 |

Your federal taxable wages this period are
$1,269.30
Your MS taxable wages this period are
$1,289.30

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -63.09 | 1,052.52 |
| | Social Security Tax | -84.53 | 1,183.46 |
| | Medicare Tax | -19.77 | 276.78 |
| | MS State Income Tax | -53.00 | 796.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 187.18 |
| | Pop Dental | -10.53* | 147.42 |
| | Pop Medical | -189.51* | 2,653.14 |
| | Vision Pre Tax | -3.66* | 51.24 |
| | 401K Pre-Tx | -94.02* | 292.75 |
| | **Net Pay** | | **$1,035.54** |
| | Checking | -1,035.54 | |
| | **Net Check** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Daily Rate | | 137.02 |
| Days Wkrd Wk 1 | | 4.00 |
| Days Wkrd Wk 2 | | 3.00 |
| Days Worked | | 7.00 |
| Holidays | | 1.00 |
| Vacation Days | | 3.00 |
| Ytd 401K Match | | 130.83 |
| 401K Match | | 31.35 |

* Excluded from federal taxable wages

© 2000 ADP, LLC

**DELTA SANITATION OF MISSISSIPPI**
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD , FL 32779

| | |
|---|---|
| Advice number: | 00000280309 |
| Pay date: | 07/10/2015 |

Deposited to the account of
DODD BLANDON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx | xxxx xxxx | $1,035.54 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

https://eetd2.adp.com/101lx8pstatic/applications/navigator/html5/em...

| Blandon, Dodd | | 106659 | | | 6/21/2015 – 7/04/2015, Selected |
Range of Dates

**1 Employee(s) Selected**

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sun 6/21 | | | | | | | | | | | |
| Mon 6/22 | | | 6:30AM | | 4:08PM | | | | | 9.63 | 9.63 |
| Tue 6/23 | | | 6:30AM | | 9:19PM | | | | | 14.82 | 24.45 |
| Wed 6/24 | | | 6:30AM | | 7:15PM | | | | | 12.75 | 37.2 |
| Thu 6/25 | | | 6:30AM | | 6:09PM | | | | | 11.65 | 48.85 |
| Fri 6/26 | VACATION | 8.0 | | | | | | | | 8.0 | 56.85 |
| Sat 6/27 | | | | | | | | | | | 56.85 |
| Sun 6/28 | | | | | | | | | | | 56.85 |
| Mon 6/29 | | | 6:30AM | | 8:14PM | | | | | 13.73 | 70.58 |
| Tue 6/30 | | | 6:30AM | | 7:30PM | | | | | 13.0 | 83.58 |
| Wed 7/01 | | | 6:30AM | | 9:50PM | | | | | 15.33 | 98.92 |
| Thu 7/02 | VACATION | 8.0 | | | | | | | | 8.0 | 106.92 |
| Fri 7/03 | VACATION | 8.0 | | | | | | | | 8.0 | 114.92 |
| Sat 7/04 | Independence Day | 8.0 | | | | | | | | 8.0 | 122.92 |

**Audits**

| Audits | | | | Approvals/Sign-offs | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
| 6/21/2015 - 7/04/2015 | | Timecard Approval by Employee | | | | | | | 7/06/2015 | 11:34AM (GMT -05:00) Eastern Time | Blandon, Dodd:17034 6.39.167;Bra okhaven, MS | Time & Attendance |
| 6/21/2015 - 7/04/2015 | | Timecard Approval by Manager | | | | | | | 7/06/2015 | 12:01PM (GMT -05:00) Eastern Time | 107128 - Holton, Cheryl B:eetd2.adp .com:216.82 .243.88 | Group Edits |
| 6/21/2015 - 7/04/2015 | | Timecard Approval by Manager | | | | | | | 7/06/2015 | 1:27PM (GMT -05:00) Eastern Time | 102087 - Loggins, Kimetra N:eetd2.adp .com:66.0.2 .34 | Group Edits |
| 7/04/2015 | | Sign-off | | | | | | | 7/06/2015 | 3:12PM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L:eetd2.adp. com:216.82. 243.88 | Group Edits |

I of I

5/24/2018, 7:36 AM

6:19-cv-02420-WWB-GJK 000076





**DELTA SANITATION OF MISSISSIPPI**
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

## Earnings Statement

Period Beginning: 07/05/2015
Period Ending: 07/18/2015
Pay Date: 07/24/2015

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 2
MS: 2, $0.00 Yearly Exemption,Spouse Not Employed

DODD BLANDON
800 MAGEE DRIVE APT 212
P.O. BOX 3262
BROOKHAVEN MS 39603

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 76.77 | | 1,096.19 | 19,373.13 |
| Overtime | 14.85 | | 92.74 | 1,521.46 |
| Bereavement | | | | 270.00 |
| Bonus | | | | 500.00 |
| Holiday | | | | 407.02 |
| Sick | | | | 272.02 |
| Vacation | | | | 685.11 |
| Gross Pay | | | $1,188.93 | 23,128.74 |

Your MS taxable wages this period are $913.90

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Daily Rate | | 137.02 |
| Days Wkrd Wk 1 | | 3.00 |
| Days Wkrd Wk 2 | | 5.00 |
| Days Worked | | 8.00 |
| Ytd 401K Match | | 154.61 |
| 401K Match | | 23.78 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -27.55 | 1,080.07 |
| | Social Security Tax | -61.08 | 1,244.54 |
| | Medicare Tax | -14.28 | 291.06 |
| | MS State Income Tax | -36.00 | 832.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 200.55 |
| | Pop Dental | -10.53* | 157.95 |
| | Pop Medical | -189.51* | 2,842.65 |
| | Vision Pre Tax | -3.66* | 54.90 |
| | 401K Pre-Tx | -71.33* | 364.08 |
| | Net Pay | | $761.62 |
| | Checking | -761.62 | |
| | Net Check | | $0.00 |

* Excluded from federal taxable wages
Your federal taxable wages this period are $913.90



DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

Advice number:  00000300315
Pay date:  07/24/2015

Deposited to the account of
DODD BLANDON

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxx | xxxx xxxx | $761.62 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

https://eetd2.adp.com/101lx8pstatic/applications/navigator/html5/em...

**Blandon, Dodd**        106659        7/05/2015 - 7/18/2015, Selected
Range of Dates

**1 Employee(s) Selected**

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|------|----------|--------|----|----------|-----|----|----------|-----|----------|-------|--------|
| Sun 7/05 | | | | | | | | | | | . |
| Mon 7/06 | | | | | | | | | | | . |
| Tue 7/07 | | | 6:28AM | | 4:06PM | | | | | 9.63 | 9.63 |
| Wed 7/08 | | | 6:29AM | | 10:25PM | | | | | 15.93 | 25.57 |
| Thu 7/09 | | | | | | | | | | | 25.57 |
| Fri 7/10 | | | 6:31AM | | 5:43PM | | | | | 11.2 | 36.77 |
| Sat 7/11 | | | | | | | | | | | 36.77 |
| Sun 7/12 | | | | | | | | | | | 36.77 |
| Mon 7/13 | | | 6:24AM | | 4:05PM | | | | | 9.68 | 46.45 |
| Tue 7/14 | | | 6:27AM | | 6:51PM | | | | | 12.4 | 58.85 |
| Wed 7/15 | | | 6:29AM | | 9:00PM | | | | | 14.52 | 73.37 |
| Thu 7/16 | | | 6:29AM | | 3:30PM | | | | | 9.02 | 82.38 |
| Fri 7/17 | | | 6:26AM | | 3:40PM | | | | | 9.23 | 91.62 |
| Sat 7/18 | | | | | | | | | | | 91.62 |

**Audits**

Audits

Approvals/Sign-offs

| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
|------|------|------|---------|----------|--------|-----------|----------|---------|-----------|-----------|------|-------------|
| 7/05/2015 - 7/18/2015 | | Timecard Approval by Employee | | | | | | | 7/17/2015 | 9:30PM (GMT -05:00) Eastern Time | Blandon, Dodd:17014 6.39.167:Brookhaven, MS | Time & Attendance |
| 7/05/2015 - 7/18/2015 | | Timecard Approval by Manager | | | | | | | 7/20/2015 | 2:47PM (GMT -05:00) Eastern Time | 107128 - Helton, Cheryl B:eetd2.adp.com:216.82.243.84 | Group Edits |
| 7/05/2015 - 7/18/2015 | | Timecard Approval by Manager | | | | | | | 7/20/2015 | 3:04PM (GMT -05:00) Eastern Time | 102087 - Leggins, Kimetra N:eetd2.adp.com:66.0.2.34 | Group Edits |
| 7/18/2015 | | Sign-off | | | | | | | 7/20/2015 | 3:56PM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L:eetd2.adp.com:216.82.243.84 | Group Edits |

**6:19-cv-02420-WWB-GJK 000077**





381-0001

**Earnings   Statement**   

DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

| | |
|---|---|
| Period Beginning: | 07/19/2015 |
| Period Ending: | 08/01/2015 |
| Pay Date: | 08/07/2015 |

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:    2
MS:         2, $0.00 Yearly Exemption,Spouse   Not
            Employed

DODD BLANDON
800 MAGEE DRIVE APT 212
P.O. BOX 3252
BROOKHAVEN MS 39603

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 80.00 | 1,233.22 | | 20,606.35 |
| Overtime | 21.41 | 131.29 | | 1,752.75 |
| Bereavement | | | | 270.00 |
| Bonus | | | | 500.00 |
| Holiday | | | | 407.02 |
| Sick | | | | 272.02 |
| Vacation | | | | 685.11 |
| Gross Pay | | | $1,364.51 | 24,493.25 |

Your federal taxable wages this period are
$1,062.95
Your MS taxable wages this period are
$1,062.95

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -42.45 | 1,122.52 |
| | Social Security Tax | -70.98 | 1,315.52 |
| | Medicare Tax | -16.60 | 307.66 |
| | MS State Income Tax | -43.00 | 875.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 213.92 |
| | Pop Dental | -20.93* | 178.88 |
| | Pop Medical | -195.09* | 3,037.74 |
| | Vision Pre Tax | -3.67* | 58.57 |
| | 401K Pre-Tx | -81.87* | 445.95 |
| | Net Pay | | $876.55 |
| | Checking | -876.55 | |
| | Net Check | | $0.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Daily Rate | | 137.02 |
| Days Wkrd Wk 1 | | 5.00 |
| Days Wkrd Wk 2 | | 4.00 |
| Days Worked | | 9.00 |
| Ytd 401K Match | | 181.90 |
| 401K Match | | 27.29 |

* Excluded from federal taxable wages

© 2000, ADP, Inc.



DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD , FL   32779

| | |
|---|---|
| Advice number: | 00000320308 |
| Pay date: | 08/07/2015 |

Deposited  to the account  of
DODD BLANDON

| account number | transit  ABA | amount |
|---|---|---|
| xxxxxxxxx | xxxx  xxxx | $876.55 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

https://eetd2.adp.com/101lx8pstatic/applications/navigator/html5/em...

**Blandon, Dodd**          106659                    7/19/2015 - 8/01/2015, Selected
                                                     Range of Dates

1 Employee(s) Selected

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|------|----------|--------|-----|----------|-----|-----|----------|-----|----------|-------|--------|
| Sun 7/19 | | | | | | | | | | | |
| Mon 7/20 | | | 6:31AM | | 4:20PM | | | | | 9.82 | 9.82 |
| Tue 7/21 | | | 6:27AM | | 5:35PM | | | | | 11.13 | 20.95 |
| Wed 7/22 | | | 6:35AM | | 8:30PM | | | | | 13.92 | 34.87 |
| Thu 7/23 | | | 6:28AM | | 5:53PM | | | | | 11.42 | 46.28 |
| Fri 7/24 | | | 6:30AM | | 3:12PM | | | | | 8.7 | 54.98 |
| Sat 7/25 | | | | | | | | | | | 54.98 |
| Sun 7/26 | | | | | | | | | | | 54.98 |
| Mon 7/27 | | | 6:26AM | | 4:14PM | | | | | 9.8 | 64.78 |
| Tue 7/28 | | | 6:27AM | | 8:20PM | | | | | 13.88 | 78.67 |
| Wed 7/29 | | | 6:30AM | | 6:10PM | | | | | 11.67 | 90.33 |
| Thu 7/30 | | | 6:30AM | | 5:35PM | | | | | 11.08 | 101.42 |
| Fri 7/31 | | | | | | | | | | | 101.42 |
| Sat 8/01 | | | | | | | | | | | 101.42 |

**Audits**

Audits

Approvals/Sign-offs

| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
|------|------|------|---------|----------|--------|-----------|----------|---------|-----------|-----------|------|-------------|
| 7/19/2015 - 8/01/2015 | | Timecard Approval by Employee | | | | | | | 7/31/2015 | 10:21AM (GMT -05:00) Eastern Time | Blandon, Dodd:170.14 6.39.167:9ro okhavon, MS | Time & Attendance |
| 7/19/2015 - 8/01/2015 | | Timecard Approval by Manager | | | | | | | 8/03/2015 | 10:08AM (GMT -05:00) Eastern Time | 107128 - Hellen, Cheryl 8:eetd2.adp .com:216.82 .243.84 | Group Edits |
| 7/19/2015 - 8/01/2015 | | Timecard Approval by Manager | | | | | | | 8/03/2015 | 12:50PM (GMT -05:00) Eastern Time | 102087 - Leggins, Kimalra N:eetd2.adp .com:66.0.2 .2.34 | Group Edits |
| 8/01/2015 | | Sign-off | | | | | | | 8/03/2015 | 3:21PM (GMT -05:00) Eastern Time | 103213 - Collar, Sherri L:eetd2.adp. com:216.82. 243.84 | Group Edits |

1 of 1

6:19-cv-02420-WWB-GJK 000078





379-0001

DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

## Earnings   Statement

Period Beginning:   08/02/2015
Period Ending:      08/15/2015
Pay Date:           08/21/2015

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:      2
  MS:           2, $0.00 Yearly Exemption,Spouse   Not
                Employed

DODD BLANDON
800 MAGEE DRIVE APT 212
P.O. BOX 3262
BROOKHAVEN MS 39603

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 79.72 | 1,233.22 | | 21,839.57 |
| Overtime | 18.76 | 109.37 | | 1,862.12 |
| Bereavement | | | | 270.00 |
| Bonus | | | | 500.00 |
| Holiday | | | | 407.02 |
| Sick | | | | 272.02 |
| Vacation | | | | 685.11 |
| Gross Pay | | | $1,342.59 | 25,835.84 |

Your federal taxable wages this period are
$1,042.34
Your MS taxable wages this period are
$1,042.34

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -40.39 | 1,152.91 |
| | Social Security Tax | -69.62 | 1,385.14 |
| | Medicare Tax | -16.28 | 323.94 |
| | MS State Income Tax | -42.00 | 917.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 227.29 |
| | Pop Dental | -20.93* | 199.81 |
| | Pop Medical | -195.09* | 3,232.83 |
| | Vision Pre Tax | -3.67* | 62.24 |
| | 401K Pre-Tx | -80.56* | 526.51 |
| | Net Pay | | $860.68 |
| | Checking | | -860.68 |
| | Net Check | | $0.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Daily Rate | | 137.02 |
| Days Wkrd Wk 1 | | 5.00 |
| Days Wkrd Wk 2 | | 4.00 |
| Days Worked | | 9.00 |
| Ytd 401K Match | | 208.75 |
| 401K Match | | 26.85 |

* Excluded from federal taxable wages

© 2000 ADP, LLC



DELTA SANITATION  OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD , FL  32779

Advice number:    00000340309
Pay date:         08/21/2015

Deposited  to the account  of
DODD BLANDON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx | xxxx xxxx | $860.68 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

https://eetd2.adp.com/101lx8pstatic/applications/navigator/html5/em...

| Blandon, Dodd | 106659 | 8/02/2015 - 8/15/2015, Selected Range of Dates |
|---|---|---|

1 Employee(s) Selected

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sun 8/02 | | | | | | | | | | | |
| Mon 8/03 | | | 6:28AM | | 4:55PM | | | | | 10.45 | 10.45 |
| Tue 8/04 | | | 6:28AM | | 7:42PM | | | | | 13.23 | 23.68 |
| Wed 8/05 | | | 6:31AM | | 8:10PM | | | | | 13.65 | 37.33 |
| Thu 8/06 | | | 6:30AM | | 6:30PM | | | | | 12.0 | 49.33 |
| Fri 8/07 | | | 6:26AM | | 3:52PM | | | | | 9.43 | 58.77 |
| Sat 8/08 | | | | | | | | | | | 58.77 |
| Sun 8/09 | | | | | | | | | | | 58.77 |
| Mon 8/10 | | | | | | | | | | | 58.77 |
| Tue 8/11 | | | 6:26AM | | 5:30PM | | | | | 11.07 | 69.83 |
| Wed 8/12 | | | 6:24AM | | 6:18PM | | | | | 11.9 | 81.73 |
| Thu 8/13 | | | 6:31AM | | 3:00PM | | | | | 8.48 | 90.22 |
| Fri 8/14 | | | 6:27AM | | 2:43PM | | | | | 8.27 | 98.48 |
| Sat 8/15 | | | | | | | | | | | 98.48 |

## Audits

| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | Approvals/Sign-offs | | | | | | | |
| 8/02/2015 - 8/15/2015 | | Timecard Approval by Employee | | | | | | | 8/14/2015 | 3:55PM (GMT -05:00) Eastern Time | Blandon, Dodd.17014 6.39167:brookhaven, MS | Time & Attendance |
| 8/02/2015 - 8/15/2015 | | Timecard Approval by Manager | | | | | | | 8/17/2015 | 11:26AM (GMT -05:00) Eastern Time | 107128 - Hallon, Cheryl fseetd2.adp .com:216.82 .243.84 | Group Edits |
| 8/02/2015 - 8/15/2015 | | Timecard Approval by Manager | | | | | | | 8/17/2015 | 12:57PM (GMT -05:00) Eastern Time | 102087 - Lagglox, Kimeua Nseetd2.adp .com:66.0.2 2.34 | Group Edits |
| 8/15/2015 | | Sign-off | | | | | | | 8/17/2015 | 1:40PM (GMT -05:00) Eastern Time | 103213 - Collier, Sharri Lseetd2.adp. com:216.82. 243.84 | Group Edits |

1 of 1

5/24/2018, 7:38 AM

6:19-cv-02420-WWB-GJK 000079





368-0001

**DELTA SANITATION OF MISSISSIPPI**
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

## Earnings   Statement

Period Beginning:    08/16/2015
Period Ending:       08/29/2015
Pay Date:            09/04/2015

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:      2
  MS:           2, $0.00 Yearly Exemption,Spouse  Not
                Employed

DODD BLANDON
800  MAGEE DRIVE APT 212
P.O. BOX 3262
BROOKHAVEN MS 39603

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 80.00 | 1,370.24 | 23,209.81 |
| Overtime | 23.17 | 153.86 | 2,015.98 |
| Bereavement | | | 270.00 |
| Bonus | | | 500.00 |
| Holiday | | | 407.02 |
| Sick | | | 272.02 |
| Vacation | | | 685.11 |
| Gross Pay | | | $1,524.10 | 27,359.94 |

Your federal taxable wages this period are
$1,212.96

Your MS taxable wages this period are
$1,212.96

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -57.45 | 1,220.36 |
| | Social Security Tax | -80.87 | 1,466.01 |
| | Medicare Tax | -18.92 | 342.86 |
| | MS State Income Tax | -50.00 | 967.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 240.66 |
| | Pop Dental | -20.93* | 220.74 |
| | Pop Medical | -195.09* | 3,427.92 |
| | Vision Pre Tax | -3.67* | 65.91 |
| | 401K Pre-Tx | -91.45* | 617.96 |
| | **Net Pay** | | $992.35 |
| | Checking | -992.35 | |
| | **Net Check** | | $0.00 |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Daily Rate | | 137.02 |
| Days Wkrd Wk 1 | | 5.00 |
| Days Wkrd Wk 2 | | 5.00 |
| Days Worked | | 10.00 |
| Ytd 401K Match | | 239.24 |
| 401K Match | | 30.49 |

* Excluded from federal taxable wages

©2000 ADP, LLC



DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL  32779

Advice number:    00000360305
Pay date:         09/04/2015

Deposited to the account of
DODD BLANDON

| | account number | transit  ABA | amount |
|---|---|---|---|
| | xxxxxxxxx | xxxx  xxxx | $992.35 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

https://eetd2.adp.com/101lx8pstatic/applications/navigator/html5/em...

| Blandon, Dodd | 106659 | 8/16/2015 - 8/29/2015, Selected Range of Dates |
|---|---|---|

**1 Employee(s) Selected**

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sun 8/16 | | | | | | | | | | | |
| Mon 8/17 | | | 6:30AM | | 3:00PM | | | | | 8.5 | 8.5 |
| Tue 8/18 | | | 6:30AM | | 8:01PM | | | | | 13.52 | 22.02 |
| Wed 8/19 | | | 6:26AM | | 5:38PM | | | | | 11.2 | 33.22 |
| Thu 8/20 | | | 6:28AM | | 5:30PM | | | | | 11.03 | 44.25 |
| Fri 8/21 | | | 6:27AM | | 2:00PM | | | | | 7.55 | 51.8 |
| Sat 8/22 | | | | | | | | | | | 51.8 |
| Sun 8/23 | | | | | | | | | | | 51.8 |
| Mon 8/24 | | | 6:27AM | | 3:24PM | | | | | 8.95 | 60.75 |
| Tue 8/25 | | | 6:27AM | | 5:22PM | | | | | 10.92 | 71.67 |
| Wed 8/26 | | | 6:28AM | | 7:09PM | | | | | 12.68 | 84.35 |
| Thu 8/27 | | | 6:27AM | | 5:33PM | | | | | 11.1 | 95.45 |
| Fri 8/28 | | | 6:30AM | | 2:13PM | | | | | 7.72 | 103.17 |
| Sat 8/29 | | | | | | | | | | | 103.17 |

**Audits**

| Audits | | | | | | | | | Approvals/Sign-offs | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
| 8/16/2015 - 8/29/2015 | | Timecard Approval by Employee | | | | | | | 8/28/2015 | 3:14PM (GMT -05:00) Eastern Time | Blandon, Dodd:17014 6.39.167::Brookhaven, MS | Time & Attendance |
| 8/16/2015 - 8/29/2015 | | Timecard Approval by Manager | | | | | | | 8/31/2015 | 10:14AM (GMT -05:00) Eastern Time | 107128 - Wells, Cheryl E:eetd2.adp .com::216.82 .243.87 | Group Edits |
| 8/16/2015 - 8/29/2015 | | Timecard Approval by Manager | | | | | | | 8/31/2015 | 12:22PM (GMT -05:00) Eastern Time | 102087 - Leggins, Kimeira N:eetd2.adp .com::66.0.2 2.34 | Group Edits |
| 8/29/2015 | | Sign-off | | | | | | | 8/31/2015 | 2:22PM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L:eetd2.adp. com::216.82. 243.87 | Group Edits |

1 of 1

5/24/2018, 7:39 AM



**Earnings   Statement**



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|---|---|---|---|---|
| EXE | 1000889 | 005000 | 6108 | 0000300312 |

374-0001

DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

Period Beginning: 08/30/2015
Period Ending: 09/12/2015
Pay Date: 09/18/2015

Taxable Marital Status:  Married
Exemptions/Allowances:
Federal: 2
MS: 2, $0.00 Yearly Exemption,Spouse  Not
Employed

DODD BLANDON
800 MAGEE DRIVE APT 212
, P.O. BOX 3262
BROOKHAVEN MS 39603

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 80.00 | 1,233.21 | 24,443.02 |
| Overtime | 16.30 | 105.95 | 2,121.93 |
| Holiday | 8.00 | 137.02 | 544.04 |
| Sick | 8.00 | 137.02 | 409.04 |
| Bereavement | | | 270.00 |
| Bonus | | | 500.00 |
| Vacation | | | 685.11 |
| **Gross Pay** | | **$31,843.20** | 28,973.14 |

Your federal taxable wages this period are
$1,296.72
Your MS taxable wages this period are
$1,296.72

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -65.83 | 1,286.19 |
| | Social Security Tax | -86.40 | 1,552.41 |
| | Medicare Tax | -20.20 | 363.06 |
| | MS State Income Tax | -55.00 | 1,022.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 254.03 |
| | Pop Dental | -20.93* | 241.67 |
| | Pop Medical | -199.09* | 3,623.01 |
| | Vision Pre Tax | -3.67* | 69.58 |
| | 401K Pre-Tx | -96.79* | 714.75 |
| | **Net Pay** | **$1,055.92** | |
| | Checking | -1,055.92 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Daily Rate | | 137.02 |
| Days Wkrd Wk 1 | | 4.00 |
| Days Wkrd Wk 2 | | 5.00 |
| Days Worked | | 9.00 |
| Holidays | | 1.00 |
| Sick Days | | 1.00 |
| Ytd 401K Match | | 271.51 |
| 401K Match | | 32.27 |

* Excluded from federal taxable wages

© 2000 ADP, Inc.



DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

Advice number: 00000380312
Pay date: 09/18/2015

Deposited to the account of
DODD BLANDON

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxx | xxxx  xxxx | $1,055.92 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

https://ectd2.adp.com/101lx8pstatic/applications/navigator/html5/em...

Blandon, Dodd                          106659                    8/30/2015 - 9/12/2015, Selected
                                                                 Range of Dates

**1 Employee(s) Selected**

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|------|----------|--------|-----|----------|-----|-----|----------|-----|----------|-------|--------|
| Sun 8/30 | | | | | | | | | | | |
| Mon 8/31 | | | 6:27AM | | 5:30PM | | | | | 11.05 | 11.05 |
| Tue 9/01 | SICK | 8.0 | | | | | | | | 8.0 | 19.05 |
| Wed 9/02 | | | 6:22AM | | 8:08PM | | | | | 13.77 | 32.82 |
| Thu 9/03 | | | 6:29AM | | 6:21PM | | | | | 11.87 | 44.68 |
| Fri 9/04 | | | 6:26AM | | 3:16PM | | | | | 8.83 | 53.52 |
| Sat 9/05 | | | | | | | | | | | 53.52 |
| Sun 9/06 | | | | | | | | | | | 53.52 |
| Mon 9/07 | Labor Day | 8.0 | | | | | | | | | |
| | | | 6:29AM | | 1:49PM | | | | | 15.33 | 66.85 |
| Tue 9/08 | | | 6:24AM | | 7:01PM | | | | | 12.62 | 81.47 |
| Wed 9/09 | | | 6:25AM | | 7:14PM | | | | | 12.82 | 94.28 |
| Thu 9/10 | | | 6:25AM | | 4:42PM | | | | | 10.28 | 104.57 |
| Fri 9/11 | | | 6:27AM | | 2:11PM | | | | | 7.73 | 112.3 |
| Sat 9/12 | | | | | | | | | | | 112.3 |

**Audits**

Audits                          Approvals/Sign-offs

| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
|------|------|------|---------|----------|--------|-----------|----------|---------|-----------|-----------|------|-------------|
| 8/30/2015 - 9/12/2015 | | Timecard Approval by Employee | | | | | | | 9/11/2015 | 3:15PM (GMT -05:00) Eastern Time | Blandon, Dodd:170.14 6.39.107:bro okhaven, MS | Time & Attendance |
| 8/30/2015 - 9/12/2015 | | Timecard Approval by Manager | | | | | | | 9/14/2015 | 10:44AM (GMT -05:00) Eastern Time | 107128 - Wells, Cheryl B:eetd2.adp .com:216.82 .243.84 | Group Edits |
| 8/30/2015 - 9/12/2015 | | Timecard Approval by Manager | | | | | | | 9/14/2015 | 12:00PM (GMT -05:00) Eastern Time | 102087 - Leggins, Kimetra N:eetd2.adp .com:66.0.2 2.34 | Group Edits |
| 9/12/2015 | | Sign-off | | | | | | | 9/14/2015 | 1:21PM (GMT -05:00) Eastern Time | 103213 - Collier, Sheril L:eetd2.adp .com:216.82. 243.84 | Group Edits |

6:19-cv-02420-WWB-GJK 000081




369-0001

**DELTA SANITATION OF MISSISSIPPI**
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

Taxable Marital Status: Married
Exemptions/Allowances:
Federal:       2
MS:            2, $0.00 Yearly Exemption,Spouse Not
               Employed

## Earnings   Statement

Period Beginning:    09/13/2015
Period Ending:       09/26/2015
Pay Date:            10/02/2015

DODD BLANDON
800 MAGEE DRIVE APT 212
P.O. BOX 3262
BROOKHAVEN MS 39603

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | | 80.00 | 1,233.22 | 25,676.24 |
| Overtime | | 16.11 | 104.72 | 2,226.65 |
| Bereavement | | | | 270.00 |
| Bonus | | | | 500.00 |
| Holiday | | | | 544.04 |
| Sick | | | | 409.04 |
| Vacation | | | | 685.11 |
| Gross Pay | | | $1,337.94 | 30,311.08 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -39.95 | 1,326.14 |
| | Social Security Tax | -69.33 | 1,621.74 |
| | Medicare Tax | -16.22 | 379.28 |
| | MS State Income Tax | -42.00 | 1,064.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 267.40 |
| | Pop Dental | -20.93* | 262.60 |
| | Pop Medical | -195.09* | 3,818.10 |
| | Vision Pre Tax | -3.67* | 73.25 |
| | 401K Pre-Tx | -80.20* | 795.03 |
| | Net Pay | | $857.10 |
| | Checking | -857.10 | |
| | Net Check | | $0.00 |

Your federal taxable wages this period are
$1,037.97
Your MS taxable wages this period are
$1,037.97

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Daily Rate | | 137.02 |
| Days Wkrd Wk 1 | | 5.00 |
| Days Wkrd Wk 2 | | 4.00 |
| Days Worked | | 9.00 |
| Ytd 401K Match | | 298.27 |
| 401K Match | | 26.76 |

* Excluded from federal taxable wages

© 2001 ADP, LLC



**DELTA SANITATION OF MISSISSIPPI**
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

Advice number:    00000400302
Pay date:         10/02/2015

Deposited to the account of
DODD BLANDON

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxxxxxx | xxxx xxxx | $857.10 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

https://ectd2.adp.com/1011x8pstatic/applications/navigator/html5/em...

Blandon, Dodd            106659            9/13/2015 - 9/26/2015, Selected
                                          Range of Dates

**1 Employee(s) Selected**

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|------|----------|--------|-----|----------|-----|-----|----------|-----|----------|-------|--------|
| Sun 9/13 | | | | | | | | | | | |
| Mon 9/14 | | | 6:26AM | | 3:01PM | | | | | 8.58 | 8.58 |
| Tue 9/15 | | | 6:27AM | | 4:48PM | | | | | 10.35 | 18.93 |
| Wed 9/16 | | | 6:26AM | | 6:27PM | | | | | 12.02 | 30.95 |
| Thu 9/17 | | | 6:27AM | | 5:40PM | | | | | 11.22 | 42.17 |
| Fri 9/18 | | | 6:27AM | | 4:01PM | | | | | 9.57 | 51.73 |
| Sat 9/19 | | | | | | | | | | | 51.73 |
| Sun 9/20 | | | | | | | | | | | 51.73 |
| Mon 9/21 | | | 6:27AM | | 3:00PM | | | | | 8.55 | 60.28 |
| Tue 9/22 | | | 6:29AM | | 4:35PM | | | | | 10.1 | 70.38 |
| Wed 9/23 | | | 6:28AM | | 6:08PM | | | | | 11.67 | 82.05 |
| Thu 9/24 | | | 6:23AM | | 8:26PM | | | | | 14.05 | 96.1 |
| Fri 9/25 | | | | | | | | | | | 96.1 |
| Sat 9/26 | | | | | | | | | | | 96.1 |

**Audits**

| Audits | | | | Approvals/Sign-offs | | | | | | | | |
|--------|--|--|--|--|--|--|--|--|--|--|--|--|
| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
| 9/13/2015 - 9/26/2015 | | Timecard Approval by Employee | | | | | | | 9/28/2015 | 8:11AM (GMT -05:00) Eastern Time | Blandon, Dodd:17034 6.39.187:Brookhaven, MS | Time & Attendance |
| 9/13/2015 - 9/26/2015 | | Timecard Approval by Manager | | | | | | | 9/28/2015 | 10:38AM (GMT -05:00) Eastern Time | 107128 - Wells, Cheryl l:eetd2.adp.com:216.8 2.241.35 | Group Edits |
| 9/13/2015 - 9/26/2015 | | Timecard Approval by Manager | | | | | | | 9/28/2015 | 11:42AM (GMT -05:00) Eastern Time | 109130 - Reid, Patrice l:eetd2.adp.com:216.8 2.241.35 | Group Edits |
| 9/13/2015 - 9/26/2015 | | Timecard Approval by Manager | | | | | | | 9/28/2015 | 12:30PM (GMT -05:00) Eastern Time | 102087 - Loggins, Kimetra Neetd2.adp.com:66.0.2 2.34 | Group Edits |
| 9/13/2015 - 9/26/2015 | | Timecard Approval by Manager | | | | | | | 9/28/2015 | 2:11PM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri l:eetd2.adp.com:216.82 .241.35 | Group Edits |
| 9/26/2015 | | Sign-off | | | | | | | 9/28/2015 | 2:12PM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri l:eetd2.adp.com:216.82 .241.35 | Group Edits |

1 of 1                                                                          5/24/2018, 7:40 AM





388-0001

**DELTA SANITATION OF MISSISSIPPI**
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

## Earnings   Statement

ADP

Period Beginning: 09/27/2015
Period Ending: 10/10/2015
Pay Date: 10/16/2015

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 2
MS: 2, $0.00 Yearly Exemption,Spouse Not Employed

DODD BLANDON
800 MAGEE DRIVE APT 212
P.O. BOX 3262
BROOKHAVEN MS 39603

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 80.00 | 1,096.19 | 26,772.43 | |
| Overtime | 12.10 | 70.82 | 2,297.47 | |
| Bereavement | | | 270.00 | |
| Bonus | | | 500.00 | |
| Holiday | | | 544.04 | |
| Sick | | | 409.04 | |
| Vacation | | | 685.11 | |
| Gross Pay | | | $1,167.01 | 31,478.09 |

Your MS taxable wages this period are $877.30

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Daily Rate | | 137.02 |
| Days Wkrd Wk 1 | | 4.00 |
| Days Wkrd Wk 2 | | 4.00 |
| Days Worked | | 8.00 |
| Ytd 401K Match | | 321.61 |
| 401K Match | | 23.34 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -23.89 | 1,350.03 |
| | Social Security Tax | -58.74 | 1,680.48 |
| | Medicare Tax | -13.73 | 393.01 |
| | MS State Income Tax | -34.00 | 1,098.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 280.77 |
| | Pop Dental | -20.93* | 283.53 |
| | Pop Medical | -195.09* | 4,013.19 |
| | Vision Pre Tax | -3.67* | 76.92 |
| | 401K Pre-Tx | -70.02* | 865.05 |
| | Net Pay | $733.57 | |
| | Checking | -733.57 | |
| | Net Check | $0.00 | |

* Excluded from federal taxable wages
Your federal taxable wages this period are $877.30

© 2010 ADP, LLC



DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD , FL 32779

Advice number: 00000420316
Pay date: 10/16/2015

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| DODD BLANDON | xxxxxxxxx | xxxx xxxx | $733.57 |

## NON-NEGOTIABLE

https://eetd2.adp.com/1011x8pstatic/applications/navigator/html5/em...

Blandon, Dodd                    106659                    9/27/2015 - 10/10/2015, Selected
                                                           Range of Dates

1 Employee(s) Selected

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|------|----------|--------|-----|----------|-----|-----|----------|-----|----------|-------|--------|
| Sun 9/27 | | | | | | | | | | | |
| Mon 9/28 | | | 6:27AM | | 3:26PM | | | | | 8.98 | 8.98 |
| Tue 9/29 | | | 6:27AM | | 5:43PM | | | | | 11.27 | 20.25 |
| Wed 9/30 | | | 6:27AM | | 6:15PM | | | | | 11.8 | 32.05 |
| Thu 10/01 | | | 6:28AM | | 6:10PM | | | | | 11.7 | 43.75 |
| Fri 10/02 | | | | | | | | | | | 43.75 |
| Sat 10/03 | | | | | | | | | | | 43.75 |
| Sun 10/04 | | | | | | | | | | | 43.75 |
| Mon 10/05 | | | 6:26AM | | 4:04PM | | | | | 9.63 | 53.38 |
| Tue 10/06 | | | 6:27AM | | 8:16PM | | | | | 13.82 | 67.2 |
| Wed 10/07 | | | 6:25AM | | 7:32PM | | | | | 13.12 | 80.32 |
| Thu 10/08 | | | 6:23AM | | 6:10PM | | | | | 11.78 | 92.1 |
| Fri 10/09 | | | | | | | | | | | 92.1 |
| Sat 10/10 | | | | | | | | | | | 92.1 |

Audits

| Audits | | | Approvals/Sign-offs | | | | | | | | |
|--------|------|------|---------|----------|--------|-----------|----------|---------|-----------|-----------|------|
| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
| 9/27/2015 - 10/10/2015 | | Timecard Approval by Employee | | | | | | | 10/12/2015 | 7:27AM (GMT -05:00) Eastern Time | Blandon, Dodd:17014 6.39167@Br ookhaven, MS | Time & Attendance |
| 9/27/2015 - 10/10/2015 | | Timecard Approval by Manager | | | | | | | 10/12/2015 | 9:39AM (GMT -05:00) Eastern Time | 107128 - Wells, Cheryl B:eetd2.adp .com:216.8 2.243.88 | Group Edits |
| 9/27/2015 - 10/10/2015 | | Timecard Approval by Manager | | | | | | | 10/12/2015 | 11:22AM (GMT -05:00) Eastern Time | 109130 - Reld, Patricia C:eetd2.adp .com:216.8 2.243.88 | Group Edits |
| 9/27/2015 - 10/10/2015 | | Timecard Approval by Manager | | | | | | | 10/12/2015 | 12:25PM (GMT -05:00) Eastern Time | 102087 - Loggins, Klmetra N:eetd2.adp .com:66.0.2 2.34 | Group Edits |
| 10/10/2015 | | Sign-off | | | | | | | 10/12/2015 | 1:20PM (GMT -05:00) Eastern Time | 103213 - Cellar, Sheril L:eetd2.adp .com:216.82 .243.88 | Group Edits |

6:19-cv-02420-WWB-GJK 000083





381-0001

**DELTA SANITATION OF MISSISSIPPI**
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

## Earnings  Statement

Period  Beginning:     10/11/2015
Period  Ending:        10/24/2015
Pay  Date:             10/30/2015

Taxable Marital Status:     Married
Exemptions/Allowances:
Federal:            2
MS:                 2, $0.00 Yearly Exemption,Spouse  Not
                    Employed

DODD  BLANDON
800  MAGEE  DRIVE  APT  212
P.O.  BOX  3262
BROOKHAVEN  MS  39603

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 80.00 | 1,370.24 | 28,142.67 | |
| Overtime | 19.90 | 136.44 | 2,433.91 | |
| Bereavement | | | 270.00 | |
| Bonus | | | 500.00 | |
| Holiday | | | 544.04 | |
| Sick | | | 409.04 | |
| Vacation | | | 685.11 | |
| **Gross Pay** | | **$1,506.68** | 32,984.77 | |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income  Tax | -66.82 | 1,405.86 |
| | Social Security  Tax | -79.79 | 1,760.27 |
| | Medicare  Tax | -18.67 | 411.68 |
| | MS State Income  Tax | -50.00 | 1,148.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 294.14 |
| | Pop Dental | -20.93* | 304.46 |
| | Pop Medical | -195.09* | 4,208.28 |
| | Vision Pre Tax | -3.67* | 80.59 |
| | 401K Pre -Tx | -90.40* | 955.45 |
| | **Net Pay** | **$978.94** | |
| | Checking | -978.94 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$1,198.59
Your MS taxable wages this period are
$1,198.59

| Other Benefits  and Information | this period | total to date |
|---|---|---|
| Daily  Rate | | 137.02 |
| Days  Wkrd  Wk 1 | | 5.00 |
| Days  Wkrd  Wk 2 | | 5.00 |
| Days  Worked | | 10.00 |
| Yld 401K  Match | | 351.75 |
| 401K  Match | | 30.14 |

* Excluded from  federal taxable wages

© 2014 ADP, LLC



DELTA  SANITATION  OF MISSISSIPPI
2101 W. STATE  ROAD 434
SUITE 315
LONGWOOD , FL  32779

Advice  number:      00000440321
Pay  date:            10/30/2015

Deposited  to the account  of
DODD  BLANDON

| | account  number | transit  ABA | amount |
|---|---|---|---|
| | xxxxxxxx | xxxx  xxxx | $978.94 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

https://ectd2.adp.com/1011x8pstatic/applications/navigator/html5/em...

Blandon, Dodd                    106659                    10/11/2015 - 10/24/2015, Selected
                                                           Range of Dates

**1 Employee(s) Selected**

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|------|----------|--------|-----|----------|-----|-----|----------|-----|----------|-------|--------|
| Sun 10/11 | | | | | | | | | | | |
| Mon 10/12 | | | 6:26AM | | 3:10PM | | | | | 8.73 | 8.73 |
| Tue 10/13 | | | 6:27AM | | 3:30PM | | | | | 9.05 | 17.78 |
| Wed 10/14 | | | 6:26AM | | 5:30PM | | | | | 11.07 | 28.85 |
| Thu 10/15 | | | 6:28AM | | 5:42PM | | | | | 11.23 | 40.08 |
| Fri 10/16 | | | 6:22AM | | 3:50PM | | | | | 9.47 | 49.55 |
| Sat 10/17 | | | | | | | | | | | 49.55 |
| Sun 10/18 | | | | | | | | | | | 49.55 |
| Mon 10/19 | | | 6:20AM | | 4:11PM | | | | | 9.85 | 59.4 |
| Tue 10/20 | | | 6:16AM | | 5:00PM | | | | | 10.75 | 70.15 |
| Wed 10/21 | | | 6:26AM | | 6:52PM | | | | | 12.43 | 82.58 |
| Thu 10/22 | | | 6:20AM | | 4:26PM | | | | | 10.1 | 92.68 |
| Fri 10/23 | | | 6:17AM | | 1:30PM | | | | | 7.22 | 99.9 |
| Sat 10/24 | | | | | | | | | | | 99.9 |

**Audits**

Audits      Approvals/Sign-offs

| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
|------|------|------|---------|----------|--------|-----------|----------|---------|-----------|-----------|------|-------------|
| 10/11/2015 - 10/24/2015 | | Timecard Approval by Employee | | | | | | | 10/23/2015 | 2:30PM (GMT -05:00) Eastern Time | Blandon, Dodd:17014 6.39.167::Br ookhaven, MS | Time & Attendance |
| 10/11/2015 - 10/24/2015 | | Timecard Approval by Manager | | | | | | | 10/26/2015 | 9:27AM (GMT -05:00) Eastern Time | 107128 - Wells, Cheryl B:ectd2.adp .com::216.8 2.243.88 | Group Edits |
| 10/11/2015 - 10/24/2015 | | Timecard Approval by Manager | | | | | | | 10/26/2015 | 12:10PM (GMT -05:00) Eastern Time | 109130 - Reid, Patricia C:ectd2.adp .com::216.8 2.243.88 | Group Edits |
| 10/11/2015 - 10/24/2015 | | Timecard Approval by Manager | | | | | | | 10/26/2015 | 1:26PM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L:ectd2.adp. com::216.82 .243.88 | Group Edits |
| 10/24/2015 | | Sign-off | | | | | | | 10/26/2015 | 1:26PM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L:ectd2.adp. com::216.82 .243.88 | Group Edits |
| 10/24/2015 | | Sign-off Removed | | | | | | | 11/09/2015 | 4:11PM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L:ectd2.adp. com::216.82 .243.88 | Group Edits |
| 11/07/2015 | | Sign-off | | | | | | | 11/11/2015 | 4:45PM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L:ectd2.adp. com::216.82 .243.88 | Timecard Editor |

1 of 1

6:19-cv-02420-WWB-GJK 000084





| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|
| LDE | 000080 | 005000 | 6108 | 000046033D |

302-0001

**Earnings   Statement**

ADP

*DELTA SANITATION OF MISSISSIPPI*
*2101 W. STATE ROAD 434*
*SUITE 315*
*LONGWOOD, FL 32779*

Period Beginning:   10/25/2015
Period Ending:   11/07/2015
Pay Date:   11/13/2015

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:   2
MS:   2, $0.00 Yearly Exemption,Spouse   Not
Employed

DODD BLANDON
800 MAGEE DRIVE APT 212
P.O. BOX 3262
BROOKHAVEN MS 39603

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 79.20 | 1,096.20 | 29,238.87 | |
| Overtime | 2.12 | 13.78 | 2,447.70 | |
| Bereavement | | | 270.00 | |
| Bonus | | | 500.00 | |
| Holiday | | | 544.04 | |
| Sick | | | 409.04 | |
| Vacation | | | 685.11 | |
| **Gross Pay** | | **$1,100.98** | 34,094.76 | |

Your MS taxable wages this period are $823.70

**Other Benefits and**
**Information**   this period   total to date

| | this period | total to date |
|---|---|---|
| Daily Rate | | 137.02 |
| Days Wkrd Wk 1 | | 4.00 |
| Days Wkrd Wk 2 | | 4.00 |
| Days Worked | | 8.00 |
| Ytd 401K Match | | 373.95 |
| 401K Match | | 22.20 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -18.53 | 1,424.38 |
| | Social Security Tax | -55.20 | 1,815.47 |
| | Medicare Tax | -12.91 | 424.59 |
| | MS State Income Tax | -31.00 | 1,179.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 307.51 |
| | Pop Dental | -20.93* | 325.39 |
| | Pop Medical | -195.09* | 4,403.37 |
| | Vision Pre Tax | -3.67* | 84.26 |
| | 401K Pre-Tx | -66.60* | 1,022.05 |
| | **Net Pay** | **$692.69** | |
| | Checking | -692.69 | |
| | **Net Check** | **$0.00** | |

* Excluded from federal taxable wages
   Your federal taxable wages this period are $823.70

©2000 ADP, LLC



DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD , FL 32779

Advice number:   00000460328
Pay date:   11/13/2015

| Deposited to the account of | account number | transit ABA | amount |
|-----------------------------|----------------|-------------|--------|
| DODD BLANDON | xxxxxxxx | xxxx xxxx | $692.69 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

https://eetd2.adp.com/101lx8pstatic/applications/navigator/html5/em...

Blandon, Dodd     106G59     10/25/2015 - 11/07/2015, Selected
Range of Dates

**1 Employee(s) Selected**

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|------|----------|--------|-----|----------|-----|-----|----------|-----|----------|-------|--------|
| Sun 10/25 | | | | | | | | | | | |
| Mon 10/26 | | | | | | | | | | | |
| Tue 10/27 | | | 6:26AM | | 4:30PM | | | | | 10.07 | 10.07 |
| Wed 10/28 | | | 6:26AM | | 6:43PM | | | | | 12.28 | 22.35 |
| Thu 10/29 | | | 6:26AM | | 6:04PM | | | | | 11.63 | 33.98 |
| Fri 10/30 | | | 6:25AM | | 2:33PM | | | | | 8.13 | 42.12 |
| Sat 10/31 | | | | | | | | | | | 42.12 |
| Sun 11/01 | | | | | | | | | | | 42.12 |
| Mon 11/02 | | | 6:19AM | | 3:53PM | | | | | 9.57 | 51.68 |
| Tue 11/03 | | | 6:24AM | | 5:00PM 🏴 | | | | | 10.6 | 62.28 |
| Wed 11/04 | | | 6:18AM | | 6:00PM | | | | | 11.7 | 73.98 |
| Thu 11/05 | | | 6:19AM | | 4:42PM | | | | | 10.38 | 84.37 |
| Fri 11/06 | | | 6:27AM | | 2:00PM | | | | | 7.55 | 91.92 |
| Sat 11/07 | | | | | | | | | | | 91.92 |

**Audits**

Audits     Approvals/Sign-offs

| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
|------|------|------|---------|----------|--------|-----------|----------|---------|-----------|-----------|------|-------------|
| 10/25/2015 - 11/07/2015 | | Timecard Approval by Employee | | | | | | | 11/09/2015 | 7:30AM (GMT -05:00) Eastern Time | Blandon, Dodd#170.14 6.39.167:28/ ookhaven, MS | Time & Attendance |
| 10/25/2015 - 11/07/2015 | | Timecard Approval by Manager | | | | | | | 11/09/2015 | 9:42AM (GMT -05:00) Eastern Time | 107128 - Wells, Cheryl 8:eetd2.adp .com:216.8 2.243.88 | Group Edits |
| 10/25/2015 - 11/07/2015 | | Timecard Approval by Manager | | | | | | | 11/09/2015 | 11:00AM (GMT -05:00) Eastern Time | 109130 - Rold, Patricia C:eetd2.adp .com:216.8 2.243.88 | Group Edits |
| 10/25/2015 - 11/07/2015 | | Timecard Approval by Manager | | | | | | | 11/09/2015 | 1:08PM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L:eetd2.adp. com:216.82 .243.88 | Group Edits |
| 11/07/2015 | | Sign-off | | | | | | | 11/09/2015 | 1:09PM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L:eetd2.adp. com:216.82 .243.88 | Group Edits |
| 11/07/2015 | | Sign-off Removed | | | | | | | 11/09/2015 | 4:11PM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L:eetd2.adp. com:216.82 .243.88 | Group Edits |
| 11/07/2015 | | Sign-off | | | | | | | 11/09/2015 | 4:15PM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L:eetd2.adp. com:216.82 .243.88 | Group Edits |

5/24/2018, 7:41 AM

6:19-cv-02420-WWB-GJK 000085

https://eetd2.adp.com/101lx8pstatic/applications/navigator/html5/em...

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 11/07/2015 | Sign-off Removed | | | | | | 11/11/2015 | 4:34PM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L:eetd2.adp. com:216.82 .243.88 | Timecard Editor |
| 11/07/2015 | Sign-off | | | | | | 11/11/2015 | 4:34PM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L:eetd2.adp. com:216.82 .243.88 | Timecard Editor |
| 11/07/2015 | Sign-off Removed | | | | | | 11/11/2015 | 4:44PM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L:eetd2.adp. com:216.82 .243.88 | Timecard Editor |
| 11/07/2015 | Sign-off | | | | | | 11/11/2015 | 4:45PM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L:eetd2.adp. com:216.82 .243.88 | Timecard Editor |

5/24/2018, 7:41 AM

6:19-cv-02420-WWB-GJK 000086





410-0001

**Earnings   Statement**

ADP

DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

Period Beginning:   11/08/2015
Period Ending:   11/21/2015
Pay Date:   11/27/2015

Taxable Marital Status: Married
Exemptions/Allowances:
Federal:     2
MS:     2, $0.00 Yearly Exemption,Spouse   Not
Employed

DODD BLANDON
800 MAGEE DRIVE APT 212
P.O. BOX 3262
BROOKHAVEN MS 39603

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 80.00 | 1,233.22 | 30,472.09 |
| Overtime | | 18.76 | 117.93 | 2,565.63 |
| Sick | | 8.00 | 137.02 | 546.06 |
| Bereavement | | | | 270.00 |
| Bonus | | | | 500.00 |
| Holiday | | | | 544.04 |
| Vacation | | | | 685.11 |
| **Gross Pay** | | | **$1,488.17** | 35,582.93 |

Your federal taxable wages this period are
$1,179.19
Your MS taxable wages this period are
$1,179.19

| Deductions | Statutory | | | |
|---|---|---|---|---|
| | Federal Income Tax | -54.08 | | 1,478.46 |
| | Social Security Tax | -78.64 | | 1,894.11 |
| | Medicare Tax | -18.39 | | 442.98 |
| | MS State Income Tax | -49.00 | | 1,228.00 |
| | **Other** | | | |
| | CI Accident | -13.37 | | 320.88 |
| | Pop Dental | -20.93* | | 346.32 |
| | Pop Medical | -195.09* | | 4,598.46 |
| | Vision Pre Tax | -3.67* | | 87.93 |
| | 401K Pre -Tx | -89.29* | | 1,111.34 |
| | **Net Pay** | | **$965.71** | |
| | Checking | -965.71 | | |
| | **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Daily Rate | | 137.02 |
| Days Wkrd Wk 1 | | 5.00 |
| Days Wkrd Wk 2 | | 4.00 |
| Days Worked | | 9.00 |
| Sick Days | | 1.00 |
| Ytd 401K Match | | 403.72 |
| 401K Match | | 29.77 |

* Excluded from federal taxable wages

© 2000 ADP, Inc.

DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD , FL  32779

Advice number:   00000480354
Pay date:   11/27/2015

Deposited to the account of
DODD BLANDON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxxxx | xxxx xxxx | $965.71 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

6:19-cv-02420-WWB-GJK 000022

https://ectd2.adp.com/101lx8pstatic/applications/navigator/html5/em...

Blandon, Dodd                     106659                    11/08/2015 - 11/21/2015, Selected
                                                            Range of Dates

**1 Employee(s) Selected**

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Dally | Period |
|------|----------|--------|-----|----------|-----|-----|----------|-----|----------|-------|--------|
| Sun 11/08 | | | | | | | | | | | |
| Mon 11/09 | | | 6:23AM | | 2:42PM | | | | | 8.32 | 8.32 |
| Tue 11/10 | | | 6:21AM | | 5:00PM | | | | | 10.65 | 18.97 |
| Wed 11/11 | | | 6:24AM | | 5:34PM | | | | | 11.17 | 30.13 |
| Thu 11/12 | | | 6:18AM | | 6:00PM | | | | | 11.7 | 41.83 |
| Fri 11/13 | | | 6:23AM | | 2:40PM | | | | | 8.28 | 50.12 |
| Sat 11/14 | | | | | | | | | | | 50.12 |
| Sun 11/15 | | | | | | | | | | | 50.12 |
| Mon 11/16 | | | 6:18AM | | 5:34PM | | | | | 11.27 | 61.38 |
| Tue 11/17 | | | 6:14AM | | 7:00PM | | | | | 12.77 | 74.15 |
| Wed 11/18 | | | 6:21AM | | 8:21PM | | | | | 14.0 | 88.15 |
| Thu 11/19 | | | 6:29AM | | 5:07PM | | | | | 10.63 | 98.78 |
| Fri 11/20 | SICK | 8.0 | | | | | | | | 8.0 | 106.78 |
| Sat 11/21 | | | | | | | | | | | 106.78 |

**Audits**

| Audits | | | | | Approvals/Sign-offs | | | | | | | |
|--------|------|------|---------|----------|--------|-----------|----------|---------|-----------|-----------|------|----------------|
| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
| 11/08/2015 - 11/21/2015 | | Timecard Approval by Manager | | | | | | | 11/22/2015 | 11:08AM (GMT -05:00) Eastern Time | 107128 - Wells, Cheryl Lceetd2.adp .com:216.82 .243.88 | Group Edits |
| 11/08/2015 - 11/21/2015 | | Timecard Approval by Manager | | | | | | | 11/23/2015 | 8:33AM (GMT -05:00) Eastern Time | 109130 - Reid, Patricia Lceetd2.adp .com:216.82 .243.88 | Group Edits |
| 11/08/2015 - 11/21/2015 | | Timecard Approval by Manager | | | | | | | 11/23/2015 | 10:35AM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri Lceetd2.adp. com:66.0.2 .34 | Group Edits |
| 11/21/2015 | | Sign-off | | | | | | | 11/23/2015 | 10:39AM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri Lceetd2.adp. com:66.0.2 .34 | Group Edits |

1 of 1

5/24/2018, 7:42 AM





COL FILE DEPT CLOCK VCHR NO
LOE 000606 000000 8108 000000355 2

411-0001

*DELTA SANITATION OF MISSISSIPPI*
*2101 W. STATE ROAD 434*
*SUITE 315*
*LONGWOOD, FL 32779*

**Earnings   Statement**

Period Beginning:   11/08/2015
Period Ending:      11/21/2015
Pay Date:           11/27/2015

Taxable Marital Status:  Married
Exemptions/Allowances:
Federal:   2
MS:        2, $0.00 Yearly Exemption,Spouse   Not
           Employed

DODD BLANDON
800  MAGEE  DRIVE  APT  212
P.O. BOX 3282
BROOKHAVEN MS 39603

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Retro | | | 204.39 | 204.39 |
| Regular | | | | 30,472.09 |
| Overtime | | | | 2,565.63 |
| Bereavement | | | | 270.00 |
| Bonus | | | | 500.00 |
| Holiday | | | | 544.04 |
| Sick | | | | 546.06 |
| Vacation | | | | 685.11 |
| **Gross Pay** | | | **$204.39** | 35,787.32 |

Your federal taxable wages this period are $192.13
Your MS taxable wages this period are $192.13

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Daily Rate | | 274.04 |
| Days Wkrd Wk 1 | | 5.00 |
| Days Wkrd Wk 2 | | 4.00 |
| Days Worked | | 9.00 |
| Sick Days | | 1.00 |
| Ytd 401K Match | | 407.81 |
| 401K Match | | 33.86 |

| Deductions | | | |
|---|---|---|---|
| **Statutory** | | | |
| Social Security Tax | -12.68 | | 1,906.79 |
| Medicare Tax | -2.96 | | 445.94 |
| MS State Income Tax | -3.00 | | 1,231.00 |
| Federal Income Tax | | | 1,478.46 |
| **Other** | | | |
| 401K Pre-Tx | -12.26* | | 1,123.60 |
| CI Accident | | | 320.88 |
| Pop Dental | | | 346.32 |
| Pop Medical | | | 4,598.46 |
| Vision Pre Tax | | | 87.93 |
| **Net Pay** | | | **$173.49** |
| Checking | -173.49 | | |
| **Net Check** | | | **$0.00** |

* Excluded from federal taxable wages



DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

Advice number:   00000480355
Pay date:        11/27/2015

Deposited  to the account of
DODD BLANDON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxx | xxxx xxxx | $173.49 |

*THIS IS NOT A CHECK*

**NON-NEGOTIABLE**





742-0001

**Earnings   Statement**

DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

| | |
|---|---|
| Period Beginning: | 11/22/2015 |
| Period Ending: | 12/05/2015 |
| Pay Date: | 12/11/2015 |

Taxable Marital Status:   Married
Exemptions/Allowances:
　Federal:　　2
　MS:　　2, $0.00 Yearly Exemption,Spouse  Not
　　　　　Employed

DODD BLANDON
800 MAGEE DRIVE APT 212
P.O. BOX 3262
BROOKHAVEN MS 39603

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 40.00 | | 685.12 | 31,157.21 |
| Overtime | 10.70 | | 72.30 | 2,637.93 |
| Holiday | 8.00 | | 137.02 | 681.05 |
| Vacation | 40.00 | | 685.12 | 1,370.23 |
| Bereavement | | | | 270.00 |
| Bonus | | | | 500.00 |
| Retro | | | | 204.39 |
| Sick | | | | 546.06 |
| **Gross Pay** | | | **$1,579.56** | 37,366.88 |

Your federal taxable wages this period are
$1,265.10
Your MS taxable wages this period are
$1,265.10

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -62.67 | 1,541.13 |
| | Social Security Tax | -84.31 | 1,991.10 |
| | Medicare Tax | -19.72 | 465.66 |
| | MS State Income Tax | -53.00 | 1,284.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 334.25 |
| | Pop Dental | -20.93* | 367.25 |
| | Pop Medical | -195.09* | 4,793.55 |
| | Vision Pre Tax | -3.67* | 91.60 |
| | 401K Pre-Tx | -94.77* | 1,218.37 |
| | **Net Pay** | | **$1,032.03** |
| | Checking | -1,032.03 | |
| | **Net Check** | | **$0.00** |

Other Benefits and
Information

| | this period | total to date |
|---|---|---|
| Daily Rate | | 137.02 |
| Days Wkrd Wk 2 | | 5.00 |
| Days Worked | | 5.00 |
| Holidays | | 1.00 |
| Vacation Days | | 5.00 |
| Ytd 401K Match | | 439.40 |
| 401K Match | | 31.59 |

* Excluded from federal taxable wages

© 2015 ADP, LLC



DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL  32779

| | | |
|---|---|---|
| Advice number: | 00000500353 | |
| Pay date: | 12/11/2015 | |

Deposited  to the account  of

| | account number | transit  ABA | amount |
|---|---|---|---|
| DODD BLANDON | XXXXXXXXX XXXX | XXXX  XXXX | $1,032.03 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

https://eetd2.adp.com/101lx8pstatic/applications/navigator/html5/em...

**Blandon, Dodd**          106659          11/22/2015 - 12/05/2015, Selected
Range of Dates

1 Employee(s) Selected

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|------|----------|--------|-----|----------|-----|-----|----------|-----|----------|-------|--------|
| Sun 11/22 | | | | | | | | | | | |
| Mon 11/23 | VACATION | 8.0 | | | | | | | | 8.0 | 8.0 |
| Tue 11/24 | VACATION | 8.0 | | | | | | | | 8.0 | 16.0 |
| Wed 11/25 | VACATION | 8.0 | | | | | | | | 8.0 | 24.0 |
| Thu 11/26 | Thanksgivin g Day | 8.0 | | | | | | | | 16.0 | 40.0 |
| | VACATION | 8.0 | | | | | | | | | |
| Fri 11/27 | VACATION | 8.0 | | | | | | | | 8.0 | 48.0 |
| Sat 11/28 | | | | | | | | | | | 48.0 |
| Sun 11/29 | | | | | | | | | | | 48.0 |
| Mon 11/30 | | | 6:20AM | | 5:00PM | | | | | 10.67 | 58.67 |
| Tue 12/01 | | | 6:23AM | | 6:42PM | | | | | 12.32 | 70.98 |
| Wed 12/02 | | | 6:22AM | | 7:07PM | | | | | 12.75 | 83.73 |
| Thu 12/03 | | | 6:26AM | | 2:00PM | | | | | 7.57 | 91.3 |
| Fri 12/04 | | | 6:26AM | | 1:50PM | | | | | 7.4 | 98.7 |
| Sat 12/05 | | | | | | | | | | | 98.7 |

Audits

Audits

Approvals/Sign-offs

| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
|------|------|------|---------|----------|--------|-----------|----------|---------|-----------|-----------|------|-------------|
| 11/22/2015 - 12/05/2015 | | Timecard Approval by Manager | | | | | | | 12/05/2015 | 9:36PM (GMT -05:00) Eastern Time | 107128 - Wells, Cheryl Eeetd2.adp .com:216.82 .243.88 | Group Edits |
| 11/22/2015 - 12/05/2015 | | Timecard Approval by Manager | | | | | | | 12/07/2015 | 10:57AM (GMT -05:00) Eastern Time | 109130 - Reid, Patricia Czeetd2.adp .com:216.82 .243.84 | Group Edits |
| 11/22/2015 - 12/05/2015 | | Timecard Approval by Manager | | | | | | | 12/07/2015 | 12:21PM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri Leeetd2.adp. com:216.82. 243.84 | Group Edits |
| 12/05/2015 | | Sign-off | | | | | | | 12/07/2015 | 12:22PM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri Leeetd2.adp. com:216.82. 243.84 | Group Edits |

5/24/2018, 7:42 AM

6:19-cv-02420-WWB-GJK 000088





420-0001

**Earnings   Statement**

**ADP**

*DELTA SANITATION OF MISSISSIPPI*
*2101 W. STATE ROAD 434*
*SUITE 315*
*LONGWOOD, FL 32779*

| Period Beginning: | 12/06/2015 |
|---|---|
| Period Ending: | 12/19/2015 |
| Pay Date: | 12/24/2015 |

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:        2
  MS:             2, $0.00 Yearly Exemption,Spouse  Not
                  Employed

DODD BLANDON
800  MAGEE DRIVE APT 212
P.O. BOX 3262
BROOKHAVEN  MS 39603

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 80.00 | 1,507.27 | 32,664.48 |
| Overtime | 23.30 | 171.19 | 2,809.12 |
| Bereavement | | | | 270.00 |
| Bonus | | | | 500.00 |
| Holiday | | | | 681.06 |
| Retro | | | | 204.39 |
| Sick | | | | 546.06 |
| Vacation | | | | 1,370.23 |
| **Gross Pay** | | | **$1,678.46** | 39,045.34 |

Your federal taxable wages this period are
$1,358.06
Your MS taxable wages this period are
$1,358.06

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Daily Rate | | 137.02 |
| Days Wkrd Wk 1 | 6.00 | |
| Days Wkrd Wk 2 | 5.00 | |
| Days Worked | 11.00 | |
| Ytd 401K Match | | 472.97 |
| 401K Match | | 33.57 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -72.46 | 1,613.59 |
| | Social Security Tax | -90.44 | 2,081.54 |
| | Medicare Tax | -21.15 | 486.81 |
| | MS State Income Tax | -58.00 | 1,342.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 347.62 |
| | Pop Dental | -20.93* | 388.18 |
| | Pop Medical | -195.09* | 4,988.64 |
| | Vision Pre Tax | -3.67* | 95.27 |
| | 401K Pre -Tx | -100.71* | 1,319.08 |
| | **Net Pay** | | **$1,102.84** |
| | Checking | -1,102.64 | |
| | **Net Check** | | **$0.00** |

* Excluded from federal taxable wages

© 2010 ADP, LLC



*DELTA SANITATION OF MISSISSIPPI*
*2101 W. STATE ROAD 434*
*SUITE 315*
*LONGWOOD , FL   32779*

| Advice number: | 00000520382 |
|---|---|
| Pay date: | 12/24/2015 |

THIS IS NOT A CHECK

| Deposited to the account of | account number | transit ABA | amount |
|---|---|---|---|
| DODD BLANDON | xxxxxxxx | xxxx  xxxx | $1,102.64 |

**NON-NEGOTIABLE**

https://eetd2.adp.com/101lx8pstatic/applications/navigator/html5/em...

Blandon, Dodd                    106659                    12/06/2015 - 12/19/2015, Selected
                                                           Range of Dates

**1 Employee(s) Selected**

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|------|----------|--------|-----|----------|-----|-----|----------|-----|----------|-------|--------|
| Sun 12/06 | | | | | | | | | | | |
| Mon 12/07 | | | 8:23AM | | 2:38PM | | | | | 8.25 | 8.25 |
| Tue 12/08 | | | 6:25AM | | 5:02PM | | | | | 10.62 | 18.87 |
| Wed 12/09 | | | 6:30AM | | 5:05PM | | | | | 10.6 | 29.47 |
| Thu 12/10 | | | 6:27AM | | 5:11PM | | | | | 10.73 | 40.2 |
| Fri 12/11 | | | 6:28AM | | 2:18PM | | | | | 7.85 | 48.05 |
| Sat 12/12 | | | 11:34AM | | 5:30PM | | | | | 5.93 | 53.98 |
| Sun 12/13 | | | | | | | | | | | 53.98 |
| Mon 12/14 | | | 6:25AM | | 2:39PM | | | | | 8.23 | 62.22 |
| Tue 12/15 | | | 6:25AM | | 5:21PM | | | | | 10.93 | 73.15 |
| Wed 12/16 | | | 6:25AM | | 6:12PM | | | | | 11.78 | 84.93 |
| Thu 12/17 | | | 6:26AM | | 5:00PM | | | | | 10.57 | 95.5 |
| Fri 12/18 | | | 6:27AM | | 2:16PM | | | | | 7.8 | 103.3 |
| Sat 12/19 | | | | | | | | | | | 103.3 |

**Audits**

| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
|------|------|------|---------|----------|--------|-----------|----------|---------|-----------|-----------|------|-------------|
| 12/06/2015 - 12/19/2015 | | Timecard Approval by Manager | | | | | | | 12/20/2015 | 1:52PM (GMT -05:00) Eastern Time | 107128 - Wells, Cheryl B.eetd2.adp .com:216.82 .243.84 | Group Edits |
| 12/06/2015 - 12/19/2015 | | Timecard Approval by Manager | | | | | | | 12/20/2015 | 9:50PM (GMT -05:00) Eastern Time | 109130 - Reid, Patricia C.eetd2.adp .com:216.82 .243.87 | Group Edits |
| 12/06/2015 - 12/19/2015 | | Timecard Approval by Manager | | | | | | | 12/21/2015 | 10:45AM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L.eetd2.adp. com:216.82. 241.35 | Group Edits |
| 12/19/2015 | | Sign-off | | | | | | | 12/21/2015 | 10:46AM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L.eetd2.adp. com:216.82. 241.35 | Group Edits |

1 of 1                                                                              5/24/2018, 7:43 AM





**DELTA SANITATION OF MISSISSIPPI**
*2101 W. STATE ROAD 434*
*SUITE 315*
*LONGWOOD, FL 32779*

**Earnings   Statement**

Period Beginning:    12/20/2015
Period Ending:       01/02/2016
Pay Date:            01/08/2016

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:      2
MS:           2, $0.00 Yearly Exemption,Spouse   Not
              Employed

DODD BLANDON
800 MAGEE DRIVE APT 212
P.O. BOX 3262
BROOKHAVEN MS 39603

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 80.00 | 1,370.24 | 1,370.24 |
| Overtime | 11.58 | 85.56 | 85.56 |
| Holiday | 16.00 | 274.04 | 274.04 |
| **Gross Pay** | | | **$1,729.84** | 1,729.84 |

| Deductions | Statutory | this period | year to date |
|------------|-----------|-------------|--------------|
| | Federal Income Tax | -79.22 | 79.22 |
| | Social Security Tax | -93.63 | 93.63 |
| | Medicare Tax | -21.90 | 21.90 |
| | MS State Income Tax | -60.00 | 60.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 13.37 |
| | Pop Dental | -20.93* | 20.93 |
| | Pop Medical | -195.09* | 195.09 |
| | Vision Pre Tax | -3.67* | 3.67 |
| | 401K Pre -Tx | -103.80* | 103.80 |
| | **Net Pay** | | **$1,138.23** |
| | Checking | -1,138.23 | |
| | **Net Check** | | **$0.00** |

Your MS taxable wages this period are
$1,406.35

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Daily Rate | | 137.02 |
| Days Wkrd Wk 1 | | 5.00 |
| Days Wkrd Wk 2 | | 5.00 |
| Days Worked | | 10.00 |
| Holidays | | 2.00 |
| Ytd 401K Match | | 34.59 |
| 401K Match | | 34.59 |

\* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,406.35

© 2001 ADP, Inc.



**DELTA SANITATION OF MISSISSIPPI**
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL  32779

Advice number:     0000001035B
Pay date:          01/08/2016

Deposited to the account of
DODD BLANDON

| account number | transit ABA | amount |
|----------------|-------------|--------|
| xxxxxxxx | xxxx xxxx | $1,138.23 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

https://ectd2.adp.com/101lx8pstatic/applications/navigator/html5/em...

**Blandon, Dodd**          106659                    12/20/2015 - 1/02/2016, Selected
                                                     Range of Dates

1 Employee(s) Selected

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|------|----------|--------|-----|----------|-----|-----|----------|-----|----------|-------|--------|
| Sun 12/20 | | | | | | | | | | | |
| Mon 12/21 | | | 8:29AM | | 3:11PM | | | | | 8.7 | 8.7 |
| Tue 12/22 | | | 6:24AM | | 5:00PM | | | | | 10.6 | 19.3 |
| Wed 12/23 | | | 6:24AM | | 5:43PM | | | | | 11.32 | 30.62 |
| Thu 12/24 | | | 6:24AM | | 4:47PM | | | | | 10.38 | 41.0 |
| Fri 12/25 | Christmas Day | 8.0 | | | | | | | | 8.0 | 49.0 |
| Sat 12/26 | | | 6:23AM | | 1:07PM | | | | | 6.73 | 55.73 |
| Sun 12/27 | | | | | | | | | | | 55.73 |
| Mon 12/28 | | | 6:25AM | | 4:22PM | | | | | 9.95 | 65.68 |
| Tue 12/29 | | | 6:29AM | | 2:11PM | | | | | 7.7 | 73.38 |
| Wed 12/30 | | | 6:27AM | | 8:34PM | | | | | 12.12 | 85.5 |
| Thu 12/31 | | | 6:28AM | | 2:52PM | | | | | 8.4 | 93.9 |
| Fri 1/01 | New Year's Day | 8.0 | 8:28AM | | 12:10PM | | | | | 13.68 | 107.58 |
| Sat 1/02 | | | | | | | | | | | 107.58 |

Audits

Audits                                      Approvals/Sign-offs

| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
|------|------|------|---------|----------|--------|-----------|----------|---------|-----------|-----------|------|-------------|
| 12/20/2015 - 1/02/2016 | | Timecard Approval by Manager | | | | | | | 1/04/2016 | 9:15AM (GMT -05:00) Eastern Time | 107128 - Wells, Cheryl B:ectd2.adp.com:216.82.243.87 | Group Edits |
| 12/20/2015 - 1/02/2016 | | Timecard Approval by Manager | | | | | | | 1/04/2016 | 12:18PM (GMT -05:00) Eastern Time | 109130 - Reid, Patricia C:ectd2.adp.com:216.82.243.87 | Group Edits |
| 1/02/2016 | | Sign-off | | | | | | | 1/04/2016 | 1:54PM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L:ectd2.adp.com:216.82.243.87 | Group Edits |

6:19-cv-02420-WWB-GJK 000090

  

## Earnings Statement

 

439-0001

DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

| | |
|---|---|
| Period Beginning: | 01/03/2016 |
| Period Ending: | 01/16/2016 |
| Pay Date: | 01/22/2016 |

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:        2
MS:             2, $0.00 Yearly Exemption,Spouse   Not
                Employed

DODD BLANDON
800 MAGEE DRIVE APT 212
P.O. BOX 3262
BROOKHAVEN MS 39603

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 71.97 | 1,096.19 | 2,466.43 |
| Overtime | | 16.58 | 100.38 | 185.94 |
| Bonus | | | 250.00 | 250.00 |
| Sick | | 8.00 | 137.02 | 137.02 |
| Vacation | | 8.00 | 137.02 | 137.02 |
| Holiday | | | | 274.04 |
| **Gross Pay** | | | **$1,720.61** | 3,450.45 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -80.17 | 159.39 |
| | Social Security Tax | -93.06 | 186.69 |
| | Medicare Tax | -21.76 | 43.65 |
| | MS State Income Tax | -60.00 | 120.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 26.74 |
| | Pop Dental | -20.93* | 41.86 |
| | Pop Medical | -195.09* | 390.18 |
| | Vision Pre Tax | -3.67* | 7.34 |
| | 401K Pre -Tx | -88.23* | 192.03 |
| | **Net Pay** | | **$1,144.33** |
| | Checking | -1,144.33 | |
| | **Net Check** | | **$0.00** |

* Excluded from federal taxable wages

Your federal taxable wages this period are
$1,412.69
Your MS taxable wages this period are
$1,412.69

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Daily Rate | | 137.02 |
| Days Wkrd Wk 1 | | 3.00 |
| Days Wkrd Wk 2 | | 5.00 |
| Days Worked | | 8.00 |
| Sick Days | | 1.00 |
| Vacation Days | | 1.00 |
| Ytd 401K Match | | 64.00 |
| 401K Match | | 29.41 |

8 per 407, LLT

DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD , FL  32779

| | |
|---|---|
| Advice number: | 00000030380 |
| Pay date: | 01/22/2016 |

| Deposited  to the account  of | account  number | transit  ABA | amount |
|---|---|---|---|
| DODD BLANDON | xxxxxxxx | xxxx  xxxx | $1,144.33 |

THIS IS NOT A CHECK

### NON-NEGOTIABLE

https://cctd2.adp.com/101lx8pstatic/applications/navigator/html5/em...

**Blandon, Dodd**     106659     1/03/2016 - 1/16/2016, Selected
Range of Dates

**1 Employee(s) Selected**

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|------|----------|--------|-----|----------|-----|-----|----------|-----|----------|-------|--------|
| Sun 1/03 | | | | | | | | | | | |
| Mon 1/04 | SICK | 8.0 | | | | | | | | 8.0 | 8.0 |
| Tue 1/05 | VACATION | 8.0 | | | | | | | | 8.0 | 16.0 |
| Wed 1/06 | | | 6:16AM | | 7:28PM | | | | | 13.2 | 29.2 |
| Thu 1/07 | | | 6:26AM | | 7:00PM | | | | | 12.57 | 41.77 |
| Fri 1/08 | | | 6:24AM | | 12:36PM | | | | | 6.2 | 47.97 |
| Sat 1/09 | BONUS5 | $250.00 | | | | | | | | | 47.97 |
| Sun 1/10 | | | | | | | | | | | 47.97 |
| Mon 1/11 | | | 6:13AM | | 4:33PM | | | | | 10.33 | 58.3 |
| Tue 1/12 | | | 6:22AM | | 6:48PM | | | | | 12.43 | 70.73 |
| Wed 1/13 | | | 6:20AM | | 7:25PM | | | | | 12.95 | 83.68 |
| Thu 1/14 | | | 6:18AM | | 7:19PM | | | | | 13.02 | 96.7 |
| Fri 1/15 | | | 6:18AM | | 2:09PM | | | | | 7.85 | 104.55 |
| Sat 1/16 | | | | | | | | | | | 104.55 |

**Audits**

| | Audits | | | | Approvals/Sign-offs | | | | | | |
|------|------|------|---------|----------|--------|-----------|----------|---------|-----------|-----------|-------------|
| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
| 1/03/2016 - 1/16/2016 | | Timecard Approval by Employee | | | | | | | 1/15/2016 | 3:10PM (GMT -05:00) Eastern Time | Blandon, Dodd:17014 6.39.167::Br ookhaven, MS | Time & Attendance |
| 1/03/2016 - 1/16/2016 | | Timecard Approval by Manager | | | | | | | 1/17/2016 | 10:34PM (GMT -05:00) Eastern Time | 107128 - Wells, Cheryl E:cctd2.adp .com::216.8 2.243.87 | Group Edits |
| 1/03/2016 - 1/16/2016 | | Timecard Approval by Manager | | | | | | | 1/18/2016 | 9:57AM (GMT -05:00) Eastern Time | 109130 - Reid, Patricia C:cctd2.adp .com::216.8 2.243.87 | Group Edits |
| 1/03/2016 - 1/16/2016 | | Timecard Approval by Manager | | | | | | | 1/18/2016 | 10:58AM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L:cctd2.adp. com::216.82 .243.87 | Group Edits |
| 1/16/2016 | | Sign-off | | | | | | | 1/18/2016 | 11:55AM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L:cctd2.adp. com::216.82 .243.87 | Group Edits |

5/24/2018, 7:44 AM

6:19-cv-02420-WWB-GJK 000091



| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
| LXE | 000688 | 055001.010B | 0000050364 | |

423-0001

**DELTA SANITATION OF MISSISSIPPI**
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779



## Earnings    Statement

Period Beginning:     01/17/2016
Period Ending:        01/30/2016
Pay Date:             02/05/2016

DODD BLANDON
800 MAGEE DRIVE APT 212
P.O. BOX 3262
BROOKHAVEN  MS 39603

Taxable Marital Status:   Married
Exemptions/Allowances:
    Federal:    2
    MS:         2, $0.00 Yearly Exemption,Spouse   Not
                Employed

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 80.00 | 1,233.22 | | 3,699.65 |
| Overtime | 12.78 | 85.77 | | 271.71 |
| Bonus | | | | 250.00 |
| Holiday | | | | 274.04 |
| Sick | | | | 137.02 |
| Vacation | | | | 137.02 |
| **Gross Pay** | | | **$1,318.99** | 4,769.44 |

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -37.98 | 197.37 |
| | Social Security Tax | -68.15 | 254.84 |
| | Medicare Tax | -15.94 | 59.60 |
| | MS State Income Tax | -41.00 | 161.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 40.11 |
| | Pop Dental | -20.93* | 62.79 |
| | Pop Medical | -195.09* | 585.27 |
| | Vision Pre Tax | -3.67* | 11.01 |
| | 401K Pre-Tx | -79.14* | 271.17 |
| | **Net Pay** | **$843.72** | |
| | Checking | -843.72 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$1,020.16
Your MS taxable wages this period are
$1,020.16

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Daily Rate | | 137.02 |
| Days Wkrd Wk 1 | | -5.00 |
| Days Wkrd Wk 2 | | 4.00 |
| Days Worked | | 9.00 |
| Ytd 401K Match | | 90.39 |
| 401K Match | | 26.39 |

* Excluded from federal taxable wages

© 2016 ADP, LLC



DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD , FL  32779

Advice number:      00000050364
Pay date:           02/05/2016

Deposited  to the account of
DODD BLANDON

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxxx | xxxx  xxxx | $843.72 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

https://uetd2.adp.com/101lx8pstatic/applications/navigator/html5/em...

Blandon, Dodd                106659                    1/17/2016 - 1/30/2016, Selected
                                                       Range of Dates

**1 Employee(s) Selected**

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|------|----------|--------|-----|----------|-----|-----|----------|-----|----------|-------|--------|
| Sun 1/17 | | | | | | | | | | | |
| Mon 1/18 | | | 6:23AM | | 3:50PM | | | | | 9.45 | 9.45 |
| Tue 1/19 | | | 6:29AM | | 5:43PM | | | | | 11.23 | 20.68 |
| Wed 1/20 | | | 6:28AM | | 7:30PM | | | | | 13.03 | 33.72 |
| Thu 1/21 | | | 6:20AM | | 2:33PM | | | | | 8.22 | 41.93 |
| Fri 1/22 | | | 6:25AM | | 3:16PM | | | | | 8.85 | 50.78 |
| Sat 1/23 | | | | | | | | | | | 50.78 |
| Sun 1/24 | | | | | | | | | | | 50.78 |
| Mon 1/25 | | | 6:29AM | | 2:36PM | | | | | 8.12 | 58.9 |
| Tue 1/26 | | | 6:15AM | | 7:15PM | | | | | 13.0 | 71.9 |
| Wed 1/27 | | | 6:17AM | | 4:54PM | | | | | 10.62 | 82.52 |
| Thu 1/28 | | | 6:30AM | | 4:46PM | | | | | 10.27 | 92.78 |
| Fri 1/29 | | | | | | | | | | | 92.78 |
| Sat 1/30 | | | | | | | | | | | 92.78 |

**Audits**

| | | Audits | | Approvals/Sign-offs | | | | | | | |

| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
|------|------|------|---------|----------|--------|-----------|----------|---------|-----------|-----------|------|-------------|
| 1/17/2016 - 1/30/2016 | | Timecard Approval by Manager | | | | | | | 1/31/2016 | 9:39PM (GMT -05:00) Eastern Time | 107128 - Walls, Cheryl 8:uetd2.adp.com:216.82 .241.35 | Group Edits |
| 1/17/2016 - 1/30/2016 | | Timecard Approval by Manager | | | | | | | 2/01/2016 | 10:13AM (GMT -05:00) Eastern Time | 109130 - Reid, Patricia C:uetd2.adp.com:216.82 .243.84 | Group Edits |
| 1/30/2016 | | Sign-off | | | | | | | 2/01/2016 | 12:37PM (GMT -05:00) Eastern Time | 103213 - Collee, Sherri L:uetd2.adp.com:216.82. 243.84 | Group Edits |

1 of 1                                                                                    5/24/2018, 7:44 AM





**Earnings   Statement**

ADP

DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

| | |
|---|---|
| Period Beginning: | 01/31/2016 |
| Period Ending: | 02/13/2016 |
| Pay Date: | 02/19/2016 |

DODD BLANDON
800 MAGEE DRIVE APT 212
P.O. BOX 3262
BROOKHAVEN MS 39603

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:       2
MS:            2, $0.00 Yearly Exemption,Spouse   Not
               Employed

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 80.00 | 1,233.22 | | 4,932.67 |
| Overtime | 6.85 | 50.18 | | 321.69 |
| Bonus | | | | 250.00 |
| Holiday | | | | 274.04 |
| Sick | | | | 137.02 |
| Vacation | | | | 137.02 |
| **Gross Pay** | | | **$1,283.40** | 6,052.84 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -34.63 | 232.00 |
| | Social Security Tax | -65.95 | 320.79 |
| | Medicare Tax | -15.42 | 75.02 |
| | MS State Income Tax | -39.00 | 200.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 53.48 |
| | Pop Dental | -20.93* | 83.72 |
| | Pop Medical | -195.09* | 780.36 |
| | Vision Pre Tax | -3.67* | 14.68 |
| | 401K Pre -Tx | -77.01* | 348.18 |
| | **Net Pay** | | **$818.33** |
| | Checking | -818.33 | |
| | **Net Check** | | **$0.00** |

Your MS taxable wages this period are $986.70

Other Benefits and
Information                    this period      total to date

| | this period | total to date |
|---|---|---|
| Daily Rate | | 137.02 |
| Days Wkrd Wk 1 | 4.00 | |
| Days Wkrd Wk 2 | 5.00 | |
| Days Worked | 9.00 | |
| Ytd 401K Match | | 116.07 |
| 401K Match | | 25.68 |

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $986.70

© 2005 ADP, LLC



DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD , FL  32779

| | |
|---|---|
| Advice number: | 00000070376 |
| Pay date: | 02/19/2016 |

Deposited to the account of          account number    transit ABA        amount
DODD BLANDON                          xxxxxxxxx         xxxx  xxxx        $818.33

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

https://eetd2.adp.com/101lx8pstatic/applications/navigator/html5/em...

Blandon, Dodd          106659                    1/31/2016 - 2/13/2016, Selected
                                                 Range of Dates

1 Employee(s) Selected

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|------|----------|--------|-----|----------|-----|-----|----------|-----|----------|-------|--------|
| Sun 1/31 | | | | | | | | | | | |
| Mon 2/01 | | | 6:17AM | | 2:58PM | | | | | 8.68 | 8.68 |
| Tue 2/02 | | | | | | | | | | | 8.68 |
| Wed 2/03 | | | 6:28AM | | 6:30PM | | | | | 12.03 | 20.72 |
| Thu 2/04 | | | 6:24AM | | 5:05PM | | | | | 10.68 | 31.4 |
| Fri 2/05 | | | 6:20AM | | 3:06PM | | | | | 8.77 | 40.17 |
| Sat 2/06 | | | | | | | | | | | 40.17 |
| Sun 2/07 | | | | | | | | | | | 40.17 |
| Mon 2/08 | | | 6:27AM | | 6:45PM | | | | | 12.3 | 52.47 |
| Tue 2/09 | | | 6:25AM | | 1:51PM | | | | | 7.43 | 59.9 |
| Wed 2/10 | | | 6:25AM | | 5:30PM | | | | | 11.08 | 70.98 |
| Thu 2/11 | | | 6:28AM | | 2:36PM | | | | | 8.13 | 79.12 |
| Fri 2/12 | | | 6:20AM | | 2:04PM | | | | | 7.73 | 86.85 |
| Sat 2/13 | | | | | | | | | | | 86.85 |

Audits

Approvals/Sign-offs

| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
|------|------|------|---------|----------|--------|-----------|----------|---------|-----------|-----------|------|-------------|
| 1/31/2016 - 2/13/2016 | | Timecard Approval by Employee | | | | | | | 2/12/2016 | 3:21PM (GMT -05:00) Eastern Time | Blandon, Dodd:17014 6.39.167:Bro okhaven, MS | Time & Attendance |
| 1/31/2016 - 2/13/2016 | | Timecard Approval by Manager | | | | | | | 2/15/2016 | 7:26AM (GMT -05:00) Eastern Time | 107128 - Wells, Cheryl E:eetd2.adp .com:216.82 .243.87 | Group Edits |
| 1/31/2016 - 2/13/2016 | | Timecard Approval by Manager | | | | | | | 2/15/2016 | 10:07AM (GMT -05:00) Eastern Time | 109130 - Reid, Patricia C:eetd2.adp .com:216.82 .243.87 | Group Edits |
| 2/13/2016 | | Sign-off | | | | | | | 2/15/2016 | 12:38PM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L:eetd2.adp .com:216.82. 243.87 | Group Edits |

6:19-cv-02420-WWB-GJK 000093







**Earnings   Statement**

| CO. | FILE | DEPT. | CLOCK | VCHR. NO. |
|-----|------|-------|-------|-----------|
| EXE | 000698 | 005000 | 9610B | 0000000394 |

45S-0001

*DELTA SANITATION OF MISSISSIPPI*
*2101 W. STATE ROAD 434*
*SUITE 315*
*LONGWOOD, FL 32779*

Period Beginning:  02/14/2016
Period Ending:     02/27/2016
Pay Date:          03/04/2016

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:            2
MS:                 2, $0.00 Yearly Exemption,Spouse   Not
                    Employed

DODD BLANDON
800 MAGEE DRIVE APT 212
P.O. BOX 3262
BROOKHAVEN MS 39603

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 80.00 | 1,370.24 | | 6,303.11 |
| Overtime | 6.82 | 53.75 | | 375.64 |
| Bonus | | | | 250.00 |
| Holiday | | | | 274.04 |
| Sick | | | | 137.02 |
| Vacation | | | | 137.02 |
| Gross Pay | | $1,423.99 | | 7,476.83 |

Your federal taxable wages this period are
$1,118.86
Your MS taxable wages this period are
$1,118.86

| Deductions | Statutory | | year to date |
|------------|-----------|--|--------------|
| | Federal Income Tax | -47.85 | 279.85 |
| | Social Security Tax | -74.67 | 395.46 |
| | Medicare Tax | -17.47 | 92.49 |
| | MS State Income Tax | -46.00 | 246.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 66.85 |
| | Pop Dental | -20.93* | 104.65 |
| | Pop Medical | -195.09* | 975.45 |
| | Vision Pre Tax | -3.67* | 18.35 |
| | 401K Pre -Tx | -85.44* | 433.62 |
| | Net Pay | | $919.50 |
| | Checking | -919.50 | |
| | Net Check | | $0.00 |

| Other Benefits and Information | this period | total to date |
|-------------------------------|-------------|---------------|
| Daily Rate | | 137.02 |
| Days Wkrd Wk 1 | | 5.00 |
| Days Wkrd Wk 2 | | -5.00 |
| Days Worked | | 10.00 |
| Ytd 401K Match | | 144.55 |
| 401K Match | | 28.49 |

* Excluded from federal taxable wages

© 1999 ADP, LLC

*DELTA SANITATION  OF MISSISSIPPI*
*2101 W. STATE ROAD 434*
*SUITE 315*
*LONGWOOD , FL  32779*

Advice number:     00000090394
Pay date:          03/04/2016

Deposited  to the account of
DODD BLANDON

| | account number | transit  ABA | amount |
|--|----------------|--------------|--------|
| | xxxxxxxx | xxxx  xxxx | $919.50 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

https://eetd2.adp.com/101lx8pstatic/applications/navigator/html5/em...

Blandon, Dodd      106659      2/14/2016 - 2/27/2016, Selected Range of Dates

**1 Employee(s) Selected**

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sun 2/14 | | | | | | | | | | | |
| Mon 2/15 | | | 6:16AM | | 3:21PM | | | | | 9.08 | 9.08 |
| Tue 2/16 | | | 6:23AM | | 2:50PM | | | | | 8.45 | 17.53 |
| Wed 2/17 | | | 6:17AM | | 3:31PM | | | | | 9.23 | 26.77 |
| Thu 2/18 | | | 6:23AM | | 4:04PM | | | | | 9.68 | 36.45 |
| Fri 2/19 | | | 6:27AM | | 1:52PM | | | | | 7.42 | 43.87 |
| Sat 2/20 | | | | | | | | | | | 43.87 |
| Sun 2/21 | | | | | | | | | | | 43.87 |
| Mon 2/22 | | | 6:22AM | | 3:01PM | | | | | 8.65 | 52.52 |
| Tue 2/23 | | | 6:15AM | | 4:02PM | | | | | 9.78 | 62.3 |
| Wed 2/24 | | | 6:15AM | | 4:45PM | | | | | 10.5 | 72.8 |
| Thu 2/25 | | | 6:25AM | | 1:16PM | | | | | 6.85 | 79.65 |
| Fri 2/26 | | | 6:16AM | | 1:26PM | | | | | 7.17 | 86.82 |
| Sat 2/27 | | | | | | | | | | | 86.82 |

**Audits**

| | Audits | | | Approvals/Sign-offs | | | | | | | | |

| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/14/2016 - 2/27/2016 | | Timecard Approval by Manager | | | | | | | 2/28/2016 | 4:47PM (GMT -05:00) Eastern Time | 107128 - Wells, Cheryl B:eetd2.adp .com::216.82 .241.35 | Group Edits |
| 2/14/2016 - 2/27/2016 | | Timecard Approval by Manager | | | | | | | 2/29/2016 | 10:52AM (GMT -05:00) Eastern Time | 109130 - Reid, Patricia C:eetd2.adp .com::216.82 .243.84 | Group Edits |
| 2/27/2016 | | Sign-off | | | | | | | 2/29/2016 | 12:38PM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L:eetd2.adp. com::216.82. 243.84 | Group Edits |

5/24/2018, 7:45 AM

6:19-cv-02420-WWB-GJK 000094





**DELTA SANITATION OF MISSISSIPPI**
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

## Earnings   Statement

Period Beginning:    02/28/2016
Period Ending:       03/12/2016
Pay Date:            03/18/2016

Taxable Marital Status:  Married
Exemptions/Allowances:
Federal:     2
MS:          2, $0.00 Yearly Exemption,Spouse  Not
             Employed

DODD BLANDON
800  MAGEE DRIVE APT 212
P.O. BOX 3262
BROOKHAVEN  MS  39603

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 75.31 | 1,096.19 | | 7,399.30 |
| Overtime | | | | 375.84 |
| Bonus | | | | 250.00 |
| Holiday | | | | 274.04 |
| Sick | | | | 137.02 |
| Vacation | | | | 137.02 |
| **Gross Pay** | | | **$1,096.19** | 8,573.02 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -17.04 | 296.89 |
| | Social Security Tax | -54.34 | 449.80 |
| | Medicare Tax | -12.71 | 105.20 |
| | MS State Income Tax | -30.00 | 276.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 80.22 |
| | Pop Dental | -20.93* | 125.58 |
| | Pop Medical | -195.09* | 1,170.54 |
| | Vision Pre Tax | -3.67* | 22.02 |
| | 401K Pre-Tx | -65.77* | 499.39 |
| | **Net Pay** | | **$683.27** |
| | Checking | -683.27 | |
| | **Net Check** | | **$0.00** |

Your MS taxable wages this period are $810.73

Other Benefits and
| Information | this period | total to date |
|---|---|---|
| Daily Rate | | 137.02 |
| Days Wkrd Wk 1 | 4.00 | |
| Days Wkrd Wk 2 | 4.00 | |
| Days Worked | 8.00 | |
| Ytd 401K Match | | 166.48 |
| 401K Match | | 21.92 |

\* Excluded from federal taxable wages
  Your federal taxable wages this period are $810.73

© 2016 ADP  LLC



**DELTA SANITATION OF MISSISSIPPI**
2101 W. STATE ROAD 434
SUITE  315
LONGWOOD , FL   32779

Advice number:       00000110387
Pay date:            03/18/2016

Deposited  to the account of
DODD BLANDON

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxx | xxxx  xxxx | $683.27 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

https://eetd2.adp.com/101lx8pstatic/applications/navigator/html5/em...

Blandon, Dodd          106659          2/28/2016 - 3/12/2016, Selected
                                       Range of Dates

**1 Employee(s) Selected**

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sun 2/28 | | | | | | | | | | | |
| Mon 2/29 | | | 6:24AM | | 1:47PM | | | | | 7.38 | 7.38 |
| Tue 3/01 | | | 6:26AM | | 4:24PM | | | | | 9.97 | 17.35 |
| Wed 3/02 | ABSENT | 0.0 | | | | | | | | | 17.35 |
| Thu 3/03 | | | 6:17AM | | 4:06PM | | | | | 9.82 | 27.17 |
| Fri 3/04 | | | 6:26AM | | 3:42PM | | | | | 9.27 | 36.43 |
| Sat 3/05 | | | | | | | | | | | 36.43 |
| Sun 3/06 | | | | | | | | | | | 36.43 |
| Mon 3/07 | | | 6:19AM | | 2:00PM | | | | | 7.68 | 44.12 |
| Tue 3/08 | | | 8:12AM | | 4:22PM | | | | | 10.17 | 54.28 |
| Wed 3/09 | | | 6:23AM | | 4:42PM | | | | | 10.32 | 64.6 |
| Thu 3/10 | | | 6:24AM | | 5:07PM | | | • | | 10.72 | 75.32 |
| Fri 3/11 | | | | | | | | | | | 75.32 |
| Sat 3/12 | | | | | | | | | | | 75.32 |

**Audits**

Approvals/Sign-offs

| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Date Source |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 2/28/2016 - 3/12/2016 | | Timecard Approval by Manager | | | | | | | 3/14/2016 | 8:04AM (GMT -05:00) Eastern Time | 107128 - Wells, Cheryl Eeetd2.adp .com:216.82 .243.84 | Group Edits |
| 2/28/2016 - 3/12/2016 | | Timecard Approval by Manager | | | | | | | 3/14/2016 | 10:46AM (GMT -05:00) Eastern Time | 109130 - Reid, Patricia Eeetd2.adp .com:216.82 .243.84 | Group Edits |
| 3/12/2016 | | Sign-off | | | | | | | 3/14/2016 | 1:03PM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri Eeetd2.adp. com:216.82. 243.84 | Group Edits |

1 of 1                                                        5/24/2018, 7:45 AM





## Earnings   Statement

**ADP**

42G-0001

DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

| | |
|---|---|
| Period Beginning: | 03/13/2016 |
| Period Ending: | 03/26/2016 |
| Pay Date: | 04/01/2016 |

DODD BLANDON
800 MAGEE DRIVE APT 212
P.O. BOX 3262
BROOKHAVEN MS 39603

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:   2
MS:   2, 50.00 Yearly Exemption,Spouse   Not
Employed

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 80.00 | 1,233.22 | 8,632.52 |
| Overtime | 14.28 | 92.63 | 468.27 |
| Vacation | 8.00 | 137.02 | 274.04 |
| Bonus | | | 250.00 |
| Holiday | | | 274.04 |
| Sick | | | 137.02 |
| **Gross Pay** | | **$1,462.87** | 10,035.89 |

Your federal taxable wages this period are
$1,155.41
Your MS taxable wages this period are
$1,155.41

| Deductions | Statutory | this period | year to date |
|---|---|---|---|
| | Federal Income Tax | -51.51 | 348.40 |
| | Social Security Tax | -77.08 | 526.88 |
| | Medicare Tax | -18.02 | 123.22 |
| | MS State Income Tax | -48.00 | 324.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 93.59 |
| | Pop Dental | -20.93* | 146.51 |
| | Pop Medical | -195.09* | 1,365.63 |
| | Vision Pre Tax | -3.67* | 25.69 |
| | 401K Pre -Tx | -87.77* | 587.16 |
| | **Net Pay** | **$947.43** | |
| | Checking | -947.43 | |
| | **Net Check** | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Daily Rate | | 137.02 |
| Days Wkrd Wk 1 | | 4.00 |
| Days Wkrd Wk 2 | | 5.00 |
| Days Worked | | 9.00 |
| Vacation Days | | 1.00 |
| Ytd 401K Match | | 195.74 |
| 401K Match | | 29.26 |

* Excluded from federal taxable wages

© 2000 ADP, LLC



DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

| | |
|---|---|
| Advice number: | 00000130367 |
| Pay date: | 04/01/2016 |

Deposited to the account of
DODD BLANDON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxx | xxxx xxxx | $947.43 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

https://eetd2.adp.com/101lx8pstatic/applications/navigator/html5/em...

Blandon, Dodd  106659  3/13/2016 - 3/26/2016, Selected
Range of Dates

**1 Employee(s) Selected**

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Sun 3/13 | VACATION | 8.0 🗨 | | | | | | | | 8.0 | 8.0 |
| Mon 3/14 | ABSENT | 0.0 🗨 | | | | | | | | | 8.0 |
| Tue 3/15 | | | 6:24AM | | 8:23PM | | | | | 13.98 | 21.98 |
| Wed 3/16 | | | 6:28AM | | 5:10PM | | | | | 10.7 | 32.68 |
| Thu 3/17 | | | 6:22AM | | 7:22PM | | | | | 13.0 | 45.68 |
| Fri 3/18 | | | 6:23AM | | 4:24PM | | | | | 10.02 | 55.7 |
| Sat 3/19 | | | | | | | | | | | 55.7 |
| Sun 3/20 | | | | | | | | | | | 55.7 |
| Mon 3/21 | | | 8:24AM | | 3:13PM | | | | | 8.82 | 64.52 |
| Tue 3/22 | | | 6:22AM | | 6:22PM | | | | | 12.0 | 76.52 |
| Wed 3/23 | | | 6:20AM | | 3:00PM | | | | | 8.67 | 85.18 |
| Thu 3/24 | | | 6:23AM | | 4:22PM | | | | | 9.98 | 95.17 |
| Fri 3/25 | | | 6:23AM | | 1:30PM | | | | | 7.12 | 102.28 |
| Sat 3/26 | | | | | | | | | | | 102.28 |

**Audits**

| Audits | | | Approvals/Sign-off's | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
| 3/13/2016 - 3/26/2016 | | Timecard Approval by Employee | | | | | | | 3/28/2016 | 7:33AM (GMT -05:00) Eastern Time | Blandon, Dodd:170.14 6.39.167:Broakhaven, MS | Time & Attendance |
| 3/13/2016 - 3/26/2016 | | Timecard Approval by Manager | | | | | | | 3/28/2016 | 8:10AM (GMT -05:00) Eastern Time | 107128 - Walls, Cheryl B:eetd2.adp .com:216.82 .241.35 | Group Edits |
| 3/13/2016 - 3/26/2016 | | Timecard Approval by Manager | | | | | | | 3/28/2016 | 10:14AM (GMT -05:00) Eastern Time | 109130 - Reld, Patricia C:eetd2.adp .com:216.82 .241.35 | Group Edits |
| 3/26/2016 | | Sign-off | | | | | | | 3/28/2016 | 1:12PM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L:eetd2.adp. com:216.82. 241.35 | Group Edits |




440-0001

**Earnings   Statement**



*DELTA SANITATION OF MISSISSIPPI*
*2101 W. STATE ROAD 434*
*SUITE 315*
*LONGWOOD, FL 32779*

Period Beginning: 03/27/2016
Period Ending: 04/09/2016
Pay Date: 04/15/2016

Taxable Marital Status:   Married
Exemptions/Allowances:
Federal:        2
MS:             2, $0.00 Yearly Exemption,Spouse   Not
                Employed

DODD BLANDON
800  MAGEE  DRIVE  APT  212
P.O.  BOX  3262
BROOKHAVEN  MS  39603

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 80.00 | | 1,245.56 | 9,947.28 |
| Regular | | 69.20 | | |
| Overtime | 19.10 | 118.91 | | 587.18 |
| Sick | 8.00 | | 138.40 | 275.42 |
| Bonus | | | | 250.00 |
| Holiday | | | | 274.04 |
| Vacation | | | | 274.04 |
| | | **Gross Pay** | **$1,872.07** | 11,607.96 |

Your federal taxable wages this period are
$1,258.06
Your MS taxable wages this period are
$1,258.06

**Other Benefits and**

| Information | this period | total to date |
|---|---|---|
| Daily Rate | | 138.40 |
| Days Wkrd Wk 1 | | 4.50 |
| Days Wkrd Wk 2 | | 5.00 |
| Days Worked | | 9.50 |
| Sick Days | | 1.00 |
| Ytd 401K Match | | 227.19 |
| 401K Match | | 31.45 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -61.77 | 410.17 |
| | Social Security Tax | -83.85 | 610.73 |
| | Medicare Tax | -19.61 | 142.83 |
| | MS State Income Tax | -53.00 | 377.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 106.96 |
| | Pop Dental | -20.93* | 167.44 |
| | Pop Medical | -195.09* | 1,560.72 |
| | Vision Pre Tax | -3.67* | 29.36 |
| | 401K Pre-Tx | -94.32* | 681.48 |
| | **Net Pay** | **$1,026.46** | |
| | Checking | -1,026.46 | |
| | **Net Check** | **$0.00** | |

**Important Notes**
YOUR HOURLY RATE HAS BEEN CHANGED FROM 17.1261 TO
17.2994.

\* Excluded from federal taxable wages

© 2010 ADP, LLC

---



DELTA  SANITATION  OF  MISSISSIPPI
2101  W.  STATE  ROAD  434
SUITE  315
LONGWOOD ,  FL   32779

Advice number:       00000160383
Pay date:            04/15/2016

Deposited  to  the  account  of
DODD BLANDON

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxx | xxxx  xxxx | $1,026.46 |

**THIS IS NOT A CHECK**

**NON-NEGOTIABLE**

https://eetd2.adp.com/101lx8pstatic/applications/navigator/html5/em...

Blandon, Dodd                     106659                 3/27/2016 - 4/09/2016, Selected
                                                         Range of Dates

1 Employee(s) Selected

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|------|----------|--------|-----|----------|-----|-----|----------|-----|----------|-------|--------|
| Sun 3/27 | | | | | | | | | | | |
| Mon 3/28 | | | 6:22AM | | 4:00PM | | | | | 9.63 | 9.63 |
| Tue 3/29 | | | 6:17AM | | 4:53PM | | | | | 10.6 | 20.23 |
| Wed 3/30 | | | 6:28AM | | 3:03PM | | | | | 8.58 | 28.82 |
| Thu 3/31 | | | 6:20AM | | 6:13PM | | | | | 11.88 | 40.7 |
| Fri 4/01 | SICK | 8.0 | | | | | | | | | |
| | | | 6:28AM | | 7:54AM 🚩 | | | | | 9.47 | 50.17 |
| Sat 4/02 | | | | | | | | | | | 50.17 |
| Sun 4/03 | | | | | | | | | | | 50.17 |
| Mon 4/04 | | | 6:28AM | | 6:23PM | | | | | 11.92 | 62.08 |
| Tue 4/05 | | | 6:22AM | | 6:00PM | | | | | 11.63 | 73.72 |
| Wed 4/06 | | | 6:27AM | | 4:00PM | | | | | 9.55 | 83.27 |
| Thu 4/07 | | | 6:22AM | | 8:12PM | | | | | 13.83 | 97.1 |
| Fri 4/08 | | | 6:18AM | | 4:18PM | | | | | 10.0 | 107.1 |
| Sat 4/09 | | | | | | | | | | | 107.1 |

Audits

Approvals/Sign-offs

| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
|------|------|------|---------|----------|--------|-----------|----------|---------|-----------|-----------|------|-------------|
| 3/27/2016 - 4/09/2016 | | Timecard Approval by Manager | | | | | | | 3/28/2016 | 8:12AM (GMT -06:00) Eastern Time | 107128 - Wells, Cheryl B:eetd2.adp .com:216.8 2.241.35 | Group Edits |
| 3/27/2016 - 4/09/2016 | | Timecard Approval Removed by Manager | | | | | | | 4/08/2016 | 2:02PM (GMT -05:00) Eastern Time | 107128 - Wells, Cheryl B:eetd2.adp .com:216.8 2.243.87 | Group Edits |
| 3/27/2016 - 4/09/2016 | | Timecard Approval by Manager | | | | | | | 4/11/2016 | 7:33AM (GMT -05:00) Eastern Time | 107128 - Wells, Cheryl B:eetd2.adp .com:216.8 2.241.35 | Timecard Editor |
| 3/27/2016 - 4/09/2016 | | Timecard Approval by Manager | | | | | | | 4/11/2016 | 10:44AM (GMT -05:00) Eastern Time | 109130 - Reid, Patricia C:eetd2.adp .com:216.8 2.241.35 | Group Edits |
| 4/09/2016 | | Sign-off | | | | | | | 4/11/2016 | 11:48AM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L:eetd2.adp. com:216.82 .241.35 | Group Edits |

6:19-cv-02420-WWB-GJK 000097





435-0001

**Earnings   Statement**

ADP

DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

Period Beginning: 04/10/2016
Period Ending: 04/23/2016
Pay Date: 04/29/2016

Taxable Marital Status: Married
Exemptions/Allowances:
Federal: 2
MS: 2, $0.00 Yearly Exemption,Spouse  Not
Employed

DODD BLANDON
800  MAGEE  DRIVE  APT  212
P.O. BOX  3262
BROOKHAVEN  MS  39603

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 80.00 | 1,522.35 | 11,469.63 |
| Overtime | | 24.90 | 181.45 | 768.63 |
| Bonus | | | | 250.00 |
| Holiday | | | | 274.04 |
| Sick | | | | 275.42 |
| Vacation | | | | 274.04 |
| **Gross Pay** | | | **$1,703.80** | 13,311.76 |

Your federal taxable wages this period are
$1,381.88
Your MS taxable wages this period are
$1,381.88

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal- Income Tax | -75.55 | 485.72 |
| | Social Security Tax | -92.01 | 702.74 |
| | Medicare  Tax | -21.52 | 164.35 |
| | MS State Income Tax | -59.00 | 436.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 120.33 |
| | Pop Dental | -20.93* | 188.37 |
| | Pop Medical | -195.09* | 1,755.81 |
| | Vision  Pre Tax | -3.67* | 33.03 |
| | 401K Pre-Tx | -102.23* | 783.71 |
| | **Net Pay** | | **$624.43** |
| | Checking | -1,120.43 | |
| | **Net Check** | | **$0.00** |

Other Benefits and

| Information | this period | total to date |
|---|---|---|
| Daily Rate | | 138.40 |
| Days Wkrd Wk 1 | | 6.00 |
| Days Wkrd Wk 2 | | 5.00 |
| Days Worked | | 11.00 |
| Ytd 401K Match | | 261.27 |
| 401K Match | | 34.08 |

* Excluded from federal taxable wages

© 2016 ADP, LLC



DELTA  SANITATION  OF  MISSISSIPPI
2101 W. STATE  ROAD 434
SUITE  315
LONGWOOD , FL  32779

Advice number:       00000170372
Pay date:       04/29/2016

Deposited  to the account of
DODD BLANDON

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxx | xxxx  xxxx | $1,120.43 |

THIS IS NOT A CHECK

NON-NEGOTIABLE

https://eetd2.adp.com/1011x8pstatic/applications/navigator/html5/em...

**Blandon, Dodd**                    106659                    4/10/2016 - 4/23/2016, Selected
                                                               Range of Dates

**1 Employee(s) Selected**

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|------|----------|--------|-----|----------|-----|-----|----------|-----|----------|-------|--------|
| Sun 4/10 | | | | | | | | | | | |
| Mon 4/11 | | | 6:31AM | | 4:44PM | | | | | 10.22 | 10.22 |
| Tue 4/12 | | | 6:28AM | | 5:14PM | | | | | 10.77 | 20.98 |
| Wed 4/13 | | | 6:28AM | | 2:09PM | | | | | 7.68 | 28.67 |
| Thu 4/14 | | | 6:24AM | | 6:08PM | | | | | 11.73 | 40.4 |
| Fri 4/15 | | | 6:26AM | | 5:15PM | | | | | 10.82 | 51.22 |
| Sat 4/16 | | | 7:07AM | | 12:10PM | | | | | 5.05 | 56.27 |
| Sun 4/17 | | | | | | | | | | | 56.27 |
| Mon 4/18 | | | 6:24AM | | 4:38PM | | | | | 10.23 | 66.5 |
| Tue 4/19 | | | 6:26AM | | 3:43PM | | | | | 9.28 | 75.78 |
| Wed 4/20 | | | 6:14AM | | 2:01PM | | | | | 7.78 | 83.57 |
| Thu 4/21 | | | 6:18AM | | 6:40PM | | | | | 12.37 | 95.93 |
| Fri 4/22 | | | 8:23AM | | 3:21PM | | | | | 8.97 | 104.9 |
| Sat 4/23 | | | | | | | | | | | 104.9 |

**Audits**

**- - Audits                                      Approvals/Sign-offs**

| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
|------|------|------|---------|----------|--------|-----------|----------|---------|-----------|-----------|------|-------------|
| 4/10/2016 - 4/23/2016 | | Timecard Approval by Manager | | | | | | | 4/25/2016 | 7:34AM (GMT -05:00) Eastern Time | 107126 - Wells, Cheryl C:eetd2.adp .com:216.82 .243.87 | Group Edits |
| 4/10/2016 - 4/23/2016 | | Timecard Approval by Manager | | | | | | | 4/25/2016 | 10:30AM (GMT -05:00) Eastern Time | 109130 - Reid, Patricia C:eetd2.adp .com:216.82 .243.87 | Group Edits |
| 4/23/2016 | | Sign-off | | | | | | | 4/25/2016 | 1:10PM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L:eetd2.adp. com:216.82. 243.87 | Group Edits |

1 of 1

6:19-cv-02420-WWB-GJK 000098





**Earnings   Statement**   **ADP**

DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

| Period Beginning: | 04/24/2016 |
|---|---|
| Period Ending: | 05/07/2016 |
| Pay Date: | 05/13/2016 |

Taxable Marital Status: Married
Exemptions/Allowances:
 Federal: 2
 MS: 2, $0.00 Yearly Exemption,Spouse Not Employed

DODD BLANDON
800 MAGEE DRIVE APT 212
P.O. BOX 3282
BROOKHAVEN MS 39603

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 79.28 | 1,245.56 | 12,715.19 |
| Overtime | 5.12 | 39.26 | 807.89 |
| Vacation | 8.00 | 138.40 | 412.44 |
| Bonus | | | 250.00 |
| Holiday | | | 274.04 |
| Sick | | | 275.42 |
| **Gross Pay** | | **$1,423.22** | 14,734.98 |

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -47.78 | 533.50 |
| | Social Security Tax | -74.62 | 777.36 |
| | Medicare Tax | -17.45 | 181.80 |
| | MS State Income Tax | -46.00 | 482.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 133.70 |
| | Pop Dental | -20.93* | 209.30 |
| | Pop Medical | -195.09* | 1,950.90 |
| | Vision Pre Tax | -3.67* | 36.70 |
| | 401K Pre-Tx | -85.38* | 869.09 |
| | **Net Pay** | **$918.93** | |
| | Checking | -918.93 | |
| | **Net Check** | **$0.00** | |

Your federal taxable wages this period are
$1,118.15
Your MS taxable wages this period are
$1,118.15

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Daily Rate | | 138.40 |
| Days Wkrd Wk 1 | | 4.00 |
| Days Wkrd Wk 2 | | 5.00 |
| Days Worked | | 9.00 |
| Vacation Days | | 1.00 |
| Ytd 401K Match | | 289.74 |
| 401K Match | | 28.47 |

* Excluded from federal taxable wages



DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

| Advice number: | 00000190362 |
|---|---|
| Pay date: | 05/13/2016 |

Deposited to the account of
DODD BLANDON

| | account number | transit ABA | amount |
|---|---|---|---|
| | XXXXXXXXX | XXXX XXXX | $918.93 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

https://ectd2.adp.com/101lx8pstatic/applications/navigator/html5/cm...

Blandon, Dodd        106659        4/24/2016 - 5/07/2016, Selected
Range of Dates

**1 Employee(s) Selected**

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|------|----------|--------|-----|----------|-----|-----|----------|-----|----------|-------|--------|
| Sun 4/24 | | | | | | | | | | | |
| Mon 4/25 | VACATION | 8.0 ⚑ | | | | | | | | 8.0 | 8.0 |
| Tue 4/26 | | | 6:22AM | | 4:52PM | | | | | 10.5 | 18.5 |
| Wed 4/27 | | | 6:23AM | | 5:42PM | | | | | 11.32 | 29.82 |
| Thu 4/28 | | | 6:21AM | | 4:08PM | | | | | 9.78 | 39.6 |
| Fri 4/29 | | | 6:19AM | | 2:00PM | | | | | 7.68 | 47.28 |
| Sat 4/30 | | | | | | | | | | | 47.28 |
| Sun 5/01 | | | | | | | | | | | 47.28 |
| Mon 5/02 | | | 6:19AM | | 3:36PM | | | | | 9.28 | 56.57 |
| Tue 5/03 | | | 6:30AM | | 3:45PM | | | | | 9.25 | 65.82 |
| Wed 5/04 | | | 6:30AM | | 2:30PM | | | | | 8.0 | 73.82 |
| Thu 5/05 | | | 6:30AM | | 2:19PM | | | | | 7.82 | 81.63 |
| Fri 5/06 | | | 6:30AM | | 5:16PM | | | | | 10.77 | 92.4 |
| Sat 5/07 | | | | | | | | | | | 92.4 |

**Audits**

Audits               Approvals/Sign-offs

| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
|------|------|------|---------|----------|--------|-----------|----------|---------|-----------|-----------|------|-------------|
| 4/24/2016 - 5/07/2016 | | Timecard Approval by Manager | | | | | | | 5/09/2016 | 9:44AM (GMT -05:00) Eastern Time | 107128 - Wells, Cheryl B:ectd2.adp .com:216.82 .243.84 | Group Edits |
| 4/24/2016 - 5/07/2016 | | Timecard Approval by Manager | | | | | | | 5/09/2016 | 1:14AM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L:ectd2.adp. com:216.82. 243.84 | Group Edits |
| 5/07/2016 | | Sign-off | | | | | | | 5/09/2016 | 1:17AM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L:ectd2.adp. com:216.82. 243.84 | Group Edits |

6:19-cv-02420-WWB-GJK 000099





457-0001

**DELTA  SANITATION  OF MISSISSIPPI**
**2101 W. STATE ROAD 434**
**SUITE 315**
**LONGWOOD, FL 32779**

## Earnings   Statement



| | |
|---|---|
| Period  Beginning: | 05/08/2016 |
| Period  Ending: | 05/21/2016 |
| Pay  Date: | 05/27/2016 |

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:        2
  MS:             2, 50.00  Yearly  Exemption,Spouse   Not
                  Employed

DODD  BLANDON
800  MAGEE  DRIVE  APT  212
P.O.  BOX  3262
BROOKHAVEN  MS  39603

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | | 78.48 | 1,383.06 | 14,099.15 |
| Overtime | | 1.75 | 14.50 | 822.39 |
| Bonus | | | | 250.00 |
| Holiday | | | | 274.04 |
| Sick | | | | 275.42 |
| Vacation | | | | 412.44 |
| **Gross Pay** | | | **$1,398.46** | 16,133.44 |

Your  federal  taxable  wages  this period  are
$1,094.86
Your  MS  taxable  wages  this period  are
$1,094.86

| Deductions | Statutory | | year to date |
|---|---|---|---|
| | Federal  Income  Tax | -45.45 | 578.95 |
| | Social  Security  Tax | -73.08 | 850.44 |
| | Medicare  Tax | -17.09 | 198.89 |
| | MS  State  Income  Tax | -46.00 | 527.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 147.07 |
| | Pop Dental | -20.93* | 230.23 |
| | Pop Medical | -195.09* | 2,145.99 |
| | Vision Pre Tax | -3.67* | 40.37 |
| | 401K Pre-Tx | -83.91* | 953.00 |
| | **Net Pay** | | **$900.87** |
| | Checking | -900.87 | |
| | **Net Check** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Daily Rate | | 138.40 |
| Days Wkrd Wk 1 | | 5.00 |
| Days Wkrd Wk 2 | | 5.00 |
| Days Worked | | 10.00 |
| Ytd 401K Match | | 317.71 |
| 401K Match | | 27.97 |

\*  Excluded  from  federal  taxable  wages

©D&B ADP, LLC



**DELTA  SANITATION  OF MISSISSIPPI**
**2101 W. STATE ROAD 434**
**SUITE 315**
**LONGWOOD , FL   32779**

| | | |
|---|---|---|
| Advice number; | 00000210376 | |
| Pay  date: | 05/27/2016 | |

Deposited  to the account  of
DODD  BLANDON

| | account  number | transit  ABA | amount |
|---|---|---|---|
| | xxxxxxx0xx | xxxx  xxxx | $900.87 |

THIS IS NOT A CHECK

## NON-NEGOTIABLE

https://eetd2.adp.com/101lx8pstatic/applications/navigator/htm15/em...

Blandon, Dodd                106659

5/08/2016 - 5/21/2016, Selected
Range of Dates

**1 Employee(s) Selected**

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|------|----------|--------|----|----------|-----|----|---------|----|---------|-------|--------|
| Sun 5/08 | | | | | | | | | | | |
| Mon 5/09 | | | 8:27AM | | 2:04PM | | | | | 7.62 | 7.62 |
| Tue 5/10 | | | 6:21AM | | 3:45PM | | | | | 9.4 | 17.02 |
| Wed 5/11 | | | 6:22AM | | 2:55PM | | | | | 8.55 | 25.57 |
| Thu 5/12 | | | 6:21AM | | 1:12PM | | | | | 6.85 | 32.42 |
| Fri 5/13 | | | 6:26AM | | 12:30PM | | | | | 6.07 | 38.48 |
| Sat 5/14 | | | | | | | | | | | 38.48 |
| Sun 5/15 | | | | | | | | | | | 38.48 |
| Mon 5/16 | | | 6:24AM | | 3:25PM | | | | | 9.02 | 47.5 |
| Tue 5/17 | | | 6:25AM | | 2:48PM | | | | | 8.35 | 55.85 |
| Wed 5/18 | | | 6:27AM | | 2:57PM | | | | | 8.5 | 64.35 |
| Thu 5/19 | | | 6:20AM | | 4:07PM | | | | | 9.78 | 74.13 |
| Fri 5/20 | | | 6:24AM | | 12:30PM | | | | | 6.1 | 80.23 |
| Sat 5/21 | | | | | | | | | | | 80.23 |

**Audits**

Audits

Approvals/Sign-offs

| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
|------|------|------|---------|----------|--------|-----------|----------|---------|-----------|-----------|------|-------------|
| 5/08/2016 - 5/21/2016 | | Timecard Approval by Employee | | | | | | | 5/23/2016 | 7:20AM (GMT -05:00) Eastern Time | Blandon, Dodd:17014 6.39.167:Brookhaven, MS | Time & Attendance |
| 5/08/2016 - 5/21/2016 | | Timecard Approval by Manager | | | | | | | 5/23/2016 | 9:32AM (GMT -05:00) Eastern Time | 107128 - Welts, Cheryl B:eetd2.adp.com:216.82.243.87 | Group Edits |
| 5/08/2016 - 5/21/2016 | | Timecard Approval by Manager | | | | | | | 5/23/2016 | 10:57AM (GMT -05:00) Eastern Time | 109130 - Reld, Patricia C:eetd2.adp.com:216.82.243.87 | Group Edits |
| 5/21/2016 | | Sign-off | | | | | | | 5/23/2016 | 2:46PM (GMT -05:00) Eastern Time | 103213 - Collec, Sherri L:eetd2.adp.com:216.82.243.87 | Group Edits |

6:19-cv-02420-WWB-GJK 000100





459-0001

**DELTA SANITATION OF MISSISSIPPI**
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

**Earnings   Statement**

Period  Beginning:      05/22/2016
Period  Ending:         06/04/2016
Pay  Date:              06/10/2016

DODD BLANDON
800  MAGEE DRIVE APT 212
P.O. BOX 3262
BROOKHAVEN  MS 39603

Taxable Marital Status:  Married
Exemptions/Allowances:
  Federal:    2
  MS:         2, $0.00 Yearly Exemption,Spouse Not Employed

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 78.75 | 1,383.96 | 15,483.11 | |
| Overtime | 4.77 | 36.86 | 859.25 | |
| Bonus | | | 250.00 | |
| Holiday | | | 274.04 | |
| Sick | | | 275.42 | |
| Vacation | | | 412.44 | |
| Gross Pay | | $1,420.82 | 17,554.26 | |

Your federal taxable wages this period are
$1,115.88
Your MS taxable wages this period are
$1,115.88

| Deductions | Statutory | | |
|---|---|---|---|
| | Federal Income Tax | -47.55 | 626.50 |
| | Social Security Tax | -74.47 | 924.91 |
| | Medicare Tax | -17.42 | 216.31 |
| | MS State Income Tax | -46.00 | 573.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 160.44 |
| | Pop Dental | -20.93* | 251.16 |
| | Pop Medical | -195.09* | 2,341.08 |
| | Vision Pre Tax | -3.67* | 44.04 |
| | 401K Pre-Tx | -85.25* | 1,038.26 |
| | **Net Pay** | $917.07 | |
| | Checking | -917.07 | |
| | **Not Check** | $0.00 | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Daily Rate | | 138.40 |
| Days Wkrd Wk 1 | | 5.00 |
| Days Wkrd Wk 2 | | 5.00 |
| Days Worked | | 10.00 |
| Ytd 401K Match | | 346.14 |
| 401K Match | | 28.43 |

* Excluded from federal taxable wages

© 2006 ADP, LLC

**DELTA SANITATION OF MISSISSIPPI**
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD , FL 32779

Advice number:     00000230369
Pay date:          06/10/2016

Deposited  to the account of
DODD BLANDON

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxx | xxxx  xxxx | $917.07 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

https://eetd2.adp.com/101lx8pstatic/applications/navigator/html5/em...

Blandon, Dodd       106659       5/22/2016 - 6/04/2016, Selected
Range of Dates

**1 Employee(s) Selected**

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|------|----------|--------|-----|----------|-----|-----|----------|-----|----------|-------|--------|
| Sun 5/22 | | | | | | | | | | | |
| Mon 5/23 | | | 6:18AM | | 4:30PM | | | | | 10.2 | 10.2 |
| Tue 5/24 | | | 6:25AM | | 5:36PM | | | | | 11.18 | 21.38 |
| Wed 5/25 | | | 6:29AM | | 2:00PM | | | | | 7.52 | 28.9 |
| Thu 5/26 | | | 6:22AM | | 3:12PM | | | | | 8.83 | 37.73 |
| Fri 5/27 | | | 6:28AM | | 1:30PM | | | | | 7.03 | 44.77 |
| Sat 5/28 | | | | | | | | | | | 44.77 |
| Sun 5/29 | | | | | | | | | | | 44.77 |
| Mon 5/30 | | | 6:23AM | | 3:42PM | | | | | 9.32 | 54.08 |
| Tue 5/31 | | | 6:25AM | | 1:31PM | | | | | 7.1 | 61.18 |
| Wed 6/01 | | | 6:13AM | | 2:00PM | | | | | 7.78 | 68.97 |
| Thu 6/02 | | | 6:15AM | | 1:34PM | | | | | 7.32 | 76.29 |
| Fri 6/03 | | | 6:16AM | | 1:30PM | | | | | 7.23 | 83.52 |
| Sat 6/04 | | | | | | | | | | | 83.52 |

**Audits**

Audits       Approvals/Sign-offs

| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
|------|------|------|---------|----------|--------|-----------|----------|---------|-----------|-----------|------|-------------|
| 5/22/2016 - 6/04/2016 | | Timecard Approval by Manager | | | | | | | 6/06/2016 | 9:21AM (GMT -05:00) Eastern Time | 107128 - Walls, Cheryl 8:eetd2.adp .com:216.82 .243.84 | Group Edits |
| 5/22/2016 - 6/04/2016 | | Timecard Approval by Manager | | | | | | | 6/06/2016 | 10:54AM (GMT -05:00) Eastern Time | 109130 - Reid, Patricia C:eetd2.adp .com:216.82 .243.84 | Group Edits |
| 6/04/2016 | | Sign-off | | | | | | | 6/06/2016 | 1:40PM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L:eetd2.adp. com:216.82, 243.84 | Group Edits |

1 of 1       5/24/2018, 7:48 AM



**Earnings   Statement**



DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

| Period Beginning: | 06/05/2016 |
| Period Ending: | 06/18/2016 |
| Pay Date: | 06/24/2016 |

Taxable Marital Status:   Married
Exemptions/Allowances:
  Federal:       2
  MS:            2, $0.00 Yearly Exemption,Spouse   Not
                 Employed

DODD BLANDON
800 MAGEE DRIVE APT 212
P.O. BOX 3262
BROOKHAVEN MS 39603

| Earnings | rate | hours | this period | year to data |
|---|---|---|---|---|
| Regular | | 80.00 | 1,522.35 | 17,005.46 |
| Overtime | | 15.03 | 119.43 | 976.68 |
| Bonus | | | | 250.00 |
| Holiday | | | | 274.04 |
| Sick | | | | 275.42 |
| Vacation | | | | 412.44 |
| **Gross Pay** | | | **$1,641.78** | 19,196.04 |

Your federal taxable wages this period are
$1,323.59
Your MS taxable wages this period are
$1,323.59

| Deductions | | this period | year to data |
|---|---|---|---|
| **Statutory** | | | |
| Federal Income Tax | | -68.32 | 694.82 |
| Social Security Tax | | -88.17 | 1,013.08 |
| Medicare Tax | | -20.62 | 236.93 |
| MS State Income Tax | | -56.00 | 629.00 |
| **Other** | | | |
| CI Accident | | -13.37 | 173.81 |
| Pop Dental | | -20.93* | 272.08 |
| Pop Medical | | -195.09* | 2,536.17 |
| Vision Pre Tax | | -3.67* | 47.71 |
| 401K Pre -Tx | | -98.50* | 1,136.75 |
| **Net Pay** | | **$1,077.11** | |
| Checking | | -1,077.11 | |
| **Net Check** | | **$0.00** | |

| Other Benefits and Information | this period | total to date |
|---|---|---|
| Daily Rate | | 138.40 |
| Days Wkrd Wk 1 | | 5.00 |
| Days Wkrd Wk 2 | | 6.00 |
| Days Worked | | 11.00 |
| Yld 401K Match | | 378.98 |
| 401K Match | | 32.84 |

\* Excluded from federal taxable wages

© 2000 ADP, LLC



DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD , FL 32779

| Advice number: | 00000250393 |
| Pay date: | 06/24/2016 |

Deposited  to the account of
DODD BLANDON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx | xxxx xxxx | $1,077.11 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

6:19-cv-02420-WWB-GJK 000037

https://eetd2.adp.com/101lx8pstatic/applications/navigator/html5/em...

Blandon, Dodd                    106659                    6/05/2016 - 6/18/2016, Selected
                                                           Range of Dates

**1 Employee(s) Selected**

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|------|----------|--------|-----|----------|-----|-----|----------|-----|----------|-------|--------|
| Sun 6/05 | | | | | | | | | | | |
| Mon 6/06 | | | 6:21AM | | 2:44PM | | | | | 8.38 | 8.38 |
| Tue 6/07 | | | 6:16AM | | 1:52PM | | | | | 7.6 | 15.98 |
| Wed 6/08 | | | 6:26AM | | 4:04PM | | | | | 9.63 | 25.62 |
| Thu 6/09 | | | 6:22AM | | 2:51PM | | | | | 8.48 | 34.1 |
| Fri 6/10 | | | 6:14AM | | 2:40PM | | | | | 8.43 | 42.53 |
| Sat 6/11 | | | | | | | | | | | 42.53 |
| Sun 6/12 | | | | | | | | | | | 42.53 |
| Mon 6/13 | | | 6:24AM | | 8:20PM | | | | | 13.93 | 56.47 |
| Tue 6/14 | | | 6:23AM | | 3:00PM | | | | | 8.62 | 65.08 |
| Wed 6/15 | | | 6:22AM | | 1:42PM | | | | | 7.33 | 72.42 |
| Thu 6/16 | | | 6:21AM | | 5:00PM | | | | | 10.65 | 83.07 |
| Fri 6/17 | | | 6:20AM | | 1:17PM | | | | | 6.95 | 90.02 |
| Sat 6/18 | | | 7:04AM | | 12:05PM | | | | | 5.02 | 95.03 |

**Audits**

| Audits | | | | | | Approvals/Sign-offs | | | | | |
|--------|--|--|--|--|--|---------------------|--|--|--|--|--|
| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
| 6/05/2016 - 6/18/2016 | | Timecard Approval by Manager | | | | | | | 6/20/2016 | 7:49AM (GMT -05:00) Eastern Time | 107126 - Wells, Cheryl B:eetd2.adp .com:216.82 .241.35 | Group Edits |
| 6/05/2016 - 6/18/2016 | | Timecard Approval by Manager | | | | | | | 6/20/2016 | 11:00AM (GMT -05:00) Eastern Time | 109130 - Reid, Patricia C:eetd2.adp .com:216.82 .241.35 | Group Edits |
| 6/18/2016 | | Sign-off | | | | | | | 6/20/2016 | 5:13PM (GMT -05:00) Eastern Time | 103213 - Collier, Sherri L:eetd2.adp. com:216.82. 241.35 | Group Edits |

6:19-cv-02420-WWB-GJK 000102





450-0001

**DELTA SANITATION OF MISSISSIPPI**
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

**Earnings Statement**

Period Beginning: 06/19/2016
Period Ending: 07/02/2016
Pay Date: 07/08/2016

Taxable Marital Status: Married
Exemptions/Allowances:
  Federal: 2
  MS: 2, $0.00 Yearly Exemption,Spouse Not Employed

DODD BLANDON
800 MAGEE DRIVE APT 212
P.O. BOX 3262
BROOKHAVEN MS 39603

| Earnings | rate | hours | this period | year to date |
|---|---|---|---|---|
| Regular | 71.62 | 1,107.17 | 18,112.63 |
| Overtime | .35 | 3.00 | 981.68 |
| Sick | 8.00 | 138.40 | 413.82 |
| Bonus | | | 250.00 |
| Holiday | | | 274.04 |
| Vacation | | | 412.44 |
| Gross Pay | | | $1,248.57 | 20,444.61 |

Your MS taxable wages this period are $953.97

Other Benefits and Information

| | this period | total to date |
|---|---|---|
| Daily Rate | | 138.40 |
| Days Wkrd Wk 1 | | 5.00 |
| Days Wkrd Wk 2 | | 3.00 |
| Days Worked | | 8.00 |
| Sick Days | | 1.00 |
| Ytd 401K Match | | 403.96 |
| 401K Match | | 24.98 |

**Deductions**

| Statutory | | |
|---|---|---|
| Federal Income Tax | -31.36 | 726.18 |
| Social Security Tax | -63.79 | 1,076.87 |
| Medicare Tax | -14.92 | 251.85 |
| MS State Income Tax | -38.00 | 667.00 |

| Other | | |
|---|---|---|
| CI Accident | -13.37 | 187.18 |
| Pop Dental | -20.93* | 293.02 |
| Pop Medical | -195.09* | 2,731.26 |
| Vision Pre Tax | -3.67* | 51.36 |
| 401K Pre-Tx | -74.91* | 1,211.66 |
| Net Pay | | $792.53 |
| Checking | -792.53 | |
| Net Check | | $0.00 |

* Excluded from federal taxable wages
Your federal taxable wages this period are $953.97

©2016 ADP, LLC



**DELTA SANITATION OF MISSISSIPPI**
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD , FL 32779

Advice number:     00000270377
Pay date:          07/08/2016

Deposited to the account of
DODD BLANDON

| account number | transit ABA | amount |
|---|---|---|
| xxxxxxxxx | xxxx xxxx | $792.53 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

6:19-cv-02420-WWB-GJK 000038

https://eetd2.adp.com/1011x8pstatic/applications/navigator/html5/cm...

**Blandon, Dodd**     106659

6/19/2016 - 7/02/2016, Selected
Range of Dates

1 Employee(s) Selected

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|------|----------|--------|-----|----------|-----|-----|----------|-----|----------|-------|--------|
| Sun 6/19 | | | | | | | | | | | |
| Mon 6/20 | | | 6:30AM | | 5:04PM | | | | | 10.57 | 10.57 |
| Tue 6/21 | | | 6:24AM | | 1:30PM | | | | | 7.1 | 17.67 |
| Wed 6/22 | | | 6:23AM | | 1:05PM | | | | | 6.7 | 24.37 |
| Thu 6/23 | | | 6:16AM | | 3:30PM | | | | | 9.23 | 33.6 |
| Fri 6/24 | | | 6:21AM | | 1:06PM | | | | | 6.75 | 40.35 |
| Sat 6/25 | | | | | | | | | | | 40.35 |
| Sun 6/26 | | | | | | | | | | | 40.35 |
| Mon 6/27 | | | 6:19AM | | 9:02PM | | | | | 14.72 | 55.07 |
| Tue 6/28 | ABSENT | 0.0 | | | | | | | | | 55.07 |
| Wed 6/29 | | | 6:22AM | | 3:46PM | | | | | 9.38 | 64.45 |
| Thu 6/30 | | | 6:30AM | | 2:01PM | | | | | 7.52 | 71.97 |
| Fri 7/01 | SICK | 8.0 | | | | | | | | 8.0 | 79.97 |
| Sat 7/02 | | | | | | | | | | | 79.97 |

Audits

Audits

| | | | | | Approvals/Sign-offs | | | | | | |
|------|------|------|---------|----------|--------|-----------|----------|---------|-----------|-----------|-------------|
| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
| 6/19/2016 - 7/02/2016 | | Timecard Approval by Manager | | | | | | | 7/04/2016 | 9:39AM (GMT -05:00) Eastern Time | 107128 - Wells, Cheryl B:eetd2.adp .com:216.82 .243.88 | Group Edits |
| 6/19/2016 - 7/02/2016 | | Timecard Approval by Manager | | | | | | | 7/04/2016 | 10:32AM (GMT -05:00) Eastern Time | 109130 - Reid, Patricia C:eetd2.adp .com:216.82 .243.88 | Group Edits |
| 7/02/2016 | | Sign-off | | | | | | | 7/04/2016 | 11:28AM (GMT -05:00) Eastern Time | 103213 - Callac, Shani L:eetd2.adp .com:216.82. 243.88 | Group Edits |

1 of 1

5/24/2018, 7:48 AM




DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD, FL 32779

**Earnings   Statement**

Period Beginning:    07/03/2016
Period Ending:       07/16/2016
Pay Date:            07/22/2016

Taxable Marital Status:    Married
Exemptions/Allowances:
  Federal:    2
  MS:         2, 50.00 Yearly Exemption.Spouse Not
              Employed

DODD BLANDON
800 MAGEE DRIVE APT 212
P.O. BOX 3262
BROOKHAVEN  MS 39603

| Earnings | rate | hours | this period | year to date |
|----------|------|-------|-------------|--------------|
| Regular | 55.90 | 968.77 | | 19,081.40 |
| Overtime | 7.82 | 56.58 | | 1,038.26 |
| Holiday | 8.00 | 138.40 | | 412.44 |
| Vacation | 16.00 | 276.79 | | 689.23 |
| Bonus | | | | 250.00 |
| Sick | | | | 413.82 |
| **Gross Pay** | | | **$1,440.64** | 21,885.15 |

Your federal taxable wages this period are
$1,134.42
Your MS taxable wages this period are
$1,134.42

| Deductions | Statutory | | |
|------------|-----------|---|---|
| | Federal Income Tax | -49.41 | 775.59 |
| | Social Security Tax | -75.70 | 1,152.57 |
| | Medicare Tax | -17.70 | 269.55 |
| | MS State Income Tax | -47.00 | 714.00 |
| | **Other** | | |
| | CI Accident | -13.37 | 200.55 |
| | Pop Dental | -20.93* | 313.95 |
| | Pop Medical | -195.09* | 2,926.35 |
| | Vision Pre Tax | -3.67* | 55.05 |
| | 401K Pre-Tx | -86.43* | 1,298.09 |
| | **Net Pay** | | **$931.24** |
| | Checking | -931.24 | |
| | **Net Check** | | **$0.00** |

| Other Benefits and Information | this period | total to date |
|--------------------------------|-------------|---------------|
| Daily Rate | | 138.40 |
| Days Wkrd Wk 1 | | 2.00 |
| Days Wkrd Wk 2 | | 5.00 |
| Days Worked | | 7.00 |
| Holidays | | 1.00 |
| Vacation Days | | 2.00 |
| Ytd 401K Match | | 432.78 |
| 401K Match | | 28.82 |

* Excluded from federal taxable wages

© 2011 ADP, LLC



DELTA SANITATION OF MISSISSIPPI
2101 W. STATE ROAD 434
SUITE 315
LONGWOOD , FL  32779

Advice number:    00000290389
Pay date:         07/22/2016

Deposited  to the account of
DODD BLANDON

| | account number | transit ABA | amount |
|---|---|---|---|
| | xxxxxxxx | xxxx xxxx | $931.24 |

THIS IS NOT A CHECK

**NON-NEGOTIABLE**

https://eetd2.adp.com/1011x8pstatic/applications/navigator/html5/cm...

**Blandon, Dodd**           106659           7/03/2016 - 7/16/2016, Selected
Range of Dates

1 Employee(s) Selected

| Date | Pay Code | Amount | In | Transfer | Out | In | Transfer | Out | Schedule | Daily | Period |
|------|----------|--------|-----|----------|-----|-----|----------|-----|----------|-------|--------|
| Sun 7/03 | | | | | | | | | | | |
| Mon 7/04 | Independence Day | 8.0 | | | | | | | | 8.0 | 8.0 |
| Tue 7/05 | VACATION | 8.0 🌩 | | | | | | | | 8.0 | 16.0 |
| Wed 7/06 | VACATION | 8.0 🌩 | | | | | | | | 8.0 | 24.0 |
| Thu 7/07 | | | 6:31AM | | 4:00PM | | | | | 9.48 | 33.48 |
| Fri 7/08 | | | 6:22AM | | 12:47PM | | | | | 6.42 | 39.9 |
| Sat 7/09 | | | | | | | | | | | 39.9 |
| Sun 7/10 | | | | | | | | | | | 39.9 |
| Mon 7/11 | | | 6:24AM | | 7:30PM | | | | | 13.1 | 53.0 |
| Tue 7/12 | | | 6:23AM | | 3:52PM | | | | | 9.48 | 62.48 |
| Wed 7/13 | | | 6:20AM | | 4:31PM | | | | | 10.18 | 72.67 |
| Thu 7/14 | | | 6:23AM | | 2:38PM | | | | | 8.26 | 80.92 |
| Fri 7/15 | | | 6:22AM | | 1:10PM | | | | | 6.8 | 87.72 |
| Sat 7/16 | | | | | | | | | | | 87.72 |

Audits

| Date | Time | Type | Account | Pay Code | Amount | Work Rule | Override | Comment | Edit Date | Edit Time | User | Data Source |
|------|------|------|---------|----------|--------|-----------|----------|---------|-----------|-----------|------|-------------|
| 7/03/2016 - 7/16/2016 | | Timecard Approval by Manager | | | | | | | 7/18/2016 | 9:12AM (GMT -05:00) Eastern Time | 107128 - Wells, Cheryl 8:eetd2.adp .com::216.82 .243.84 | Timecard Editor |
| 7/03/2016 - 7/16/2016 | | Timecard Approval by Manager | | | | | | | 7/18/2016 | 10:42AM (GMT -05:00) Eastern Time | 109130 - Reid, Patricia C:eetd2.adp .com::216.82 .243.84 | Group Edits |
| 7/16/2016 | | Sign-off | | | | | | | 7/18/2016 | 12:19PM (GMT -05:00) Eastern Time | 103213 - Collat, Sherri L:eetd2.adp. com::216.82. 243.84 | Group Edits |

5/24/2018, 7:49 AM

6:19-cv-02420-WWB-GJK 000104