**UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION**

DODD BLANDON,

    Plaintiff,

v.                                                                                          Case No. 6:19-cv-2420-WWB-GJK

WASTE PRO USA, INC.,

    Defendant.

## ORDER

The Court has been advised by the Clerk's Minutes Settlement Conference that the above-styled action has been completely settled and the parties' agreement has been found to be a fair and reasonable resolution of a bona fide dispute pursuant to *Lynn's Food Stores, Inc. v. United States*, 679 F.2d 1350, 1352–55 (11th Cir. 1982). (Doc. 234 at 1).

Accordingly, pursuant to Local Rule 3.09(b) of the Middle District of Florida, it is **ORDERED** and **ADJUDGED** that this cause is hereby **DISMISSED with prejudice** subject to the right of any party, within sixty days from the date of this Order, to move the Court to enter a stipulated form of final order or judgment, or, on good cause shown, to reopen the case for further proceedings. All pending motions are **DENIED as moot**. The Clerk is directed to close this file.

**DONE AND ORDERED** at Orlando, Florida on March 23, 2022.

_____
WENDY W. BERGER
UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record